ORIGINAL FILED

John M. Daley, Esq. (SBN 065574)
**LAW OFFICES OF JOHN M. DALEY**
95 South Market Street, Suite 300
San Jose, CA 95113
Telephone: (408) 286-0200
Facsimile: (408) 2995-3202
E-Mail: jdaley@johnmdaley.com

Attorneys for Plaintiff Kairali Decan, Inc.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAIRALI DECAN, INC., a California corporation,

    Petitioner/Plaintiff,

vs.

UNITED STATES CUSTOMS AND BORDER PROTECTION, an agency of the United States of America, DAVID J. FERGUSON, Port Director, U.S. Customs, Port of San Francisco, and WASHINGTON INTERNATIONAL INSURANCE COMPANY, an Arizona corporation,

    Respondents/Defendants.

Case No. CV 08 3065 MMC

**CERTIFICATE OF INTERESTED PARTIES [LOCAL RULE 3-16]**

Pursuant to Rule 3-16 of the Local Rules for the Northern District of California, plaintiff Kairali Decan, Inc., by and through its counsel of record herein, hereby certifies as follows:

The undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 23, 2008.

**LAW OFFICES OF JOHN M. DALEY**

By _____
    JOHN M. DALEY
    Attorneys for Plaintiff Kairali Decan, Inc.

CERTIFICATE OF INTERESTED PARTIES     -1-