John M. Daley, Esq. (SBN 065574)
**LAW OFFICES OF JOHN M. DALEY**
95 South Market Street, Suite 300
San Jose, CA  95113
Telephone: (408) 286-0200
Facsimile:  (408) 995-3202
E-Mail:  jdaley@johnmdaley.com

Attorneys for Plaintiff Kairali Decan, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIRALI DECAN, INC., a California corporation,<br><br>　　　　　　Petitioner/Plaintiff,<br><br>vs.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, an agency of the United States of America, DAVID J. FERGUSON, Port Director, U.S. Customs, Port of San Francisco, and WASHINGTON INTERNATIONAL INSURANCE COMPANY, an Arizona corporation,<br><br>　　　　　　Respondents/Defendants. | Case No. CV08-3065 MMC<br><br>**APPLICATION AND MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTIVE RELIEF; AND PRELIMINARY INJUNCTIVE RELIEF**<br><br>Hearing Date: To be determined<br>Hearing Time: To be determined<br>Courtroom:　7, 19th Floor<br>Judge:　　　The Hon. Maxine M. Chesney |

　　　　Plaintiff Kairali Decan, Inc., through its counsel of record herein, hereby applies for a Temporary Restraining Order, Order to Show Cause re: Preliminary Injunctive Relief, and Preliminary Injunctive Relief against defendants United States Customs and Border Protection ("U.S. Customs") and David J. Ferguson, Port Director, U.S. Customs, Port of San Francisco, and their officers, agents, servants, employees and attorneys or any other person acting for or in concert with them, to prevent them from asserting, claiming, demanding from, or taking action against either plaintiff Kairali Decan or defendant Washington International arising out of or in connection with Customs Entry No. C28-02640441-0 during the pendency of this proceeding.

　　　　Plaintiff's Application is based upon the Memorandum of Points and Authorities and

John M. Daley, Esq. (SBN 065574)
**LAW OFFICES OF JOHN M. DALEY**
95 South Market Street, Suite 300
San Jose, CA  95113
Telephone: (408) 286-0200
Facsimile:  (408) 995-3202
E-Mail:  jdaley@johnmdaley.com

Attorneys for Plaintiff Kairali Decan, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIRALI DECAN, INC., a California corporation, <br><br> Petitioner/Plaintiff, <br><br> vs. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION, an agency of the United States of America, DAVID J. FERGUSON, Port Director, U.S. Customs, Port of San Francisco, and WASHINGTON INTERNATIONAL INSURANCE COMPANY, an Arizona corporation, <br><br> Respondents/Defendants. | Case No. CV08-3065 MMC <br><br> **APPLICATION AND MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTIVE RELIEF; AND PRELIMINARY INJUNCTIVE RELIEF** <br><br> Hearing Date: To be determined <br> Hearing Time: To be determined <br> Courtroom:     7, 19th Floor <br> Judge:             The Hon. Maxine M. Chesney |

Plaintiff Kairali Decan, Inc., through its counsel of record herein, hereby applies for a Temporary Restraining Order, Order to Show Cause re: Preliminary Injunctive Relief, and Preliminary Injunctive Relief against defendants United States Customs and Border Protection ("U.S. Customs") and David J. Ferguson, Port Director, U.S. Customs, Port of San Francisco, and their officers, agents, servants, employees and attorneys or any other person acting for or in concert with them, to prevent them from asserting, claiming, demanding from, or taking action against either plaintiff Kairali Decan or defendant Washington International arising out of or in connection with Customs Entry No. C28-02640441-0 during the pendency of this proceeding.

Plaintiff's Application is based upon the Memorandum of Points and Authorities and

Declarations of Joseph Thomas and John M. Daley, and upon all other documents and evidence filed herein or which may be filed in the future, any evidence and argument which may be presented to the Court at any hearing on the Application, and upon all files and pleadings in this action.

Dated: June 23, 2008.

**LAW OFFICES OF JOHN M. DALEY**


By_____
    JOHN M. DALEY
Attorneys for Plaintiff Kairali Decan, Inc.