1

John M. Daley, Esq. (SBN 065574)
**LAW OFFICES OF JOHN M. DALEY**

2

95 South Market Street, Suite 300
San Jose, CA  95113

3

Telephone: (408) 286-0200
Facsimile:  (408) 995-3202

4

E-Mail:  jdaley@johnmdaley.com

5

Attorneys for Plaintiff Kairali Decan, Inc.

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

_____

11

KAIRALI DECAN, INC., a California
corporation,

12

               Petitioner/Plaintiff,

13

vs.

14

UNITED STATES CUSTOMS AND

15

BORDER PROTECTION, an agency of the
United States of America, DAVID J.

16

FERGUSON, Port Director, U.S. Customs,
Port of San Francisco, and WASHINGTON

17

INTERNATIONAL INSURANCE
COMPANY, an Arizona corporation,

18

               Respondents/Defendants.

19

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV08-3065 MMC

**DECLARATIONS OF JOSEPH THOMAS AND JOHN M. DALEY IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTIVE RELIEF, AND PRELIMINARY INJUNCTIVE RELIEF**

Hearing Date: To be determined
Hearing Time: To be determined
Courtroom:    7, 19th Floor
Judge:       The Hon. Maxine M. Chesney

20

21

22

23

24

25

26

27

28

**DECLARATION OF JOSEPH THOMAS**

I, Joseph Thomas, declare:

1.      I am the President of Kairali Decan, Inc., the plaintiff in this action.  I am making this declaration in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief.

2.      I have personal knowledge of the following, except as to information which is stated herein to be based upon information and belief, which information I am informed and believe is true.  If called upon to testify thereto, I could and would competently do so.

3.      Plaintiff is a wholesale supplier of foreign food products, most of which it imports from India.  However, plaintiff also purchases some of the foreign food products it sells domestically, from other importers.  Prior the filing of Customs Entry No. C28-0260441-0, plaintiff had purchased goods domestically from two businesses owned and operated by Mr. Salman-Fariz: "SF Foods" and "Impex International," both of which import food from Sri Lanka.

4.      During the course of this relationship, Mr. Salman-Fariz informed me that, since  he was an experienced importer, he could assist plaintiff in preparing and filing "self-made" entries on plaintiff's behalf with U.S. Customs.  Mr. Salman-Fariz indicated to plaintiff that, by so doing, my company could obtain the release of his goods more quickly.

5.      Accordingly, I employed the services of Mr. Salman-Fariz to assist my company in preparing and filing entry documents with U.S. Customs for goods which my company had purchased from suppliers in India on approximately five occasions in 2006 or 2007.  At ***no*** time did I authorize Mr. Salman-Fariz to make Customs entries in its name for goods which my company had not purchased.  Moreover, in the latter part of 2007, I informed Mr. Salman-Fariz that his assistance was no longer needed.

6.      In or about February 2007, we received Notice of FDA Action which concerned Customs Entry No. C28-02640041-0.  The Notice listed products which I recognized as being from Sri Lanka.  A true and correct copy of this Notice is attached hereto as Exhibit A.  Since Mr. Salman-Fariz was the only distributor of Sri Lanka food in the Bay area, I contacted Mr. Salman-Fariz, who admitted that he had made the entry under the name of plaintiff. Mr. Salman-

1   Fariz told plaintiff that he had a well-established relationship with U.S. Customs and promised to

2   take care of the problem without any further involvement by plaintiff.

3           7.      In July 2007, I realized that Mr. Salman-Fariz had *not* taken care of the

4   problem as he had promised. Accordingly, I obtained a letter from Mr. Salman-Fariz in which he

5   admitted that he was the actual purchaser and importer of the goods entered under Customs Entry

6   No. C28-02640441-0 and advised that he would "settle the final outcome on the above shipment."

7   I then prepared and filed a Petition for Relief with US. Customs to which I attached the letter, and

8   in which I asked for relief from the liquidated damages assessed on the grounds that plaintiff was

9   not the importer of the goods in issue. A true and correct copy of this Petition is attached hereto as

10  Exhibit B.

11          8.      On September 20, 2007, U.S. Customs denied plaintiff's Petition for Relief

12  on the grounds that "the goods were not redelivered, exported or destroyed." U.S. Customs gave

13  no indication in its letter that it had even *considered* plaintiff's claim that U.S. Customs was not

14  entitled to seek recovery of the penalty assessed from plaintiff because the entry had been made by

15  Mr. Salman-Fariz, and the explanation U.S. Customs provided suggests that it did not even consider

16  this fact in denying the petition. A true and correct copy of U.S. Customs' denial of plaintiff's

17  Petition is attached hereto as Exhibit C.

18          I declare under penalty of perjury under the laws of the United States that the

19  foregoing is true and correct and that this declaration was executed at San Francisco, California.

20  Executed this $2b$ day of June, 2008.

21

22

23  **JOSEPH THOMAS**

24

25

26

27

28

**DECLARATION OF JOHN M. DALEY**

I, John M. Daley, declare:

1.     I am an attorney duly licensed to practice law in the State of California and am counsel of record for plaintiff Kairali Decan, Inc. in the above-entitled matter.  I am making this declaration in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief.

2.     I have personal knowledge of the following, except as to information which is stated herein to be based upon information and belief, which information I am informed and believe is true.  If called upon to testify thereto, I could and would competently do so.

3.     Plaintiff retained me to assist it in obtaining relief from U.S. Customs with regard to its demand for penalties in connection with Customs Entry No. C28-02640441-0 on or about October 18, 2007.  After reviewing the documents, I called Ms. Yolanda Pulido, the Fines, Penalties and Forfeiture Officer with initial responsibility for the file, and asked her to provide me with a copy of the Entry file so that I could determine how the entry had been made without the actual authority of plaintiff Kairali Decan.  I needed this Entry file to ascertain exactly how Mr. Salman-Fariz had deceived U.S. Customs into believing that he was authorized to make the Customs entry on behalf of plaintiff.  Ms. Pulido informed me that U.S. Customs would not produce a copy of the Entry file to me or to my client except in response to Freedom of Information request.

4.     Accordingly, on or about October 25, 2007, I delivered a Freedom of Information Request to U.S. Customs in which I asked U.S. Customs to provide a copy of the Entry file for Customs Entry No. C28-02640441-0, along with any other documents which show, evidence or relate to the authority of the individual who signed the entry documents to make the entry on behalf of plaintiff.  A true and correct copy of this Request is attached hereto as Exhibit D.  U.S. Customs never responded to this request.

5.     On November 20, 2007, having heard nothing further from U.S. Customs, and since U.S. Customs had already made a formal demand for payment of the liquidated damages upon Washington International, I submitted an Offer in Compromise in which my client offered to pay $8,202 to U.S. Customs as payment in full of the liquidated damages assessed for Customs Entry

1    No. C28-02640441-0.  A true and correct copy of this Offer in Compromise is attached hereto as

2    Exhibit E.

3            6.      On January 15, 2008, U.S. Customs rejected plaintiff's Offer in Compromise,

4    saying only that "We have determined that it is in the best interests of the Government to reject your

5    offer."  A true and correct copy of U.S. Customs' denial of plaintiff's Offer in Compromise is

6    attached hereto as Exhibit F.

7            7.      On January 28, 2008, since I still had not been provided with a copy of the

8    Entry file or any of the other documents I had requested, I submitted a ***second*** Freedom of

9    Information Request to U.S. Customs.  A true and correct copy of my second Request is attached

10   hereto as Exhibit G.

11           8.      U.S. Customs finally sent me a copy of the Entry File for Entry No. C28-

12   02640441-0 on January 31, 2008.  A true and correct copy of the cover letter from U.S. Customs

13   which was sent with the Entry File (along with a later letter which confirms that no documents were

14   found with respect to a portion of the request) is attached hereto as Exhibit H.  The copy of the Entry

15   File produced included:

16                  (a)     An Entry Summary which lists the ***correct*** name and

17                  address of plaintiff, but which was made in the name and at the

18                  address of plaintiff which was signed by an individual who signs his

19                  name as "Khan," in his capacity as "CEO" of Kairali Decan, Inc. (a

20                  true and correct copy of which is attached hereto as Exhibit I);

21                  (b)     An Customs bond which includes an undecipherable

22                  signature of an individual who did ***not*** indicate that he was an office

23                  of plaintiff or otherwise the capacity in which the person who signed

24                  the document was acting (a true and correct copy of which is attached

25                  hereto as Exhibit J);

26                  (c)     A Bill of Lading for Booking No. CMB6C090015

27                  issued by Hanjin Shipping which identifies the consignee as "Kerali

28                  Decan Inc.," which is ***not*** the correct name of plaintiff, and provides

1    the consignee's address as "No. 2002, Pacific Ave, Suite :B,

2    Stockton, CA United States," which is ***not*** the address of plaintiff

3    which is shown on the Entry Summary (a true and correct copy of

4    which is attached hereto as Exhibit K); and

5    (d)    A commercial invoice which does ***not*** identify the

6    purchaser of the goods (a true and correct copy of which is attached

7    hereto as Exhibit K).

8    As is explained in the cover letter, however, U.S. Customs did ***not*** provide any documents

9    concerning the authority of Mr. Salman-Fariz to make Customs Entry No.  C28-02640441-0 on

10    behalf of plaintiff.

11    9.    I was surprised to find the documents described above in the Entry file, ***since***

12    ***even a cursory review of these documents by U.S. Customs in the course of its review of plaintiff's***

13    ***Petition for Relief should have made it clear to U.S. Customs that they entry was almost certainly***

14    ***fraudulent***, since these documents did comply with regulations concerning the content of documents

15    filed to make entry of goods into the United States, as is discussed below.  Moreover, if U.S.

16    Customs had truly been interested in resolving plaintiff's Petition for Relief in accordance with the

17    law, U.S. Customs could have and should have contacted (a) Hanjin Shipping to ascertain the

18    identity of the person who actually made the entry and (b) Washington International to find out who

19    had purchased the bond.

20    10.    Since U.S. Customs had clearly not looked into the matter as it should have,

21    I followed up on the information in the Entry file by contacting the ocean carrier who had imported

22    the goods (which it could not have done previously because it did not have the name of the ocean

23    carrier involved or booking number and other information provided in the bill of lading) and

24    Washington International (which had not previously able to locate the file for the bond used for this

25    entry, apparently because it had not been properly reported by the agent who issued the bond).

26    11.    Thereafter, I obtained documents from Hanjin Shipping, Washington

27    International and others which establish that:

28    (a)    The arrangements for the ocean carriage of the goods

were imported under Customs Entry No. C28-02640441-0 were made by Mr. Salman-Fariz, *who paid for the freight and signed the bill of lading upon delivery of the goods* (a true and correct copy of the signed bill of lading and money order produced by Hanjin Shipping is attached hereto as Exhibit M);

(b)    The goods were delivered to from the port to a warehouse *leased by Mr. Abdul Salman Fariz* which was located at 30998 Huntwood Avenue, Fremont, California  (a true and correct copy of the Delivery Order for the goods in issue which was produced to me by Benz Transportation, along with a true and correct copy of the first and last page of the lease for the premises which was executed by Mr. Abdul Salman-Fariz which was provided to me by the leasing agent for the premises, is attached hereto as Exhibit N); and

(c)    the bond for Customs Entry No. C28-02640441-0 was purchased with a money order signed by *Mr. Salman-Fariz* (a true and correct copy of the bond issued for this entry and the money order which was used to purchase the bond which was provided to me by Washington International is attached hereto as Exhibit O).

12.    Accordingly, on February 15, 2008, I filed a Supplemental Petition in which it established beyond any reasonable doubt that Customs Entry No. C28-02640441-0 had been made by Mr. Salman-Fariz, *not* by plaintiff.  A true and correct copy of the Supplemental Petition is attached hereto as Exhibit P.

13.    Despite this evidence, on June 9, 2008, U.S. Customs sent a letter to me advising that my client's Supplemental Petition had been denied.  U.S. Customs provided *no reason whatsoever* for its decision.  A true and correct copy of U.S. Customs' denial of plaintiff's Supplemental Petition is attached hereto as Exhibit Q.

1
        I declare under penalty of perjury under the laws of the United States that the

2
foregoing is true and correct and that this declaration was executed at San Francisco, California.

3
        Executed this _____ day of June, 2008.

4

5
                                  _____

6
                                  **JOHN M. DALEY**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

EXHIBIT.

# United States Food and Drug Administration

San Francisco District Office

## Notice of FDA Action

Entry Number:    C28-0264041-0

Notice Number:
January 30, 2007

Filer:
Kairali Decan Inc.
46121 Warm Springs Blvd
Fremont, CA  94539-7026

>
Port of Entry:    2809, San Francisco, CA
Date Received:   January 29, 2007
Arrival Date:

Importer of Record: Kairali Decan Inc., Fremont, CA  94539-7026
Consignee:       Kairali Decan Inc., Fremont, CA  94539-7026

## HOLD ALL

## Notify FDA of Availability

### Summary of Current Status of Individual Lines

Document:    1 proforma invoice: BURTON ASSOCIATES

| Line ACS/FDA | Product Description | Quantity | Current Status |
|---|---|---|---|
| —/001 | woodapple fruit jam | 15 CT | Pending FDA Review 01-29-2007 |
| —/002 | bread fruit in brine | 100 CT | Pending FDA Review 01-29-2007 |
| —/003 | woodapple fruit cream | 10 CT | Pending FDA Review 01-29-2007 |
| —/004 | beli fruit cream | 10 CT | Pending FDA Review 01-29-2007 |
| —/005 | mango fruit chutney | 20 CT | Pending FDA Review 01-29-2007 |
| —/006 | samba white rice - lg pkts | 150 BG | Pending FDA Review 01-29-2007 |
| —/007 | coconut fruit toddy drink | 150 CT | Pending FDA Review 01-29-2007 |
| —/008 | melon candy (sweets) | 10 CT | Pending FDA Review 01-29-2007 |
| —/009 | sesame rolls (sweets) | 10 CT | Pending FDA Review 01-29-2007 |
| —/010 | kitul teracle (dessert mix) | 15 CT | Pending FDA Review 01-29-2007 |

Notice of FDA Action
Entry Number: C28-0264041-0

Notice Number
Page: 2

| | | | |
|---|---|---|---|
| —/011 | juggary pkts (dessert mix) | 15 CT | Pending FDA Review 01-29-2007 |
| —/012 | cashew spicy curry | 35 CT | Pending FDA Review 01-29-2007 |
| —/013 | polos (young jackfruit) curry | 20 CT | Pending FDA Review 01-29-2007 |
| —/014 | koss moju (jackfruit curry) | 10 CT | Pending FDA Review 01-29-2007 |
| —/015 | brinjal moju (eggplant curry) | 20 CT | Pending FDA Review 01-29-2007 |
| —/016 | katurumurunga badun curry | 10 CT | Pending FDA Review 01-29-2007 |
| —/017 | dambala vegetable curry | 10 CT | Pending FDA Review 01-29-2007 |
| —/018 | pineapple curry | 15 CT | Pending FDA Review 01-29-2007 |
| —/019 | cashew badun (cashew curry) | 5 CT | Pending FDA Review 01-29-2007 |
| —/020 | chicken curry mix | 15 CT | Pending FDA Review 01-29-2007 |
| —/021 | buriyani rice mix | 10 CT | Pending FDA Review 01-29-2007 |
| —/022 | mutton mix | 5 CT | Pending FDA Review 01-29-2007 |
| —/023 | yellow rice mix | 10 CT | Pending FDA Review 01-29-2007 |
| —/024 | fish curry mix | 5 CT | Pending FDA Review 01-29-2007 |
| —/025 | abulthiyal fish mix | 10 CT | Pending FDA Review 01-29-2007 |
| —/026 | dry baby shrimp packs | 16 CT | Pending FDA Review 01-29-2007 |
| —/027 | king seer dry fish (thalapath) pkts | 16 CT | Pending FDA Review 01-29-2007 |
| —/028 | prawn panchadi (shrimp fry) delight | 5 CT | Pending FDA Review 01-29-2007 |
| —/029 | fried katta fish delight | 50 CT | Pending FDA Review 01-29-2007 |
| —/030 | fried king (seer) fish delight | 40 CT | Pending FDA Review 01-29-2007 |
| —/031 | sprats (anchovy fry) delight | 10 CT | Pending FDA Review 01-29-2007 |

Notice of FDA Action
Entry Number: C28-0264041-0

Notice Number
Page: 3

| --/032 | dry tuna fish (maldive fish) /cans | 20 CT | Pending FDA Review 01-29-2007 |
| --/033 | shrimp (koonissan) curry paste | 17 CT | Pending FDA Review 01-29-2007 |
| --/034 | katta sambol curry paste | 25 CT | Pending FDA Review 01-29-2007 |
| --/035 | coconut sambol curry paste | 35 CT | Pending FDA Review 01-29-2007 |
| --/036 | fried onion seeni sambol paste | 20 CT | Pending FDA Review 01-29-2007 |
| --/037 | seeni sambol curry paste | 25 CT | Pending FDA Review 01-29-2007 |
| --/038 | polos (young jackfruit) pickle | 5 CT | Pending FDA Review 01-29-2007 |
| --/039 | sinhala (mixed veg) pickle | 5 CT | Pending FDA Review 01-29-2007 |
| --/040 | mixed fruit cordial | 10 CT | Pending FDA Review 01-29-2007 |
| --/041 | sherbet syrup | 10 CT | Pending FDA Review 01-29-2007 |
| --/042 | ginger fruit cordial | 10 CT | Pending FDA Review 01-29-2007 |

* = Status change since the previous notice.  Read carefully the sections which follow for important information regarding these lines.

@ = Consignee ID

All products in this entry should be held intact and not distributed.  FDA will not request redelivery for examination or sampling if the products are moved, following USCS conditional release to a location within the local metropolitan area or to a location approved by the FDA office at the number below.

Notify FDA at the following address upon actual availability, and include date, location, and warehouse control number or other location identifier, where applicable, for all lines in this entry.

Aaron G. Pang, Inspector
U.S. Food & Drug Administration
1431 Harbor Bay Parkway
Alameda, CA 94502-7070

(510) 337-6854
(510) 337-6707 (FAX)
AARON.PANG@FDA.HHS.GOV

Notice Prepared For:  The District Director, U.S. Food and Drug Administration
Notice Prepared By:  JV

**EXHIBIT B**


Kairali Decan Inc., dba
**COCONUT HILL**

46121 Warm Springs Blvd
Fremont, CA 94539

Phone: 510-656-9671
Fax: 510-656-9684

July 16, 2007

Commissioner of Customs and Boarder Protection
555 Battery Street
San Francisco, CA 94111

Case No. 2007280920052201

Entry No. C2802640410

Dear Sir

Sub: <u>Identity theft</u>

I wish to bring the following facts to your kind consideration. I was unable to respond to the above case in time because I did not import the above entry. I was investigating and found that Mr. Abdul Salman-Fariz of SAN FRANCISCO FOODS imported this shipment from Sri Lanka.. Mr. Abdul Salman-Fariz is a supplier to my retail stores. I used his help to clear some of my shipments from India and he used this opportunity for importing goods for him under my ID from Sri Lanka using non-existing address without my knowledge. He also obtained custom bonds in my name pretending as Manager to Kairali Decan Inc. None of the payments for this shipment paid from my account. When I talked to him about this first he refaced and then admitted and agreed to settle with customs and pay the penalty. Now I realized that this was only his tactics to delay me for responding to Customs. I request you please extend me some more time and investigate to end this kind of unauthorized activity.

<u>His physical location of operation is:</u>
No. 30998, Hunt wood Ave. # 106
Hayward, CA 94544.
Cell phone no. 510-682-7315

Thank you,
Sincerely


Joseph Thomas
KAIRALI DECAN INC.


Copy to: 1. Michelle Howerton
              Claim Examiner, Washington International Insurance Company
      2. Juliane K. Jung-Lau,Compliance Officer
         San Francisco District
         U.S. Food & Drug Administration

# SAN FRANCISCO FOODS

NO: 30998, HUNTWOOD AVE, # 106,
HAYWARD. CA. 94544.
Tel: 510 682 7315, 510 475 0112.
Fax: 510 475 0147
Internet: sfinc64@yahoo.com
Voicemail: 510 888 4145

WHO MAY IT CONCERN !!!!!!!!!!!!

B/L: HJSCCMBA01409206
ENTRY NO: C28-0264041-0
CTN: 1004 CTN

DEAR SIR,

WE WISH TO BRING TO YOUR ATTENTION, THE ABOVE SHIPMENT, WAS IMPORTED FOR OUR
PERSONNEL USE, UNDER KERALI DECAN INC, DURING THE SRI-LANKAN NEW YEARS &
FESTIVAL PERIOD,, LAST YEAR.
THESE ARE PERISHABLE FOOD ITEMS, MAINLY PRODUCTS OF "MD" LANKA CANNERIES,
CONSIST OF: FRUIT JUICES, JAMS, FRUITS IN CANS, ETC.
WE WERE NOT CONTACTED BY FDA FOR COUPLE OF WEEKS, AND DUE TO THE NATURE OF
THE PRODUCTS, WE DID SELL IT OFF TO THE CUSTOMERS.
THIS IS THE FIRST TIME WE DID COME ACROSS THIS PROBLEM, AND WE WILL TAKE FULL
RESPONSIBILITY OF THE ABOVE SHIPMENT, WE WILL DO EVERYTHING POSSIBLE TO
RESOLVE THIS MATTER.

MR. JOSEPH THOMAS OF COCONUT HILL/KERALI INC,, OF FREMONT CA, IS A VERY CLOSE
FRIEND OF OUR COMPANY, WE HAVE BEEN HELPING HIM TO CLEAR HIS IMPORT
CONTAINERS FROM INDIA FOR FEW YEARS. HE HAS GIVEN US FULL AUTHORITY IN
WRITING TO CLEAR HIS SHIPMENTS.

WE ARE WORKING WITH THE CUSTOMS AND FDA TO RESOLVE THE MATTER ON ABOVE
SHIPMENT. OUR COMPANY WILL SETTLE THE FINAL OUT COME ON THE ABOVE SHIPMENT.

SINCERELY,

ABDUL. SALMAN-FARIZ
SOLE PROPERITOR- SAN FRANCISCO FOODS

| DEPARTMENT OF HOMELAND SECURITY U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER                F01 2007280920052201 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT | PORT CODE AND NAME 2809 SAN FRANCISCO |
|  | INVESTIGATION FILE NO. |
| 19 USC 1618, 19 USC 1623 | |
| KAIRALI DECAN, INC 46121 WARM SPRINGS BLVD FREMONT          CA    945397026  ID:  48126159300 | |

DEMAND IS HEREBY MADE FOR PAYMENT OF     $24,606.00, REPRESENTING LIQUIDATED DAMAGES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
REDELIVERY NOTICE(CF4647) ISSUED: 02/16/2007 REDELIVERY REQUIRED: 03/15/2007
ENTRY # C2802640410 MDSE REFUSED DATE 02/06/2007
ENTIRE SHIPMENT OF FOOD ITEMS FROM SRI LANKA
MERCHANDISE WAS DESIGNATED FOR FDA EXAM AND HAS NOT BEEN MADE AVAILABLE.
IMPORTER WAS NOTIFIED THAT THE LOT WAS TO BE HELD INTACT FOR FDA EXAM, AND
THE PRODUCTS WAS NOT SUBJECT OF A MAY PROCEED PERMIT OR A RELEASE NOTICE.

DESCRIBED MERCHANDISE NOT REDELIVERED INTO CUSTOMS CUSTODY AFTER
REFUSED ADMISSION BY THE FOOD AND DRUG ADMINISTRATION.

| LAW OR REGULATION VIOLATED | | BOND BREACHED | | |
|---|---|---|---|---|
| 19CFR141.113 21USC381 | | BOND TYPE:  9  BOND#: | | |
| DESCRIPTION OF BOND: SINGLE TRANSACTION | FORM NUMBER: | AMOUNT: $25,000.00 | | DATE: 01/16/2007 |

NAME AND ADDRESS OF PRINCIPAL ON BOND KAIRALI DECAN, INC
46121 WARM SPRINGS BLVD, FREMONT, CA 945397026

| NAME AND ADDRESS OF SURETY ON BOND  WASHINGTON INTERNATIONAL I 1200 ARLINGTON HEIGHTS ROAD, SUITE 400, ITASCA, IL 60143 | SURETY NO. 891 |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
    CUSTOMS & BORDER PROTECTION, 555 BATTERY ST./FP&F, SAN FRANCISCO, CA 94111
UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE
UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
    60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: KATIE WOODSON BY | TITLE FP&F OFFICER | DATE 04/20/2007 |
|---|---|---|



# Washington
### INTERNATIONAL INSURANCE COMPANY

1200 Arlington Heights Road, Suite 400, Itasca, Illinois 60143-2625
630/227-4700, Fax: 630/227-4705, 800/338-0753

April 25, 2007

**KAIRALI DECAN, INC**
**46121 WARM SPRINGS BLVD**
**FREMONT CA 945397026**

### RE: REQUEST FOR PROOF OF PAYMENT PETITION

| | |
|---|---|
| **Principal:** | KAIRALI DECAN, INC |
| **Violation:** | 19CFR141.113    FAILURE TO REDELIVER |
| **Entry Number:** | C2802640410 |
| **Case Number:** | 2007280920052201 |
| **Dist/Port:** | SAN FRANCISCO, CA |
| **Broker:** | |
| **Demand Amount:** | $24606;    **Date Issued:** 04/20/2007 |

**Gentlemen/Madam:**

The Bureau of Customs & Border Protection has issued the referenced claim to your company. As required by Customs regulations, we have been notified of the claim against you because we are the surety company on the customs bond that secured this transaction. As the surety company, we are jointly and severally liable with the principal on the bond to ensure this claim is resolved. We are not your insurance company, we ensure that all the Custom Rules and Regulations are followed, and all the duties and taxes are paid. if the principal on the bond defaults and it becomes neccessary for Surety to resolve a claim on behalf of a principal. we are entitled to full reimbursement for any loss we may suffer.

You must repond to Customs within sixty (60) days from the date the claim was issued by petitioning for mitigation / cancellation or paying the amount demanded   Your petition or payment should be mailed to the Customs address listed on the Notice of Liquidated Damages (5955A) that was sent to you by Customs. We also request a copy of your petition or payment be sent to us for our records.   If you need any assistance or additional information on this claim,you can contact your Customs Broker, U.S.Customs or the undersigned.

Your cooperation in responding to this notice in a timely manner is appreciated.

**Sincerely,**

MICHELLE HOWERTON

Claims Examiner

**EXHIBIT C**



U.S. Customs and
Border Protection

*S. Customs and Border Protection*
U.S. Department of Homeland Security
Port Director
555 Battery Street, Attn: FP&F
San Francisco, CA 94111-2316

September 20, 2007

Kairali Decan Inc.
46121 Warm Springs Blvd.
Fremont, Californa 94539
Attn: Joseph Thomas

Reference: Port of San Francisco Case No. **2007-2809-200522-01**

Dear Kairali Decan Inc.:

We are in receipt of your petition for relief dated July 16, 2007, regarding the above-referenced case. Liquidated damages were assessed for $24,606.00 for failure to redeliver or destroy entire entry of food items imported on Entry no. C2802640410 dated February 16, 2007. This is in violation of 19 C.F.R. 141.113, 21 U.S.C. 381, and the importer's bond obligation under 19 C.F.R. 113.62(d).

The Food and Drug Administration (FDA) indicates they attempted to schedule a field exam to inspect the goods on February 1, 2007 and the goods were not made available. On February 13, 2007, FDA requested Customs and Border Protection (CBP) to issue a notice of redelivery and on February 16, 2007, Notice to Mark and/or Notice to Redeliver was sent out. The goods were not redelivered for FDA examination and Notice of Penalty or Liquidated Damages was issued on April 20, 2007. Your petition states unauthorized use of your account and indicates that Mr. Salman-Fariz admitted to the use of your account and agreed to settle with CBP and pay the penalty amount. To date, the fact is that the goods were not redelivered, exported or destroyed. Accordingly, since there has been no compliance, no relief can be granted; therefore, the claim will be cancelled upon payment of $24,606.00.

Your payment should be in the form of a cashier's or company check made payable to U.S. Customs and Border Protection, and mailed to: **FP&F, U.S. Customs and Border Protection, 555 Battery St., San Francisco, California 94111,** along with a copy of this decision to ensure proper collection under classification 326. Failure to submit a copy of this decision with your payment may delay the closing of this claim. If payment is to be made in person, a copy of our decision is still required to ensure proper credit and collection by the cashier.

If **within 30 days of the date of this letter,** we have not received your payment of the full assessed amount, we will refer that demand first to your surety for collection and then, if it is still not satisfied, to the Court of International Trade. If you have any questions, please contact Yolanda Pulido of the Fines, Penalties, and Forfeitures Office at (415) 782-9232.

Sincerely,

*a. Craig*

Katie Woodson
Fines, Penalties, and Forfeitures Officer

**EXHIBIT D**

John M. Daley, Esq.
Attorney at Law

## LAW OFFICES OF JOHN M. DALEY

Business Litigation, Transportation and International Trade

95 South Market Street, Suite 300
San Jose, CA  95113
*Voice: 408/286-0200*
*Facsimile: 408/995-3202*
*daley@johnmdaley.com*
*www.johnmdaley.com*

October 25, 2007

**VIA FACSIMILE TO (415) 705-1226**

U.S. Customs and Border Protection
U.S. Department of Homeland Security
555 Battery Street, Attn:  FP&F
San Francisco, CA  94111-2316

Attn:  Freedom of Information Officer

Re:   Port of San Francisco Case No. 2007-2809-200522-01
and related Customs Entry, Identified as Entry No. C28-02640410

Dear Sir or Madam:

Upon behalf of my client, Kairali Decan Inc., I hereby request that you produce all documents and records from the entry file which is the subject of Fines, Penalties and Forfeitures Case No. 2007-2809-200522-01, which has been identified to Kairali Decan Inc. as Entry No. C28-02640410, as well as all documents or records which show, evidence or relate to the authority of the individual(s) who signed the entry to make the entry on behalf of Kairali Decan Inc.  A copy of my retainer letter, with irrelevant material deleted, is attached to this letter.

The records produced should include any and all documents and records which reflect communications between the individual or individuals who prepared or signed the Entry documents filed, either with respect to the entry or with respect to the individual's (individuals') authority to make entries on behalf of Kairali Decan Inc.

Please be advised that my client needs these documents as soon as possible so that it may either defend itself or make an offer in compromise with respect to FP&F Case No. 2007-2809-200522-01.

I remain--

Very cordially yours,
**LAW OFFICES OF JOHN M. DALEY**

JOHN M. DALEY

JMD/ab
enclosure

cc:    Ms. Yolanda Pulido (*via e-mail to yolanda.pulido@dhs.gov*)

10/25/2007  11:27    4089953202                                                    PAGE  01

## LAW OFFICES OF JOHN M. DALEY
95 South Market Street, Suite 300
San Jose, CA  95113
(408) 286-0200

October 25, 2007

Time:  12:25 p.m

## FACSIMILE TRANSMISSION COVER SHEET

### CONFIDENTIALITY NOTICE

THIS FACSIMILE TRANSMISSION MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION BELONGING TO THE SENDER WHICH IS PROTECTED FROM DISCLOSURE BY THE ATTORNEY-CLIENT PRIVILEGE.  THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE UPON THE CONTENTS OF THIS TRANSMISSION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE SO THAT WE MAY ARRANGE FOR THE RETURN OF THE TRANSMISSION.

TO:              Freedom of Information Officer        TELECOPY PHONE #:        1-415-705-1226

LOCATION:  U.S. Customs and Border Protection
               U.S. Department of Homeland Security
               555 Battery Street
               San Francisco, CA  94111-2316

FROM:         John M. Daley                    VOICE TELEPHONE #:        1-408-286-0200

RE:              Port of San Francisco Case No. 2007-2809-200522-01
               and Related Customs Entry, Identified as Entry No. C28-0260410

NUMBER OF PAGES:      4      (Including cover sheet)

COMMENTS (IF ANY):

If there is any problem with this facsimile transmission, please call us at (408) 286-0200.  You may reach us via facsimile at (408) 995-3202 automatic, 24 hours a day.

**EXHIBIT E**

John M. Daley, Esq.
Attorney at Law

**LAW OFFICES OF JOHN M. DALEY**

Business Litigation, Transportation and International Trade

95 South Market Street, Suite 300
San Jose, CA 95113
*Voice: 408/286-0200*
*Facsimile: 408/995-3202*
*jdaley@johnmdaley.com*
*www.johnmdaley.com*

November 20, 2007

**VIA E-MAIL TO yolanda.pulido@dhs.gov**
(Original via Federal Express)

Ms. Yolanda Pulido
U.S. Customs and Border Protection
U.S. Department of Homeland Security
555 Battery Street, Attn: FP&F
San Francisco, CA 94111-2316

     Re:    Port of San Francisco Case No. 2007-2809-200522-01

Dear Ms. Pulido:

    On behalf of Kairali Decan, Inc., Importer No. 48126159300, I hereby extend an Offer in Compromise of the above-described case for payment in the amount of **$8,202.00** and an agreement on the part of the FDA and U.S. Customs that this shall not, in any future proceeding, consider the refusal to redeliver goods in this Case to have been the responsibility of Kairali Decan, Inc. A check payable to U.S. Customs and Border Protection in the Compromise amount is enclosed with this letter.

    As my client previously explained to you, Kairali Decan, Inc. did not purchase the goods which are the subject of this Case, nor did it authorize the making of an entry in its name for these goods. We have ascertained that the entry was actually made by Mr. Abdul Salman-Fariz, who does business under the name San Francisco Foods.

    As you can see from attached Exhibit A, Mr. Fariz has *admitted* that he made the entry in issue, and that he sold the goods to his customers prior to release of the goods by U.S. Customs. Although we have tried to obtain the *notarized* statement form Mr. Fariz which you requested, we have thus far been unable to obtain Mr. Fariz's cooperation in obtaining such a statement.

    At your request, Kairali Decan, Inc. has also reported the identity theft to Officer Perry at the Fremont Police Department. Although the complaint has been assigned <u>Fremont Police Report No. 0711909</u>, we will not be able to obtain a copy of the report until early next week. *We will forward a copy of the Police Report to you as soon as it is received by us.*

    As you also know, Kairali Decan's ability to respond to this matter has been handicapped by the unavailability of the Entry File, which it does not have, since it did not make the entry. Although we filed a Freedom of Information Request in which we seek production of the Entry file and other relevant documents on October 25, 2007, we have thus far received no response whatsoever to this request.

Letter to Ms. Yolanda Pulido
November 20, 2007
Page -2-


      Under the circumstances, we urge you to accept this Offer in Compromise.  This entry was made by Mr. Abdul Salman-Fariz for his own account, and he had sole possession of the goods at all times.  Thus, Kairali Decan, Inc. could not possibly have redelivered the goods.

      I remain--

                Very cordially yours,
                **LAW OFFICES OF JOHN M. DALEY**

                JOHN M. DALEY

JMD/ab
enclosures

**KAIRALI DECAN INC.**
**DBA COCONUT HILL**
46121 WARM SPRINGS BLVD.
FREMONT, CA 94539
PH.510-656-9671

7567

11-35/1210
683

Date _11-19-07_

Pay to the
Order of _U.S. Customs and Border Production_    $ _8 202 00_

_Eight thousand two hundred two and no/100_ Dollars

**Bank of America**

Fremont-Beacon
39300 Fremont Blvd
Fremont CA
510.226.2780

For _Cal No. 2007-2809-200522-01_

⑆007567⑆ ⑈121000358⑇ 06631 11124⑈

# SAN FRANCISCO FOODS

NO: 30998, HUNTWOOD AVE, # 106,
HAYWARD. CA. 94544.
Tel: 510 682 7315, 510 475 0112.
Fax: 510 475 0147
Internet: sfinc64@yahoo.com
Voicemail: 510 888 4145

WHO MAY IT CONCERN !!!!!!!!!!!

B/L: HJSCCMBA01409206
ENTRY NO: C28-0264041-0
CTN: 1004 CTN

DEAR SIR,

WE WISH TO BRING TO YOUR ATTENTION, THE ABOVE SHIPMENT, WAS IMPORTED FOR OUR
PERSONNEL USE, UNDER KERALI DECAN INC, DURING THE SRI-LANKAN NEW YEARS &
FESTIVAL PERIOD,, LAST YEAR.
THESE ARE PERISHABLE FOOD ITEMS, MAINLY PRODUCTS OF "MD" LANKA CANNERIES,
CONSIST OF: FRUIT JUICES, JAMS, FRUITS IN CANS, ETC.
WE WERE NOT CONTACTED BY FDA FOR COUPLE OF WEEKS, AND DUE TO THE NATURE OF
THE PRODUCTS, WE DID SELL IT OFF TO THE CUSTOMERS.
THIS IS THE FIRST TIME WE DID COME ACROSS THIS PROBLEM, AND WE WILL  TAKE FULL
RESPONSIBILITY OF THE ABOVE SHIPMENT, WE WILL DO EVERYTHING POSSIBLE TO
RESOLVE THIS MATTER.

MR. JOSEPH THOMAS OF COCONUT HILL/KERALI INC,, OF FREMONT CA,  IS A  VERY CLOSE
FRIEND OF OUR COMPANY,  WE HAVE BEEN HELPING HIM TO CLEAR HIS IMPORT
CONTAINERS FROM INDIA FOR FEW YEARS. HE HAS GIVEN US FULL AUTHORITY IN
WRITING TO CLEAR HIS SHIPMENTS.

WE ARE WORKING WITH THE CUSTOMS AND FDA TO RESOLVE THE MATTER ON ABOVE
SHIPMENT. OUR COMPANY WILL SETTLE THE FINAL OUT COME ON THE ABOVE SHIPMENT.

SINCERELY,

ABDUL. SALMAN-FARIZ
SOLE PROPERITOR- SAN FRANCISCO FOODS

**EXHIBIT F**



**U.S. Customs and Border Protection**

*U. S. Customs and Border Protection*
**U.S. Department of Homeland Security**
**Port Director**
**555 Battery Street, Attn: FP&F**
**San Francisco, CA 94111-2316**

January 15, 2008

Kairali Decan Inc.
c/o: John M. Daley, Esq.
95 South Market Street, Suite 300
San Jose, California 95113

Reference: Port of San Francisco Case No. **2007-2809-200522-01**

Dear Kairali Decan Inc.:

We have considered your offer in compromise dated November 20, 2007. We have determined that it is in the best interests of the Government to reject your offer. Accordingly, our decision of September 20, 2007, remains in full force and effect (copy enclosed). We are initiating a refund of the $8,202.00 through our National Finance Center. Please note that the refund process may take up to six weeks.

If you have any questions, please contact Yolanda Pulido of the Fines, Penalties, and Forfeitures Office at (415) 782-9232.

Sincerely,

Katie Woodson
Fines, Penalties, and Forfeitures Officer

**EXHIBIT G**

hn M. Daley, Esq.
torney at Law

### LAW OFFICES OF JOHN M. DALEY

Business Litigation, Transportation and International Trade

South Market Street, Suite 300
.n Jose, CA  95113
*ice: 408/286-0200*
*csimile: 408/995-3202*
*iley@johnmdaley.com*
*vw.johnmdaley.com*

January 28, 2008

**VIA FACSIMILE TO (415) 705-1226**

Director, Port of San Francisco
U.S. Department of Homeland Security
555 Battery Street, Attn: FP&F
San Francisco, CA  94111-2316

Re:   **FREEDOM OF INFORMATION REQUEST**
      Port of San Francisco Case No. 2007-2809-200522-01
      and related Customs Entry, Identified as Entry No. C28-02640410

Dear Sir or Madam:

Pursuant to 5 U.S.C. § 552, and upon behalf of my client, Kairali Decan Inc., I hereby request that you produce the following documents and record to me at the address shown above:

(1)    All documents and records from the entry file which is the subject of Fines, Penalties and Forfeitures Case No. 2007-2809-200522-01, which has been identified to Kairali Decan Inc. as Entry No. C28-02640410, as well as all documents or records which show, evidence or relate to the authority of the individual(s) who signed the entry to make the entry on behalf of Kairali Decan Inc.

(2)    Any and all documents and records which reflect communications between the individual or individuals who prepared or signed the Entry documents filed, either with respect to the entry or with respect to the individual's (individuals') authority to make entries on behalf of Kairali Decan Inc., whether or not contained in the Entry file.

As you can see from the attached redacted copy of my retainer letter, I am making this request on behalf of the importer of record, which means that there is no basis for refusing this request on the grounds that the information sought is private information submitted by or on behalf of the importer of record.

Copies of the records should be made and sent to me at the address shown above. I hereby agree to pay the duplication fees which are incurred for the documents request, up to $100.00. If the fees will exceed this amount, please call in advance for authority.

*Please note that this is the second Freedom of Information Request submitted for this information. The original request was submitted to you on October 25, 2007. However, no response to the original request was ever provided. Please be advised that if we do not receive a timely response to this second request, we shall immediately file a lawsuit based upon the failure of U.S. Customs to comply with its duties under the Freedom of Information Act.*

Letter to Director, Port of San Francisco
January 28, 2008
Page -2-


Thank you in advance for your anticipated cooperation.

I remain--

Very cordially yours,
**LAW OFFICES OF JOHN M. DALEY**

JOHN M. DALEY

JMD/ab
enclosure

cc:    Ms. Yolanda Pulido (*via e-mail to yolanda.pulido@dhs.gov*)

John M. Daley, Esq.
Attorney at Law

LAW OFFICES OF JOHN M. DALEY

Business Litigation, Transportation and International Trade

95 South Market Street, Suite 300
San Jose, CA  95113
Voice: 408/286-0200
Facsimile: 408/995-3202
jdaley@johnmdaley.com
www.johnmdaley.com

October 18, 2007

**VIA PERSONAL DELIVERY**

Mr. Joseph Thomas
Kairali Decan Inc.
46121 Warm Springs Boulevard
Fremont, CA  94539

     Re:    Letter of Engagement and Fee Agreement

Dear Mr. Thomas:

       The purpose of this letter is to confirm that you have retained the Law Offices of John M. Daley to represent you and Kairali Decan Inc. in connection with (1) U.S. Customs' demand for payment of $24,600 in Fines, Penalties and Forfeitures Case No. 2007-2809-920052201, which apparently arises from Entry No. C28026041-0 and (2) your claims against Mr. Abdul Salman-Fariz and San Francisco Foods.

       All services rendered by this firm are subject to the Law Firm Terms and Conditions of Service which are enclosed with this letter.  Together, this letter and the attached terms and conditions shall constitute what is known as a "Fee Agreement" for the providing of legal services. The Law Firm Terms and Conditions of Service which are attached hereto shall also apply to any matters for which you retain this firm in the future, regardless of whether there is a further "engagement letter," unless we provide you with a revised set of Terms and Conditions.  Furthermore, the Terms and Conditions may be revised during the course of our engagement, upon prior notice to you.

       Thank you for retaining this firm.  I look forward to working with you.

       I remain—

               Very cordially yours,
               LAW OFFICES OF JOHN M. DALEY

               JOHN M. DALEY

JMD/ab

Letter to Mr. Joseph Thomas
October 18, 20007
Page -2-

enclosure

## ACKNOWLEDGMENT AND AGREEMENT

     I acknowledge receipt of a copy of the fee agreement set forth above and agree to retain the Law Offices of John M. Daley on the terms and conditions set forth above and in the enclosed Law Firm Terms and Conditions of Service.

Dated: October 18, 2007.        Kairaili Decan Inc., a California corporation

By: _____
    Joseph Thomas, President

Joseph Thomas _____

# LAW OFFICES OF JOHN M. DALEY
95 South Market Street, Suite 300
San Jose, CA  95113
(408) 286-0200

January 28, 2008

Time:  10:15 a.m

## FACSIMILE TRANSMISSION COVER SHEET

### CONFIDENTIALITY NOTICE

THIS FACSIMILE TRANSMISSION MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION BELONGING TO THE SENDER WHICH IS PROTECTED FROM DISCLOSURE BY THE ATTORNEY-CLIENT PRIVILEGE. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE UPON THE CONTENTS OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE SO THAT WE MAY ARRANGE FOR THE RETURN OF THE TRANSMISSION.

TO:        Director, Port of San Francisco        TELECOPY PHONE #:        1-415-705-1226

LOCATION:  U.S. Customs and Border Protection
           U.S. Department of Homeland Security
           555 Battery Street
           San Francisco, CA  94111-2316

FROM:      John M. Daley                          VOICE TELEPHONE #:        1-408-286-0200

RE:        **FREEDOM OF INFORMATION REQUEST**
           Port of San Francisco Case No. 2007-2809-200522-01
           and Related Customs Entry, Identified as Entry No. C28-0260410

NUMBER OF PAGES:        5        (Including cover sheet)

COMMENTS (IF ANY):

If there is any problem with this facsimile transmission, please call us at (408) 286-0200.  You may reach us via facsimile at (408) 995-3202 automatic, 24 hours a day.

**EXHIBIT H**



**U.S. Department of Homeland Security**
Washington, DC 20229

**U.S. Customs and Border Protection**

DIS-2-OT: FD NM
2008F1711

January 31, 2008

Mr. John M. Daly
95 South Market Street  Suite 300
San Jose, CA  95113

Dear Mr. Daly:

This is in acknowledgement and response to your Freedom of Information/ Privacy Act (FOIA) request made on behalf of Kairali Decan Inc.

A search of the U.S. Customs and Border Protection (CBP) database has produced thirty-one pages responsive to your request.  Certain portions of the enclosed documents are exempt from disclosure pursuant to 5 USC 552 (b)(2), as they are administrative markings and are related solely to the internal administrative practices of this agency, (b)(6), (b)(7)(c), they are names of individuals the disclosure of which could reasonably be expected to constitute an unwarranted invasion of personal privacy and (b)(7)(e), which would disclose techniques and procedures of law enforcement investigations.

You may appeal the deletions to the Office of Regulations and Rulings, U.S. Customs and Border Protection, 1300 Pennsylvania Avenue NW, Mint Annex 5th Floor, Washington, D.C. 20229.  Your appeal must be made in writing within 35 days after the date of this notification. Both the front of the envelope and the appeal letter should contain the notation "Freedom of Information Act Appeal."  Please notate file number 2008F1711 on any future correspondence to CBP related to this request.

Sincerely,

Mark Hanson
Acting Director, FOIA Division
Office of International Trade

Enclosures



U.S. Customs and
Border Protection

*U. S. Customs and Border Protection*
**U.S. Department of Homeland Security**
**Port Director**
**555 Battery Street, Attn: FP&F**
**San Francisco, CA  94111-2316**

February 11, 2008

Kairali Decan, Inc.
c/o: John M. Daley
95 South Market Street, Suite 300
San Jose, California  95113

Reference:  Port of San Francisco Case No. **2007-2809-200522-01**

Dear Kairali Decan, Inc.:

We have considered your informal request dated February 5, 2008 for documents and records which reflect communications between individuals(s) who prepared or signed the entry documents filed, with respect to the individuals(s) authority to make entries on behalf of Kairali Decan Inc., whether or not contained in the entry file.  We regret to inform you that there is no additional information available to the second portion of your FOIA request.

While we understand your need to prove that fraudulent activity was made against your client, you have not provided the requested information as indicated through your email correspondences.  Also in your letter dated November 20, 2007, you indicated that you will provide us with a copy of the police report from the Fremont Police Department and also a notarized statement from Mr. Abdul Salman-Fariz admitting that he made the entry in issue, but to date, we have not received any such documents.  All we have on file is the letter from your client dated December 12, 2007 addressed to Officer Graig Perry of the Fremont Police Department.  Therefore, if we have not received the $24,606 within 30 days of the date of this letter, we will make a demand against the surety for collection and if it is not satisfied, to the Court of International Trade.  If you have any questions, please contact Yolanda Pulido at (415) 782-9232.

Sincerely,

Katie Woodson
Fines, Penalties, and Forfeitures Officer

**EXHIBIT I**

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

C28-0264041-0

CF 338 (042982)

Mr. *Salman*
ROOM: 775    510-682-7315

Joseph 510-475-0112

| | | |
|---|---|---|
| (1) Entry No. 28-0264041-0 | (2) Entry Type Code 01 | (3) |
| (4) Entry Date 1/17/07 | (5) Port Code 2809 | |
| (6) Bond No. 891 | (7) Bond Type Code 09 | (8) Broker/Importer File No. NUNE |

(9) Ultimate Consignee Name and Address

KAIRALI DECAN INC
NO:46121, WARM SPRING BLVD,
FREMONT. CA. 94539

(10) Consignee No. 48-126159300

(11) Importer of Record Name and Address
*Kairali Decan*
SAME
DBA Coconut Hill
46121 Warm Spring Blvd
Fremont CA 94539

(12) Importer No. 48-126159300

(13) Exporting Country SRI LANKA (LK)
(14) Export Date 12/15/06
(15) Country of Origin SRI LANKA (LK)
(16) Missing Documents NUNE
(17) I.T. No. NUNE
(18) I.T. Date NUNE

(19) B/L or AWB No. HJSCCMBA01409206
(20) Mode of Transportation 10
(21) Manufacturer I.D. LKBURASS18KAH
(22) Reference No. NUNE

(23) Importing Carrier HANJIN YANTIAN
(24) Foreign Port of Lading COLOMBO
(25) Location of Goods/G.O. No. ( Z855 )    510 656 9671

(26) U.S. Port of Unlading 2811
(27) Import Date 1/15/07

EST-4

| (28) Line No. | (29) Description of Merchandise (30)(A) T.S.U.S.A. No. (B) ADA/CVD Case No. (31)(A) Gross Weight (B) Manifest Qty. (32) Net Quantity in T.S.U.S.A. Units | (33)(A) Entered Value (B) CHGS (C) Relationship | (34)(A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C. Rate (D) Visa No. | (35) Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|
| 1. | TROPICAL FRUIT JAMS: WOODAPPLE JAM. NO:1. A2007.99.4500  109 KG  15 CTN | $ 135.00 | FREE | NILL |
| 2. | TROPICAL FRUITS IN CANS:BREADFRUIT,WOODAPPLE,BELI FRUIT NO:2,3,4. A2008.99.9090  1690 KG  120 CTN | $ 600.00 | FREE | NILL |
| 3. | MANGO FRUIT CHUTNEY. NO:05. A2008.99.4000  95 KG  20 CTN | $180.00 | FREE | NILL |
| 4. | SAMBA WHITE RICE. NO: 06. A1006.30.9010  4390 KG  150 CTN | $ 750.00 | $0. | $0. 50 |
| 5. | COCONUT FRUIT TODDY DRINK. NO:07 A2202.90.9090  1239 KG  150 CTN | $ 450.00 | FREE | NILL |
| 6. | SWEETS & DESSERT MIXES:MELON CANDY,SEASAME ROLLS,KITUL TERACLE, KITUL JUGGARRY. NO:8,9,10,11. A0811.90.8080  875 KG  50 CTN | $475.00 | FREE | NILL |
| 7. | HEAT & EAT VEGETABLE CURRIES:CASHEW CURRY,POLOS,YOUNG JACKFRUIT, EGGPLANT,KATURUMURUNGA,DAMBALA,PINEAPPLE,CASHEW BADUN. NO:12,13,14,15,16,17,18,19. A0910.50.0000  1239 KG  125 CTN | $ 1140.00 | FREE | NILL |
| 8. | CURRY MIXES:CHICKEN CURRY MIX,BURIYANI RICE MIX,MUTTONMIX, FISH,FISH ABULTHIYAL. NO:20,21,22,23,24,25. A0910.99.6000  718 KG  55 CTN | $ 700.00 | FREE | NILL |

CBP
PAY $ 48.50
JAN 1 8 2007
$0.50
PAID
507
IMPORT OPERATIONS BRANCH
07 JAN 23 AM 11:59

TEV:$8202.00    MPF:$25.00    SUR:$3.00    HMF:$10.

| (36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | U.S. CUSTOMS USE | |
|---|---|---|
| I declare that I am the ☒ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☐ owner or purchaser or agent thereof. | A. Liq. Code | B. Ascertained Duty (37) Duty $10. |
| I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. | C. Ascertained Tax | (38) Tax NILL |
| I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices,values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts. | D. Ascertained Other | (39) Other $38. |
| Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/importers are complying with U.S. customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. (Continued on back of form.) | E. Ascertained Total | (40) Total $ 4 |
| (41) Signature of Declarant, Title, and Date    K. Kim    CEO    1 | Customs Form | |

| (28) Line No. | 30. (A) HTSUS No. (B) ADA/CVD Case No. | (29) Description of Merchandise | 31. (A) Gross Weight (B) Manifest Qty. | (32) Net Quantity in HTSUS Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) HTSUS Rate (B) ADA/CVD Rate (C) I.R.C. Rate (D) Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|---|
| 9. | A1605.20.1050 | DRY SHRIMP & FISH ITEMS: DRY BABY SHRIMP/PKTS, KING DRY FISH, SHRIMP FRY, FRIED KATTA, FRIED SEER, ANCHOVY FISH FRY, DRY TUNA FISH IN CANS. NO: 26,27,28,29,30,31,32. 1130 KG    157 CTN | | | $2173.00 | FREE | NILL | |
| 10. | A0910.99.6000 | CURRY PASTE: SHRIMP CURRY PASTE, KATTA SAMBOL, COCONUT SAMBOL, FRIED ONION SAMBOL, SEENI SAMBOL. NO: 33,34,35,36,37. 1410 KG    122 CTN | | | $ 1299.00 | FREE | NILL | |
| 11. | A2005.90.9700 | VEGETABLE PICKLES: POLOS PICKLE, SINHALA PICKLE. NO: 38,39. 75 KG    10 CTN | | | $ 60.00 | FREE | NILL | |
| 12. | A2009.80.6090 | FRUIT JUICES: MIXED FRUIT JUICE, SHERBET JUICE, GINGER CORDIAL JUICE. NO: 40,41,42. 120 KG    30 CTN | | | $ 240.00 | FREE | NILL | |

==================================================================================

Customs Form 7501A (032796)

**EXHIBIT J**

CUSTOMS BOND

FILE REFERENCE

19 CFR Part 113

| | Execution Date 01/16/2007 |

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

**SECTION I** - Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| | | Date of transaction 01/16/2007 | Port code 1081 |

| X | **SINGLE TRANSACTION BOND** | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) |
| | **CONTINUOUS BOND** | Effective date | This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the period and manner prescribed in the Customs Regulations. |

**SECTION II** — This bond includes the following agreements.² (Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently with 3. Line out all other parts of this section that are not used.)

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| X 1 | Importer or broker................................ 113.62 | $25,000 | 5 | Public Gauger..................................... 113.67 | N/A |
| 1a | Drawback Payment Refunds...................... 113.65 | | 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only) ............... 113.68 | N/A |
| 2 | Custodian of bonded merchandise............... 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | 7 | Bill of Lading (Single Entry Only) .............. 113.69 | N/A |
| 3 | International Carrier.............................. 113.64 | N/A | 8 | Detention of Copyrighted Material (Single Entry Only) ............................. 113.70 | N/A |
| 3a | Instruments of International Traffic.............. 113.66 | N/A | 9 | Neutrality (Single Entry Only) .................. 113.71 | N/A |
| 4 | Foreign Trade Zone Operator.................... 113.73 | N/A | 10 | Court Costs for Condemned Goods (Single Entry Only) ............................. 113.72 | N/A |

**SECTION III** — List below all tradenames or unincorporated divisions that will be permitted to obligate this bond in the principal's name including their CBP Identification Number(s).³ (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

Total number of importer names listed in Section III:

Mailing Address Requested by the Surety
WASHINGTON INTERNATIONAL INSURANCE COMPANY
1200 ARLINGTON HEIGHTS ROAD SUITE 400
ITASCA, IL 60143

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference into the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

| | Name and Address | Importer No.³ 48-1261593 | |
|---|---|---|---|
| **PRINCIPAL** | KAIRALI DECAN INC. DBA COCONUT HILL ( A CALIFORNIA CORPORATION ) 46121 WARM SPRINGS BLVD. FREMONT, CA 94539 | SIGNATURE⁵ | SEAL |
| **PRINCIPAL** | Name and Address | Importer No.³ SIGNATURE⁵ | SEAL |
| **SURETY** | Name and Address⁶ WASHINGTON INTERNATIONAL INSURANCE COMPANY ( AN ARIZONA CORPORATION ) 1200 ARLINGTON HEIGHTS ROAD SUITE 400 ITASCA, IL 60143 | Surety No.⁷ 891 SIGNATURE⁵ Attorney-In-Fact POWER OF ATTORNEY LIMITED TO $600,000 | [CORPORATE SEAL] |
| **SURETY** | Name and Address⁶ | Surety No.⁷ SIGNATURE⁵ | SEAL |
| **SURETY AGENTS** | Name⁶ STEVEN P. ANDERSON | Identification No.⁹ 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 | Name⁸ Identification No.⁹ |

PART I - CBP

CBP Form 301 (05/96)

**EXHIBIT K**

| SHIPPER/EXPORTER(COMPLETE NAME AND ADDRESS) | BOOKING NO. (DOCUMENT NO.) | EXPORT DEC N |
|---|---|---|
| BURTON ASSOCIATES NO.19, 13TH LANE, COLOMBO -03, SRI LANKA TEL:0777 328045 CONTACT:AJITH | CMB6C090015 EXPORT REFERENCES | |

| CONSIGNEE(COMPLETE NAME AND ADDRESS)NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT REFERENCES(COMPLETE NAME AND ADDRESS) |
|---|---|
| KERALI DECAN INC NO.2002, PACIFIC AVE, SUITE :B, STOCKTON, CA UNITED STATES TEL:5104750112 FAX:5104750147 | SERVICE CONTRACT NO : AEN 19784 |

| NOTIFY PARTY(COMPLETE MAILING ADDRESS) | POINT AND COUNTRY OF ORIGIN |
|---|---|
| SAME AS CONSIGNEE | ALSO NOTIFY(NAME AND FULL ADDRESS)/DOMESTIC ROUTING |

| PIER OR PLACE OF RECEIPT • COLOMBO | PRE-CARRIAGE BY • HANJIN BRUSSELS 0037E | | |
|---|---|---|---|
| VESSEL VOY (FLAG) HANJIN YANTIAN 0012E | PORT OF LOADING COLOMBO | TYPE OF MOVE | CONTAINERIZED(Vessel only) ☐ Yes ☐ No |
| PORT OF DISCHARGE OAKLAND, CA | PLACE OF DELIVERY (BY ON CARRIER) • OAKLAND, CA | FINAL DESTINATION(FOR THE MERCHANT'S REFERENCE ONLY) | |

| CONTAINER NO. MARKS & NOS. | SEAL NO | NO. OF PKGS. OR CONTAINERS | H M • • | KIND OF PACKAGES;DESCRIPTION OF GOODS | TOTAL GROSS WEIGHT. KGS (POUNDS) | TOTAL MEASUREMENT CBM(CFT) |
|---|---|---|---|---|---|---|
| | | | | PARTICULARS FURNISHED BY SHIPPER | 13,201.415 | 20.470 |

```
                    -SHIPPER'S LOAD & COUNT-
TRLU3741792         1004 CARTONS IN A TOTAL
S/H446736    1004 CT  1X20'CONAINER CONTAINING
13201.415KGS  20.470CBM  1004 CTNS OF PROCESSED FOOD PRODUCTS IN
                    BOTTLES & PACKETS
   SFO/USA
                    CARTON BREAKDOWN BY SHIPPER-
                    BURTON ASSOCIATES          - 290 CTN
                    LANKA CANNERIES            - 200 CTN
                    AMK FOOD EXPORT PVT LTD    - 210 CTN
                    AGRO SPICES                - 304 CTN
                                               ----------
                                                1004 CTN

                                    =FREIGHT COLLECT=
                                            CY/CY
```

COPY NON-NEGOTIABLE

Optional Declared Value for increased freight charges to avoid Package Limitation US$ _____

| TOTAL NO. OF PACKAGES OR CONTAINERS(IN WORDS) ONE TWENTY FOOT CONTAINER ONLY. | | | | | |
|---|---|---|---|---|---|
| FREIGHT AND CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT |
| FREIGHT | ALL AS | ARRANGED | | | |

LADEN ON BOARD THE VESSEL
Date 15Dec2006
BY _____

PLACE OF B(s)/L ISSUE
COLOMBO, LK

NO.OF ORIGINAL B(s)/L SIGNED
THREE (3)

DATE OF B(s)/L ISSUE
18Dec2006

BILL OF LADING NO.
HJSCCMBA01409206

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, (or the container(s) or package(s) said to contain the cargo herein mentioned, to be carried subject to all the terms and conditions provided for on the face and back of this Bill of Lading by the Vessel named hereon or any substitute at the Carrier's option and/or other means of transport, from the place of receipt or the port of loading to the port of discharge or the place of delivery shown herein and there to be delivered to Consignee or on carrier on payment of all charges due thereon.
If REQUIRED by the Carrier, this Bill of Lading duly endorsed must be surrendered in exchange for the Goods

| NO | H.S.NUMBERS | COUNTRY OF ORIGIN | MANUFACTURER NO |
|----|-------------|-------------------|-----------------|
| 6 | A0811.90.8080 | LK | LKBURASS1BKAH |
| 7 | A0910.50.0000 | LK | LKBURASS1BKAH |
| 8 | A0910.99.6000 | LK | LKBURASS1BKAH |
| 9 | A1605.20.1050 | LK | LKBURASS1BKAH |
| 10 | A0910.99.6000 | LK | LKBURASS1BKAH |
| 11 | A2005.90.9700 | LK | LKBURASS1BKAH |
| 12 | A2009.80.6090 | LK | LKBURASS1BKAH |



# BURTON ASSOCIATES

Office : No.19, 13th Lane, Colombo 3, Sri Lanka. Factory : No. 18, Temple Road, Kahawatta, Sri Lanka.
Telephone : 556960, 556913, Factory : 045-70221 Fax : 556913 , Email : sfinc64@yahoo.com

## PROFORMA INVOICE

| NO: | ITEM | PK/SIZE | US $ | QTY | TOTAL |
|---|---|---|---|---|---|
| 1 | Woodapple Fruit Jam | 390g x 24 | $ 9.00 | 15 | $ 135.00 |
| 2 | Bread Fruit in Brine | 560g x 24 | 5.00 | 100 | $ 500.00 |
| 3 | Woodapple Fruit Cream | 560g x 24 | 5.00 | 10 | $ 50.00 |
| 4 | Beli Fruit Cream | 560g x 24 | 5.00 | 10 | $ 50.00 |
| 5 | Mango Fruit Chutney | 900g x 12 | $ 9.00 | 20 | $ 180.00 |
| 6 | Samba White Rice/ Large Pkts | 5kg x 04 | $ 5.00 | 150 | $ 750.00 |
| 7 | Coconut Fruit Toddy Drink | 700ml x 12 | $ 3.00 | 150 | $ 450.00 |
| 8 | Melon Candy ( Sweets ) | 200g x 50 | $ 15.00 | 10 | $ 150.00 |
| 9 | Seasame Rolls ( Sweets ) | 200g x 50 | $ 7.00 | 10 | $ 70.00 |
| 10 | Kitul Teracle ( Dessert Mix ) | 560g x 24 | $ 6.00 | 15 | $ 90.00 |
| 11 | Juggary/ Pkts( Dessert Mix ) | 560g x 24 | $ 11.00 | 15 | $ 165.00 |
| 12 | Cashew Spicy Curry | 300g x 24 | $ 9.00 | 35 | $ 315.00 |
| 13 | Polos ( Young Jackfruit ) Curry | 300g x 24 | $ 9.00 | 20 | $ 180.00 |
| 14 | Koss Moju (Jackfruit Curry ) | 300g x 24 | $ 9.00 | 10 | $ 90.00 |
| 15 | Brinjal Moju ( Eggplant Curry ) | 300g x 24 | $ 9.00 | 20 | $ 180.00 |
| 16 | Katurumuranga Badun Curry | 300g x 24 | $ 9.00 | 10 | $ 90.00 |
| 17 | Dambala Vegetable Curry | 300g x 24 | $ 9.00 | 10 | $ 90.00 |
| 18 | Pineapple Curry | 300g x 24 | $ 9.00 | 15 | $ 135.00 |
| 19 | Cashew Badun ( Cashew Curry ) | 900g x 24 | $ 12.00 | 5 | $ 60.00 |
| 20 | Chicken Curry Mix | 300g x 24 | $ 12.00 | 15 | $ 180.00 |
| 21 | Buriyani Rice Mix | 300g x 24 | $ 16.00 | 10 | $ 160.00 |
| 22 | Mutton Mix | 300g x 24 | $ 12.00 | 5 | $ 60.00 |
| 23 | Yellow Rice Mix | 300g x 24 | $ 12.00 | 10 | $ 120.00 |
| 24 | Fish Curry Mix | 300g x 24 | $ 12.00 | 5 | $ 60.00 |
| 25 | Abulthiyal Fish Mix | 300g x 24 | $ 12.00 | 10 | $ 120.00 |
| 26 | Dry Baby Shrimp Packs | 200g x 40 | $ 14.00 | 16 | $ 224.00 |
| 27 | King Seer Dry Fish (Thalapath) Pkts | 200g x 40 | $ 14.00 | 16 | $ 224.00 |
| 28 | Prawn Panchadi ( Shrimp Fry ) Delight | 300g x 24 | $ 13.00 | 5 | $ 65.00 |
| 29 | Fried Katta Fish Delight | 300g x 24 | $ 14.00 | 50 | $ 700.00 |
| 30 | Fried King (Seer) Fish Delight | 300g x 24 | $ 14.00 | 40 | $ 560.00 |
| 31 | Sprats ( Anchovy Fry ) Delight | 300g x 24 | $ 12.00 | 10 | $ 120.00 |
| 32 | Dry Tuna Fish( Maldive Fish ) /Cans | 300g x 24 | $ 14.00 | 20 | $ 280.00 |
| 33 | Shrimp(Koonissan) Curry Paste | 300g x 24 | $ 7.00 | 17 | $ 119.00 |
| 34 | Katta Sambol Curry Paste | 300g x 24 | $ 10.00 | 25 | $ 250.00 |
| 35 | Coconut Sambol Curry Paste | 300g x 24 | $ 11.00 | 35 | $ 385.00 |
| 36 | Fried Onion Seeni Sambol Paste | 300g x 24 | $ 11.00 | 20 | $ 220.00 |
| 37 | Seeni Sambol Curry Paste | 300g x 24 | $ 13.00 | 25 | $ 325.00 |
| 38 | Polos ( Young Jackfruit ) Fickle | 310g x 24 | $ 6.00 | 5 | $ 30.00 |
| 39 | Sinhala ( Mixed Veg.) Fickle | 310g x 24 | $ 6.00 | 5 | $ 30.00 |
| 40 | Mixed Fruit Cordial | 750g x 12 | $ 8.00 | 10 | $ 80.00 |
| 41 | Sherbet Syrup | 750g x 12 | $ 8.00 | 10 | $ 80.00 |
| 42 | Ginger Fruit Cordial | 750g x 12 | $ 8.00 | 10 | $ 80.00 |
| | TOTAL VALUE | | | | $ 8,202.00 |



# BURTON ASSOCIATES

Office : No.19, 13th Lane, Colombo 3, Sri Lanka. Factory : No. 18, Temple Road, Kahawatta, Sri Lanka.
Telephone : 556960, 556913, Factory : 045-70221 Fax : 556913 , Email: sfinc64@yahoo.com

## PACKING LIST

| NO: | ITEM | PK/SIZE | US $ | QTY | TOTAL/CTN |
|---|---|---|---|---|---|
| 1 | Woodapple Fruit Jam | 390g x 24 | $  9.00 | 15 | 15 |
| 2 | Bread Fruit in Brine | 560g x 24 | 5.00 | 100 | 100 |
| 3 | Woodapple Fruit Cream | 560g x 24 | 5.00 | 10 | 10 |
| 4 | Beli Fruit Cream | 560g x 24 | 5.00 | 10 | 10 |
| 5 | Mango Fruit Chutney | 900g x 12 | $  9.00 | 20 | 20 |
| 6 | Samba White Rice/ Large Pkts | 5kg x 04 | $  5.00 | 150 | 150 |
| 7 | Coconut Fruit Teddy Drink | 700ml x 12 | $  3.00 | 150 | 150 |
| 8 | Melon Candy ( Sweets ) | 200g x 50 | $  15.00 | 10 | 10 |
| 9 | Seasame Rolls (Sweets ) | 200g x 50 | $  7.00 | 10 | 10 |
| 10 | Kitul Teracle ( Dessert Mix ) | 560g x 24 | $  6.00 | 15 | 15 |
| 11 | Juggary/ Pkts( Dessert Mix ) | 560g x 24 | $  11.00 | 15 | 15 |
| 12 | Cashew Spicy Curry | 300g x 24 | $  9.00 | 35 | 35 |
| 13 | Polos ( Young Jackfruit ) Curry | 300g x 24 | $  9.00 | 20 | 20 |
| 14 | Koss Moju ( Jackfruit Curry ) | 300g x 24 | $  9.00 | 10 | 10 |
| 15 | Brinjal Moju ( Eggplant Curry ) | 300g x 24 | $  9.00 | 20 | 20 |
| 16 | Katurumurunga Badun Curry | 300g x 24 | $  9.00 | 10 | 10 |
| 17 | Dambala Vegetable Curry | 300g x 24 | $  9.00 | 10 | 10 |
| 18 | Pineapple Curry | 300g x 24 | $  9.00 | 15 | 15 |
| 19 | Cashew Badun ( Cashew Curry ) | 300g x 24 | $  12.00 | 5 | 5 |
| 20 | Chicken Curry Mix | 300g x 24 | $  12.00 | 15 | 15 |
| 21 | Buriyani Rice Mix | 300g x 24 | $  16.00 | 10 | 10 |
| 22 | Mutton Mix | 300g x 24 | $  12.00 | 5 | 5 |
| 23 | Yellow Rice Mix | 300g x 24 | $  12.00 | 10 | 10 |
| 24 | Fish Curry Mix | 300g x 24 | $  12.00 | 5 | 5 |
| 25 | Abulthiyal Fish Mix | 300g x 24 | $  12.00 | 10 | 10 |
| 26 | Dry Baby Shrimp Packs | 200g x 40 | $  14.00 | 16 | 16 |
| 27 | King Seer Dry Fish (Thalapath) Pkts | 200g x 40 | $  14.00 | 16 | 16 |
| 28 | Prawn Panchadi ( Shrimp Fry ) Delight | 300g x 24 | $  13.00 | 5 | 5 |
| 29 | Fried Katta Fish Delight | 300g x 24 | $  14.00 | 50 | 50 |
| 30 | Fried King (Seer) Fish Delight | 300g x 24 | $  14.00 | 40 | 40 |
| 31 | Sprats ( Anchovy Fry ) Delight | 300g x 24 | $  12.00 | 10 | 10 |
| 32 | Dry Tuna Fish( Maldive Fish ) /Cans | 300g x 24 | $  14.00 | 20 | 20 |
| 33 | Shrimp(Koonissan) Curry Paste | 300g x 24 | $  7.00 | 17 | 17 |
| 34 | Katta Sambol Curry Paste | 300g x 24 | $  10.00 | 25 | 25 |
| 35 | Coconut Sambol Curry Paste | 300g x 24 | $  11.00 | 35 | 35 |
| 36 | Fried Onion Seeni Sambol Paste | 300g x 24 | $  11.00 | 20 | 20 |
| 37 | Seeni Sambol Curry Paste | 300g x 24 | $  13.00 | 25 | 25 |
| 38 | Polos ( Young Jackfruit ) Pickle | 310g x 24 | $  6.00 | 5 | 5 |
| 39 | Sinhala ( Mixed Veg ) Pickle | 310g x 24 | $  6.00 | 5 | 5 |
| 40 | Mixed Fruit Cordial | 750g x 12 | $  8.00 | 10 | 10 |
| 41 | Sherbet Syrup | 750g x 12 | $  8.00 | 10 | 10 |
| 42 | Ginger Fruit Cordial | 750g x 12 | $  8.00 | 10 | 10 |
| | TOTAL QUANTITY | | | | 1004 |

**EXHIBIT L**

**EXHIBIT M**

# HANJIN SHIPPING     BILL OF LADING

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO | (DOCUMENT NO) | EXPORT DEC |
|---|---|---|---|
| BURTON ASSOCIATES<br>NO.19, 13TH LANE, COLOMBO -03,<br>SRI LANKA TEL:0777 328045<br>CONTACT:AJITH | CMB6C090015 | | N |

EXPORT REFERENCES

| CONSIGNEE(COMPLETE NAME AND ADDRESS) | FORWARDING AGENT REFERENCES(COMPLETE NAME AND ADDRESS) |
|---|---|
| KERALI DECAN INC<br>NO.2002, PACIFIC AVE, SUITE :B,<br>STOCKTON, CA UNITED STATES<br>TEL:5104750112 FAX:5104750147 | SERVICE CONTRACT NO : AEN 19784 |

| NOTIFY PARTY (COMPLETE MAILING ADDRESS) | POINT AND COUNTRY OF ORIGIN |
|---|---|
| SAME AS CONSIGNEE | |
| | ALSO NOTIFY (NAME AND ADDRESS)/DOMESTIC ROUTING) |

| PIER OR PLACE OF RECEIPT * | PRE-CARRIAGE BY * | | |
|---|---|---|---|
| COLOMBO | HANJIN BRUSSELS 0037E | | |
| VESSEL VOY (FLAG) | PORT OF LOADING | TYPE OF MOVE | CONTAINERIZED(VESSEL ONLY) |
| HANJIN YANTIAN 0012E | COLOMBO | | [V] YES ☐ NO |
| PORT OF DISCHARGE | PLACE OF DELIVERY(BY ON CARRIER) * | FINAL DESTINATION (FOR THE MERCHANT'S REFERENCE ONLY) | |
| OAKLAND, CA | OAKLAND, CA | | |

| CONTAINER NO.<br>MARKS & NOS. | SEAL NO. | NO.OF PKGS.<br>OR CONTAINERS | H M | KIND OF PACKAGE/DESCRIPTION OF GOODS | TOTAL GROSS WEIGHT<br>KGS (POUNDS) | TOTAL MEASUREMENT<br>CBM (CFT) |
|---|---|---|---|---|---|---|
| | | | | =SHIPPER'S LOAD & COUNT= | 13,201.415 | 20.470 |
| TRLU3741792 | CY/D | | | 1004 CARTONS IN A TOTAL | | |
| S/R446736 | 1004 CT | | | 1X20'CONAINER CONTAINING | | |
| 13201.415KGS | 20.470 CBM | | | 1004 CTNS OF PROCESSED FOOD PRODUCTS IN | | |
| | | | | BOTTLES & PACKETS. | | |
| SFO/USA | | | | | | |
| | | | | CARTON BREAKDOWN BY SHIPPER: | | |
| | | | | BURTON ASSOCIATES        - 290 CTN | | |
| | | | | LANKA CANNERIES         - 200 CTN | | |
| | | | | AMK FOOD EXPORT PVT LTD    - 210 CTN | | |
| | | | | AGRO SPICES          - 304 CTN | | |
| | | | | --------- | | |
| | | | | 1004 CTN | | |
| | | | | =FREIGHT COLLECT= | | |
| | | | | CY/CY | | |

| TOTAL NO OF PACKAGES<br>OR CONTAINER IN WORDS | ONE TWENTY FOOT CONTAINER ONLY. | | | | | |
|---|---|---|---|---|---|---|
| FREIGHT AND CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT | |
| ~~▬▬▬▬~~ | ~~▬▬▬▬▬~~ | ~~▬▬▬▬~~ | | | ~~▬▬▬▬~~ | LADEN ON BOARD THE VESSEL |
| ~~▬▬~~ | ~~▬▬▬▬▬~~ | ~~▬▬▬~~ | | | ~~▬▬▬▬~~ | Date 15Dec2006 |
| ~~▬▬▬~~ | ~~▬▬▬▬~~ | ~~▬▬~~ | | | ~~▬▬▬▬~~ | By |
| ~~▬▬~~ | ~~▬▬▬▬~~ | ~~▬▬~~ | | | ~~▬▬▬▬~~ | PLACE OF B(X)L ISSUE |
| | | | | | | COLOMBO, LK |
| | | | | | | NO. OF ORIGINAL B(X)L SIGNED |
| | | | | | | THREE , (3) |
| | | | | | | DATE OF B(L)L ISSUE |
| | | | | | | 18Dec2006 |

| PPD EXCH. RATE : 108.7100LKR/USD | TOTAL | USD | ~~▬▬▬~~ | BILL OF LADING NO. |
|---|---|---|---|---|
| | | | | HJSCCMBA01409206 |

**Produced for use in Connection with SF FP&F Case No. 2007-2809-200822-01**

of Multimodal Transportation, "Ocean Carrier" means Hanjin Shipping Co., Ltd., the Vessel, her owner, operator and charterers and any agents and subcontractors of each; "Inland Carrier" means any barge line, vessel, trucker or railroad which custody of the Goods under this Bill of Lading, and agents and subcontractors of each.

(c) "Goods" means the cargo as described on the face of this Bill of Lading and trailers, containers and transportable tanks when delivered to the Carrier by the Merchant containing the cargo.

(d) "Multimodal Transportation" means carriage of the Goods under this Bill of Lading by the Carrier's combined or one or more Inland Carriers for a single freight charge or the Merchant.

(e) "Laden on board" means physically laden on board the firm means of transport operated by the service of the Carrier.

(f) "Merchant" means any actual or previous holder of this Bill of Lading.

(g) "Package" means the single largest unit of Goods (e.g. container, pallet, box, bale) delivered by Merchant to Carrier for carriage pursuant to the terms of this Bill of Lading.

(h) "Particulars" is that description of the Goods provided by the Merchant to the Carrier, and shall include all manner of description, marks, numbers, weight, measure, nature and value of the items constituting the Goods.

(i) "Subcontractor" identifies all interests engaged in owning, operating or chartering the vessel, lighters, feeder line, stevedores, terminal operators, warehousemen, truckers, railroads, and the agents of each of them, and all other persons or legal entities performing services connected to the carriage of the Inland Carriers with respect to the Goods.

(j) "Vessel" means the vessel named in this Bill of Lading, and includes all arriving or substitute vessels, lighters or other conveyances.

N.B. The plural shall include the singular, and the singular shall include the plural throughout this Bill of Lading; the headings are for information purposes only. Any mention in this Bill of Lading of parties to be notified of the arrival of the Goods is solely for information, and failure to give such notification shall not involve the Carrier in any liability nor relieve the Merchant of any obligation.

## 2. CLAUSE PARAMOUNT

## 3. LITIGATION AND CLAIM

## 4. RESPONSIBILITY

## 5. TARIFF

## 6. SUB-CONTRACTING AND ADDITIONAL INSTRUCTIONS

## 7. LIBERTIES

## 8. FREIGHT

## 9. MERCHANT'S RESPONSIBILITY

## 10. LIEN

## 11. DANGEROUS GOODS, CONTRABAND

## 12. NOTICE OF CLAIM AND TIME FOR SUIT

## 13. CARRIERS

## 14. LIMITATION OF DAMAGES

## 15. GENERAL AVERAGE AND SALVAGE CHARGES

## 16. SEPARABILITY OF TERMS

## 17. DEVIATION

Produced for discovery in SF-FPop case No. 2001-2801-200522-01



**citibank**

923733901

16-7958
1220

Citibank, N.A.

FC# 00193 FA# 007-
010-04  Ck. Ser.#     923733901

$0l00 ONL PlC
* * * * * * 2 , 0 4 1 . 0 0 * * *

DATE  0 1 / 1 6 / 0 7

****TWO THOUSAND FORTY-ONE DOLLARS****

PAY

TO
THE
ORDER
OF     ****Hanjin Shipping****

NAME OF REMITTER   Abdul   CMBA01409206
ADDRESS

DRAWER Citibank, N.A.

BY
AUTHORIZED SIGNATURE

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A., Los Angeles, CA

⑆00500⑈ ⑆122029587⑆ 680092373390l8⑈

TCL    F6445
lOBL

*Produced for use in connection
with SF FP&F Case No. 2007-2809-200522-01*

**EXHIBIT N**

# BENZ Transportation & Warehousing, Inc.

24800 INDUSTRIAL BLVD., HAYWARD, CA 94545

(510) 264-9822/23/24/25 · FAX: (510) 264-9826/27

Control #

Date: 10/12/06

Shipper _Total Terminal_

Address _____

City _Oakland, CA_

Consignee _____ S. F. ____

Address _3090 Faulkners au_

City _Hayward CA 44706_

| NO. OF PKGS. | DESCRIPTION OF COMMODITY | |
|---|---|---|

Container # _FCIU2541365_

Chassis # _TLXZ 213 92-0_

Seal # _# 250 502_

Weight _____

Make the damage by these codes:
C-Cuts  •  H-Hole  •  D-Dent



BL or BK # _____

Port _____

Wait Time; Time In _____  Time Out _____  Approved by _____

Customer sold and mostly and hold harmless Benz Transportation, Inc. against all liability, claims, demands, losses, damages, costs, theft, expense, including reasonable attorney's fees, that Benz Transportation, Inc. may incur, or become liable for while the equipment and cargo is in his possession of customer. Customer is also responsible for any and all demurrage which is upon owner against the equipment. From the date of pick up from his original terminal. Benz Transportation, Inc. liable & liability to $50.25 per gross ton to a maximum of $500.00 per bl.

PROPERTY DESCRIBED ABOVE RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED. CUSTOMER AGREES TO THE TERMS AND CONDITIONS OUTLINED ABOVE.

Customer : _____  Date _10/12/06_

# STANDARD INDUSTRIAL LEASE — MULTI-TENANT
## AMERICAN INDUSTRIAL REAL ESTATE ASSOCIATION

MC + Co
Copy

**1. Parties.** This Lease, dated, for reference purposes only, _____ September 22, 2004 _____ XX
Is made by and between _____ Kenneth R. Cook _____

_____ (herein called "Lessor")

and · S.F. Foods _____

_____ (herein called "Lessee").

**2. Premises, Parking and Common Areas.**

**2.1 Premises.** Lessor hereby leases to Lessee and Lessee leases from Lessor for the term, at the rental, and upon all of the conditions set forth herein, real property situated in the County of ___Alameda___ , State of ___California___
commonly known as ___30998 Huntwood Avenue Suite 106 Hayward___
and described as ___Approximately 2,250 square foot portion of a larger___
___multi-tenant office/warehouse building___
herein referred to as the "Premises", as may be outlined on an Exhibit attached hereto, including rights to the Common Areas as hereinafter specified but not including any rights to the roof of the Premises or to any Building in the Industrial Center. The Premises are a portion of a building, herein referred to as the "Building". The Premises, the Building, the Common Areas, the land upon which the same are located, along with all other buildings and improvements thereon, are herein collectively referred to as the "Industrial Center."

**2.2 Vehicle Parking.** Lessee shall be entitled to ___four___ vehicle parking spaces, unreserved and unassigned, on those portions of the Common Areas designated for Lessor parking. Lessee shall not use more parking spaces than said number. Said parking spaces shall be used only for parking by vehicles no larger than full size passenger automobiles or pick-up trucks, herein called "Permitted Size Vehicles." Vehicles other than Permitted Size Vehicles are herein referred to as "Oversized Vehicles."

**2.2.1** Lessee shall not permit or allow any vehicles that belong to or are controlled by Lessee or Lessee's employees, suppliers, shippers, customers, or invitees to be loaded, unloaded, or parked in areas other than those designated by Lessor for such activities.

**2.2.2** If Lessee permits or allows any of the prohibited activities described in paragraph 2.2 of this Lease, then Lessor shall have the right, without notice, in addition to such other rights and remedies that it may have, to remove or tow away the vehicle involved and charge the cost to Lessee, which cost shall be immediately payable upon demand by Lessor.

**2.3 Common Areas — Definition.** The term "Common Areas" is defined as all areas and facilities outside the Premises and within the exterior boundary line of the Industrial Center that are provided and designated by the Lessor from time to time for the general non-exclusive use of Lessor, Lessee and of other lessees of the Industrial Center and their respective employees, suppliers, shippers, customers and invitees, including parking areas, loading and unloading areas, trash areas, roadways, sidewalks, walkways, parkways, driveways and landscaped areas.

**2.4 Common Areas — Lessee's Rights.** Lessor hereby grants to Lessee, for the benefit of Lessee and its employees, suppliers, shippers, customers and invitees, during the term of this Lease, the non-exclusive right to use, in common with others entitled to such use, the Common Areas as they exist from time to time, subject to any rights, powers, and privileges reserved by Lessor under the terms hereof or under the terms of any rules and regulations or restrictions governing the use of the Industrial Center. Under no circumstances shall the right herein granted to use the Common Areas be deemed to include the right to store any property, temporarily or permanently, in the Common Areas. Any such storage shall be permitted only by the prior written consent of Lessor or Lessor's designated agent, which consent may be revoked at any time. In the event that any unauthorized storage shall occur then Lessor shall have the right, without notice, in addition to such other rights and remedies that it may have, to remove the property and charge the cost to Lessee, which cost shall be immediately payable upon demand by Lessor.

**2.5** Common Areas — Rules and Regulations. Lessor or such other person(s) as Lessor may appoint shall have the exclusive control and management of the Common Areas and shall have the right, from time to time, to establish, modify, amend and enforce reasonable rules and regulations with respect thereto. Lessee agrees to abide by and conform to all such rules and regulations, and to cause its employees, suppliers, shippers, customers, and invitees to so abide and conform. Lessor shall not be responsible to Lessee for the non-compliance with said rules and regulations by other lessees of the Industrial Center.

**2.6** Common Areas — Changes. Lessor shall have the right, in Lessor's sole discretion, from time to time:

(a) To make changes to the Common Areas, including, without limitation, changes in the location, size, shape and number of driveways, entrances, parking spaces, parking areas, loading and unloading areas, ingress, egress, direction of traffic, landscaped areas and walkways; (b) To close temporarily any of the Common Areas for maintenance purposes so long as reasonable access to the Premises remains available; (c) To designate other land outside the boundaries of the Industrial Center to be a part of the Common Areas; (d) To add additional buildings and improvements to the Common Areas; (e) To use the Common Areas while engaged in making additional improvements, repairs or alterations to the Industrial Center, or any portion thereof; (f) To do and perform such other acts and make such other changes in, to or with respect to the Common Areas and Industrial Center as Lessor may, in the exercise of sound business judgment, deem to be appropriate.

**2.6.1** Lessor shall at all times provide the parking facilities required by applicable law and in no event shall the number of parking spaces that Lessee is entitled to under paragraph 2.2 be reduced.

**3. Term.**

**3.1 Term.** The term of this Lease shall be for ___One year___
commencing on ___October 1, 2004___ and ending on ___September 30, 2005___
unless sooner terminated pursuant to any provision hereof.

**3.2 Delay in Possession.** Notwithstanding said commencement date, if for any reason Lessor cannot deliver possession of the Premises to Lessee on said date, Lessor shall not be subject to any liability therefor, nor shall such failure affect the validity of this Lease or the obligations of Lessee hereunder or extend the term hereof, but in such case, Lessee shall not be obligated to pay rent or perform any other obligation of Lessee under the terms of this Lease, except as may be otherwise provided in this Lease, until possession of the Premises is tendered to Lessee; provided, however, that if Lessor shall not have delivered possession of the Premises within sixty (60) days from said commencement date, Lessee may, at Lessee's option, by notice in writing to Lessor within ten (10) days thereafter, cancel this Lease, in which event the parties shall be discharged from all obligations hereunder; provided further, however, that if such written notice of Lessee is not received by Lessor within said ten (10) day period, Lessee's right to cancel this Lease hereunder shall terminate and be of no further force or effect.

**3.3 Early Possession.** If Lessee occupies the Premises prior to said commencement date, such occupancy shall be subject to all provisions of this Lease, such occupancy shall not advance the termination date, and Lessee shall pay rent for such period at the initial monthly rates set forth below.

**4.** Rent.

**4.1 Base Rent.** Lessee shall pay to Lessor, as Base Rent for the Premises, without any offset or deduction, except as may be otherwise expressly provided in this Lease, on the ___1st___ day of each month of the term hereof, monthly payments in advance of $ _1,700.00_.
___Seventeen Hundred and no/100 Dollars___

Lessee shall pay Lessor upon execution hereof $ _1,700_ as Base Rent for ___October 2004___
Rent for any period during the term hereof which is for less than one month shall be a pro rata portion of the Base Rent. Rent shall be payable in lawful money of the United States to Lessor at the address stated herein or to such other persons or at such other places as Lessor may designate in writing.

**4.2** Operating Expenses. Lessee shall pay to Lessor during the term hereof, in addition to the Base Rent, Lessee's Share, as hereinafter defined, of all Operating Expenses, as hereinafter defined, during each calendar year of the term of this Lease, in accordance with the following provisions:

(a) "Lessee's Share" is defined, for purposes of this Lease, as ___.047___ percent.
(b) "Operating Expenses" is defined, for purposes of this Lease, as all costs incurred by Lessor, if any, for:
(i) The operation, repair and maintenance, in neat, clean, good order and condition, of the following:
(aa) The Common Areas, including parking areas, loading and unloading areas, trash areas, roadways, sidewalks, walkways, parkways, driveways, landscaped areas, striping, bumpers, irrigation systems, Common Area lighting facilities and fences and gates;
(bb) Trash disposal services;
(cc) Tenant directories;

**41. Easements.** Lessor reserves to itself the right, from time to time, to grant such easements, rights and dedications that Lessor deems necessary or desirable, and to cause the recordation of Parcel Maps and restrictions, so long as such easements, rights, dedications, Maps and restrictions do not unreasonably interfere with the use of the Premises by Lessee. Lessee shall sign any of the aforementioned documents upon request of Lessor and failure to do so shall constitute a material default of this Lease by Lessee without the need for further notice to Lessee.

**42. Performance Under Protest.** If at any time a dispute shall arise as to any amount or sum of money to be paid by one party to the other under the provisions hereof, the party against whom the obligation to pay the money is asserted shall have the right to make payment "under protest" and such payment shall not be regarded as a voluntary payment, and there shall survive the right on the part of said party to institute suit for recovery of such sum. If it shall be adjudged that there was no legal obligation on the part of said party to pay such sum or any part thereof, said party shall be entitled to recover such sum or so much thereof as it was not legally required to pay under the provisions of this Lease.

**43. Authority.** If Lessee is a corporation, trust, or general or limited partnership, each individual executing this Lease on behalf of such entity represents and warrants that he or she is duly authorized to execute and deliver this Lease on behalf of said entity. If Lessee is a corporation, trust or partnership, Lessee shall, within thirty (30) days after execution of this Lease, deliver to Lessor evidence of such authority satisfactory to Lessor.

**44. Conflict.** Any conflict between the printed provisions of this Lease and the typewritten or handwritten provisions, if any, shall be controlled by the typewritten or handwritten provisions.

**45. Offer.** Preparation of this Lease by Lessor or Lessor's agent and submission of same to Lessee shall not be deemed an offer to lease. This Lease shall become binding upon Lessor and Lessee only when fully executed by Lessor and Lessee.

**46. Addendum.** Attached hereto is an addendum or addenda containing paragraphs ___47___ through ___50___ which constitute a part of this Lease.

47. Hazardous Wastes: Lessee shall strictly comply with all Regulations now or hereafter mandated or advised by any federal, state, local or other governmental agency with respect to the use, generation, storage, disposal of hazardous, toxic, or radioactive materials (collectively "Hazardous Materials"). Lessor shall have the right at all reasonable times to (i) inspect the premises, (ii) conduct tests and investigations to determine whether Lessee is in compliance with the foregoing provisions, and (iii) request lists of all Hazardous Materials used, stored or located on the Premises, the costs of all such inspections, tests and investigations to be borne by Lessee. As herein used, Hazardous Materials shall include, but not be limited to, those substances defined as "hazardous substances", "hazardous materials", "hazardous wastes", "toxic substances", or other similar designations in the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. Section 9601, et seq., Hazardous Materials Transportation Act, 49 U.S.C. Section 1801 et seq., and any governmental statutes, laws, ordinances, rules, regulations and precautions. Lessee's indemnification of Lessor pursuant to this paragraph shall extend to all liability, including all foreseeable and unforeseeable consequent damages, directly or indirectly arising out of the use, generation storage or disposal of Hazardous Materials by Lessee including, without limitation, the cost of any required or necessary repair, cleanup or detoxification and the preparation of any closure or other required plans, whether such action is required or necessary prior to or following the termination of this Lease, to the full extent that such action is attributable, directly or indirectly, to the use, generation, storage, or disposal of Hazardous Materials by Lessee. Neither the written consent by Lessor to the use, generation, storage, or disposal of Hazardous Materials nor the strict compliance by Lessee with all statutes, laws, ordinances, rules, regulations and precautions pertaining to Hazardous Materials shall excuse Lessee from Lessee's obligation of indemnification pursuant to this paragraph. Lessee's obligations pursuant to the foregoing indemnity shall survive the termination of this Lease for a period of five (5) years. As used herein, the term "Lessee" shall include any of Lessee's assignees or subtenants.

LESSOR AND LESSEE HAVE CAREFULLY READ AND REVIEWED THIS LEASE AND EACH TERM AND PROVISION CONTAINED HEREIN AND, BY EXECUTION OF THIS LEASE, SHOW THEIR INFORMED AND VOLUNTARY CONSENT THERETO. THE PARTIES HEREBY AGREE THAT, AT THE TIME THIS LEASE IS EXECUTED, THE TERMS OF THIS LEASE ARE COMMERCIALLY REASONABLE AND EFFECTUATE THE INTENT AND PURPOSE OF LESSOR AND LESSEE WITH RESPECT TO THE PREMISES.

THIS LEASE HAS BEEN PREPARED FOR SUBMISSION TO YOUR ATTORNEY FOR APPROVAL. NO REPRESENTATION OR RECOMMENDATION IS MADE BY THE AMERICAN INDUSTRIAL REAL ESTATE ASSOCIATION OR BY THE REAL ESTATE BROKER OR ITS AGENTS OR EMPLOYEES AS TO THE LEGAL SUFFICIENCY, LEGAL EFFECT, OR TAX CONSEQUENCES OF THIS LEASE OR THE TRANSACTION RELATING THERETO; THE PARTIES SHALL RELY SOLELY UPON THE ADVICE OF THEIR OWN LEGAL COUNSEL AS TO THE LEGAL AND TAX CONSEQUENCES OF THIS LEASE.

| LESSOR | LESSEE |
|---|---|
| Kennith B. Cook | S.F. Foods |
| By _Kennith B. Cook_ | By _(signature)_ |
| By _____ | By _ABDUL SALMAN FARIZ_ |
| Executed on _October 6, 2004_ | Executed on _____ |
| (Corporate Seal) | (Corporate Seal) |

| ADDRESS FOR NOTICES AND RENT | ADDRESS |
|---|---|
| Post Office Box 2998 | 30998 Huntwood Avenue, Suite 106 |
| Saratoga, CA 95070 | Hayward, California 94544 |

By American Industrial Real Estate Association. All rights reserved. No part of these words may be reproduced in any form without permission in writing.

U.S. DEPARTMENT OF HOMELAND SECURITY
**Bureau of Customs and Border Protection**

**CUSTOMS BOND**

19 CFR Part 113

OMB No. 1651-0050

| CBP USE ONLY | BOND NUMBER 1 (Assigned by CBP) |
| | FILE REFERENCE |

...er to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date
01/16/2007

**SECTION I** - Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| | | | | |
|---|---|---|---|---|
| ☒ SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) | | Date of transaction 01/16/2007 | Port code 1081 |
| ☐ CONTINUOUS BOND | Effective date | This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the period and manner prescribed in the Customs Regulations. | | |

**SECTION II** - This bond includes the following agreements.² (Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.)

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| ☒ 1 | Importer or broker ............................ 113.62 | $25,000 | ☐ 5 | Public Gauger ................................ 113.67 | N/A |
| ☐ 1a | Drawback Payment Refunds .............. 113.65 | | ☐ 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only) .......... 113.68 | N/A |
| ☐ 2 | Custodian of bonded merchandise .... 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | ☐ 7 | Bill of Lading (Single Entry Only) ...... 113.69 | N/A |
| ☐ 3 | International Carrier ........................... 113.64 | N/A | ☐ 8 | Detention of Copyrighted Material (Single Entry Only) ......................... 113.70 | N/A |
| ☐ 3a | Instruments of International Traffic ..... 113.66 | N/A | ☐ 9 | Neutrality (Single Entry Only) ........... 113.71 | N/A |
| ☐ 4 | Foreign Trade Zone Operator ............ 113.73 | N/A | ☐ 10 | Court Costs for Condemned Goods (Single Entry Only) ......................... 113.72 | N/A |

**SECTION III** - List below all trademarks or unincorporated divisions that will be permitted to obligate this bond in the principal's name including their CBP Identification Number(s).³ (If more space is needed, Use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

Total number of importer names listed in Section III:

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference into the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety

WASHINGTON INTERNATIONAL INSURANCE COMPANY
1200 ARLINGTON HEIGHTS ROAD SUITE 400
ITASCA, IL 60143

| | Name and Address⁴ | Importer No.³ | |
|---|---|---|---|
| PRINCIPAL⁴ | KAIRALI DECAN INC. DBA COCONUT HILL ( A CALIFORNIA CORPORATION ) 46121 WARM SPRINGS BLVD. FREMONT, CA 94539 | 48-1261593 SIGNATURE⁵ | SEAL |
| PRINCIPAL⁴ | Name and Address | Importer No.³ SIGNATURE⁵ | SEAL |
| SURETY⁴ᐟ⁶ | Name and Address⁶ WASHINGTON INTERNATIONAL INSURANCE COMPANY ( AN ARIZONA CORPORATION ) 1200 ARLINGTON HEIGHTS ROAD SUITE 400 ITASCA, IL 60143 | Surety No.⁷ 891 SIGNATURE⁶ Attorney-in-Fact POWER OF ATTORNEY LIMITED TO $600,000 | [seal] |
| SU | Name and Address⁵ | Surety No.⁷ SIGNATURE⁵ | SEAL |

| URETY GENTS | Name⁸ STEVEN P. ANDERSON | Identification No.⁹ 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 | Name⁸ | Identification No.⁹ |

**PART V – CHB**

CBP Form 301 (05/98)

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **PERSONAL MONEY ORDER**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**citibank**

**909580175**

Citibank, N.A.

10-85
220

DATE    0 1 / 1 6 / 0 7

* * * * * * * * 7 5 . 0 0 * * *

**PAY** **TWENTY-FIVE DOLLARS*****

**TO THE ORDER OF**

PURCHASER'S SIGNATURE

**NOT GOOD FOR MORE THAN $1,000.00**

MEMO

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A.  Buffalo, NY

ADDRESS

⑈00500⑈⑆ ⑆022000868⑆⑉ 2800909580175⑈

**EXHIBIT P**

John M. Daley, Esq.
Attorney at Law

LAW OFFICES OF JOHN M. DALEY

Business Litigation, Transportation and International Trade

95 South Market Street, Suite 300
San Jose, CA 95113
*Voice: 408/286-0200*
*Facsimile: 408/995-3202*
*jdaley@johnmdaley.com*
*www.johnmdaley.com*

February 15, 2008

**Via e-mail to yolanda.pulido@dhs.gov**
(Original via Federal Express)

Ms. Yolanda Pulido
U.S. Customs and Border Protection
U.S. Department of Homeland Security
555 Battery Street
Attn: Fines, Penalties and Forfeitures
San Francisco, CA 94111-2316

Re:    Port of San Francisco Case No. 2007-2809-200522-01
       **Supplemental Petition for Relief**
       **Liquidated Damages Assessed: $24,606.00**

Dear Ms. Pulido:

Pursuant to 19 CFR 171.61 et seq., and at the suggestion of U.S. Customs, Kairali Decan, Inc, dba Coconut Hill (hereinafter "Kairali Decan") hereby files this Supplemental Petition for Relief from the assessment of liquidated damages against it in the amount of $24,606.00 arising from the failure of the actual importer to redeliver goods which were imported under Entry No. C28-0264041-0.

As Kairali Decan, Inc. explained in its original Petition, Kairali Decan, Inc. did not purchase the goods which were imported under the Entry in issue, nor did it authorize anyone to enter the goods in its name.

On the contrary, the Entry was made by an individual who is known to Kairali Decan, Inc. as Mr. Abdul Salman-Fariz, who also uses the names "Akif Salman-Fariz," "Akif F. Salman" and "Salman F. Kahn," and who conducts or at least conducted business under the names "SF Foods" (and variations thereof) and "Impex International." Kairali Decan, Inc. is informed and believes that the Importer ID number for the actual importer of the goods is 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.

Although the original Petition submitted by Kairali Decan included a signed statement from Mr. Abdul Salman-Fariz in which he admitted that he made the entry for his own benefit, Customs denied the petition, apparently because it believed that the statement was or may have been forged.

At the time the Petition was denied, Kairali Decan was unable to submit any significant additional information in support of its Petition, since Mr. Salman-Fariz refused to cooperate further, and Kairali Decan did not have a copy of the Entry File for Entry No. C28-0264041-0. Accordingly, Kairali Decan submitted a Freedom of Information Request for the Entry File on October 25, 2007.

Letter to Ms. Yolanda Pulido
February 15, 2008
Page -2-

Unfortunately, U.S. Customs did not produce the documents or even *respond* to the request. Accordingly, Kairali Decan tried to resolve the matter expeditiously by making an Offer in Compromise, which was rejected on or about January 24, 2008. In addition to rejecting the offer, U.S. Customs demanded the immediate payment of the liquidated damages demanded.

On January 28, 2008, Kairali Decan responded by pointing out that U.S. Customs' conduct in denying the request, without first producing the Entry File Kairali Decan needed to defend itself, was a denial of due process, since Kairali Decan needed the Entry File to develop further evidence to support its claim that it was not the importer of the goods in issue, and that the goods had in fact been imported by Mr. Abdul Salman-Fariz on his own behalf. At the same time, Kairali Decan submitted a Second Request for Production.

On February 4, 2007, Kairali Decan finally received a copy of the Entry File from U.S. Customs, and it has used the information from this file to obtain further evidence which it believes clearly shows that the actual importer of the goods was Mr. Abdul Salman-Fariz, not Kairali Decan.

Without the Entry File, Kairali Decan could not possibly have developed some of the information below, critical portions of which were produced by (1) the ocean carrier which issued the bill of lading which the actual importer used to support his filing of the entry, (2) the local trucker which delivered the goods entered to the premises of the actual importer, and (3) the agent which leased the delivery premises to the actual importer.

Accordingly, Kairali Decan submits that his submission of this Supplemental Petition should be considered timely under 19 CFR 171.6, even though not submitted within the 40 day period described therein.

Kairali Decan submits that the following information establishes that it did not make the entry, that the actual importer of the goods was Mr. Abdul Salman-Fariz, and that Kairali Decan may not be held liable for the liquidated damages assessed:

1.    Entry Summary, Customs bond, and first page of the Commercial Invoice for the entry in issue; the Entry Summary was signed under oath by "Kahn," with notes indicating that the Entry was submitted by "Mr. Salman," with a telephone no. of 510-475-0112; the Customs bond was signed by "S. Kahn;" the Commercial Invoice shows that the goods were purchased from "Burton Associates," whose e-mail address is "sfinc@yahoo.com" which is the same e-mail address used by the actual importer in the documents described in Item Nos. 2 and 6 below);

2.    Petition for Relief dated July 15, 2007 submitted by Mr. Joseph Thomas of Kairali Decan explaining that the goods in issue were imported by Mr. Abdul Salman-Fariz on his own behalf, and not by or for Kairali Decan;

3.    Signed statement by Abdul Salman-Fariz in which Mr. Salman-Fariz admits that he imported the goods in issue for his own benefit; although not notarized, the signature on this document is

Letter to Ms. Yolanda Pulido
February 15, 2008
Page -3-

identical to other specimens which appear on documents submitted
herewith, including the lease for the premises (Item No. 7) to which the
goods in issue were delivered;

4.    Arrival Notice, Endorsed Bill of Lading, and Official
Check for the Entry in issue produced by Hanjin; the Bill of Lading and
Official Check are both signed by Mr. Abdul (or perhaps "Akif")
Salman-Fariz; note that the bill of lading spells the name of the
consignee as "Kerali" Decan, Inc., something which would not have
happened if Kairali Decan had ordered the shipment;

5.    Single Entry Bond used for the Entry in issue, along
with a copy of the money order used to purchase the bond, both of
which were produced by Washington International; the money order is
signed by Mr. Abdul (or perhaps "Akif") Salman-Fariz;

6.    Delivery Order and delivery receipt for the container
imported under Entry in issue, both of which were produced by Benz
Transportation, the company which performed the local delivery of the
goods imported under the Entry in issue from the port to the importer's
warehouse; the Delivery Order is signed by "Salman F. Kahn" posing
as a "Director" of "Kerali" Decan, and the delivery receipt shows that
the goods were delivered to "SF Food" at 30998 Huntwood Avenue,
#106, Hayward, California;

7.    First and last pages of a Standard Industrial Lease
produced by the leasing agent for the owner which shows that the
premises located at the delivery address for the goods in issue, 30998
Huntwood Avenue, #106, Hayward, were leased to Mr. Abdul Salman-
Fariz, doing business as "S.F. Foods;"

8.    Web Detective Printout on the telephone number shown
on the top right front page of the Entry Summary in issue, which shows
that this telephone number was listed under the name "Abdul Salman-
Fariz;" and

9.    A Purchase Journal/Check Register for Kairali Decan
from June 2006 through April 2007; this document shows that Kairali
Decan made no purchases whatsoever from "Burton Associates," the
company in Sri Lanka from which the goods in issue were purchased
according to the documents in the  Entry File.

Kairali Decan submits that these documents make it crystal clear that the actual importer
of the goods which are the subject of Entry No. C28-0264041-0 was Mr. Abdul Salman-Fariz, and not
Kairali Decan, Inc.

Letter to Ms. Yolanda Pulido
February 15, 2008
Page -4-


The documents also show that Mr. Salman-Fariz deceived Washington International into issuing a bond to cover the entry, and that he deceived Hanjin into issuing a bill of lading in the name of "Kerali" Decan Inc.

We submit that U.S. Customs has additional information in its own files which supports Kairali Decan's assertion that Mr. Abdul Salman-Fariz stole its identity for the purpose of making this entry--i.e., the Entry files made by Mr. Salman-Fariz under the names "SF Food" (or variations thereof) and "Impex International," probably using Importer ID No. 606-94-91i0.

In particular, Kairali Decan believes that the documents in these entry files will show that (1) the signatures on the documents attached hereto are those of Mr. Salman-Fariz, (2) the address to which the goods in issue were delivered is the warehouse which was leased by Mr. Salman-Fariz, and (3) Mr. Salman-Fariz regularly purchased goods from Burton Associates, a company which he may own or in which he may be involved, but with which Kairali Decan has absolutely no relationship.

Although we have suggested that U.S. Customs should examine these entry files to confirm the information submitted in support of this Supplemental Petition, we do not know whether U.S. Customs has performed any such examination.

Under the circumstances, we submit that U.S. Customs' demand for payment of liquidated damages from Kairali Decan should be withdrawn, and that any such demand should be made against Mr. Salman-Fariz, exclusively.

I remain–

Very cordially yours,
**LAW OFFICES OF JOHN M. DALEY**

JOHN M. DALEY

JMD/ab
enclosures

**ITEM 1**

**DEPARTMENT OF THE TREASURY**
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

C28-0264041-0

CF 338 (042683)

| 1. Entry No. 28-0264041-0 | 2. Entry Type Code 01 | 3. Summary Date |
| 4. Entry Date 1/17/07 | 5. Port Code 2809 | 7707  Mr. Selman  ROOM:775  510-682-7315 |
| 6. Bond No. 891 | 7. Bond Type Code 09 | 8. Broker/Importer File No. NUNE  Joseph 510-475-0112 |

| 9. Ultimate Consignee Name and Address | 10. Consignee No. 48-126159300 | 11. Importer of Record Name and Address | 12. Importer No. 48-126159300 |

KAIRALI DECAN INC
NO:46121, WARM SPRING BLVD,
FREMONT. CA. 94539

Kairali Decan
DB# Coconut Hill
46121 warm SpringBld
Fremont CA 94539

| 13. Exporting Country SRI LANKA (LK) | 14. Export Date 12/15/06 |
| 15. Country of Origin SRI LANKA (LK) | 16. Missing Documents NUNE |
| 17. I.T. No. NUNE | 18. I.T. Date NUNE |

| 19. B.L. or AWB No. HJSCCMBA01409206 | 20. Mode of Transportation 10 | 21. Manufacturer I.D. LKBURASS18KAH | 22. Reference No. NUNE |
| 23. Importing Carrier HANJIN YANTIAN | 24. Foreign Port of Lading COLOMBO | 25. Location of Goods/T.O. No. |
| 26. U.S. Port of Unlading 2811 | 27. Import Date 1/15/07 | ( Z855 )  510 656 9671 |

| 28 Line No. | 30. A. T.S.U.S.A. No. B. ADA/CVD Case No. | 29 Description of Merchandise  31. A. Gross Weight B. Manifest Qty. | 32 A. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35 Duty and I.R. Tax  Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 1. | A2007.99.4500 | TROPICAL FRUIT JAMS: WOODAPPLE JAM. NO:1. 109 KG   15 CTN | | $ 135.00 | FREE | NILL | |
| 2. | A2008.99.9090 | TROPICAL FRUITS IN CANS:BREADFRUIT,WOODAPPLE,BELI FRUIT NO:2,3,4. 1690 KG   120 CTN | | $ 600.00 | FREE | NILL | |
| 3. | A2008.99.4000 | MANGO FRUIT CHUTNEY. NO:05. 95 KG   20 CTN | | $180.00 | FREE | NILL | |
| 4. | A1006.30.9010 | SAMBA WHITE RICE. NO: 06. 4390 KG   150 CTN | | $ 750.00 | FREE | NILL | |
| 5. | A2202.90.9090 | COCONUT FRUIT TODDY DRINK. NO:07 1239 KG   150 CTN | | $ 450.00 | FREE | $ 0. | 50 |
| 6. | A0811.90.8080 | SWEETS & DESSERT MIXES:MELON CANDY,SEASAME ROLLS,KITUL TERACLE, KITUL JUGGARRY. NO:8,9,10,11. 875 KG   50 CTN | | $475.00 | FREE | NILL | |
| 7. | A0910.50.0000 | HEAT & EAT VEGETABLE CURRIES:CASHEW CURRY,POLOS,YOUNG JACKFRUIT, EGGPLANT,KATURUMURUNGA,DAMBALA,PINEAPPLE,CASHEW BADUN. NO:12,13,14,15,16,17,18,19. 1239 KG   125 CTN | | $ 1140.00 | FREE | NILL | |
| 8. | A0910.99.6000 | CURRY MIXES:CHICKEN CURRY MIX,BURIYANI RICE MIX,MUTTONMIX, FISH,FISH ABULTHIYAL. NO:20,21,22,23,24,25. 718 KG   55 CTN | | $ 700.00 | FREE | NILL | |

TEV:$8202.00  MPF:$25.00  SUR:$3.00  HMF:$10.

(stamp) SAME  May 8 48.50  JAN 1 2007  $6.00 149  PAID  Z834  07 JAN 23 AM 11:59  PORT OPERATIONS BRANCH

| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | U.S. CUSTOMS USE | TOTALS |

I declare that I am the
[X] Importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.  OR  [ ] owner or purchaser or agent thereof.

I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true.  OR  [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

| A. Liq. Code | B. Ascertained Duty | 37. Duty |
| | | $10. |
| C. Ascertained Tax | 38. Tax NILL |
| D. Ascertained Other | 39. Other $38. |
| E. Ascertained Total | 40. Total $ 4 |

Notice required by Paperwork Reduction Act of 1980... (Continued on back of form.)

| 41. Signature of Declarant, Title, and Date  CEO  1 |

Customs Form

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

Entry No.
C28-0264041-0

| 29. Line No. | 30. A. HTBUS No. B. ADA/CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | Description of Merchandise 32. Net Quantity in HTBUS Units | 33. A. Entered Value B. CHGB C. Relationship | 34. A. HTBUS Rate ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 9. | DRY SHRIMP & FISH ITEMS: DRY BABY SHRIMP/PKTS, KING DRY FISH, SHRIMP FRY, FRIED KATTA, FRIED SEER, ANCHOVY FISH FRY, DRY TUNA FISH IN CANS. NO:26,27,28,29,30,31,32. | | | | | | |
| | A1605.20.1050 | 1130 KG | 157 CTN | $2173.00 | FREE | NILL | |
| 10. | CURRY PASTE: SHRIMP CURRY PASTE, KATTA SAMBOL, COCONUT SAMBOL, FRIED ONION SAMBOL, SEENI SAMBOL. NO:33,34,35,36,37. | | | | | | |
| | A0910.99.6000 | 1410 KG | 122 CTN | $ 1290.00 | FREE | NILL | |
| 11. | VEGETABLE PICKLES: POLOS PICKLE, SINHALA PICKLE. NO:38,39. | | | | | | |
| | A2005.90.9700 | 75 KG | 10 CTN | $ 60.00 | FREE | NILL | |
| 12. | FRUIT JUICES: MIXED FRUIT JUICE, SHERBET JUICE, GINGER CORDIAL JUICE. NO:40,41,42. | | | | | | |
| | A2009.80.6090 | 120 KG | 30 CTN | $ 240.00 | FREE | NILL | |

===================================================================

Customs Form 7501A (032796)

# CUSTOMS BOND

19 CFR Part 113

ONLY    FILE REFERENCE

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

| | Execution Date 01/16/2007 |

**SECTION I** - Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| [X] | SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entryno., seizure no., etc.) | Date of Transaction 01/16/2007 | Port code 1081 |
| [ ] | CONTINUOUS BOND | Effective date | This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the period and manner prescribed in the Customs Regulations. | |

**SECTION II** - This bond includes the following agreements. (Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.)

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| [X] 1 | Importer or broker ......... 113.62 | $25,000 | [ ] 5 | Public Gauger ......... 113.67 | N/A |
| [ ] 1a | Drawback Payment Refunds ......... 113.65 | | [ ] 6 | Wool & Fur Products Labeling Acts Importation (Single Entry) ......... 113.68 | N/A |
| [ ] 2 | Custodian of bonded merchandise ......... 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | [ ] 7 | Bill of Lading (Single Entry Only) ......... 113.69 | N/A |
| [ ] 3 | International Carrier ......... 113.64 | N/A | [ ] 8 | Detention of Copyrighted Material (Single Entry Only) ......... 113.70 | N/A |
| [ ] 3a | Instruments of International Traffic ......... 113.66 | | [ ] 9 | Neutrality (Single Entry Only) ......... 113.71 | N/A |
| [ ] 4 | Foreign Trade Zone Operator ......... 113.73 | N/A | [ ] 10 | Court Costs for Condemned Goods (Single Entry Only) ......... 113.72 | N/A |

**SECTION III** - List below all trademarks or unincorporated citations that will be permitted to obligate this bond in the principal's name including their CBP identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |
| | | | |

Total number of importer names listed in Section III:

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 8, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court for the U.S. Court of International Trade, where writ is brought on this bond. That clerk is to send notice of this service to the surety at:

**Mailing Address Requested by the Surety**

WASHINGTON INTERNATIONAL INSURANCE COMPANY
1200 ARLINGTON HEIGHTS ROAD SUITE 400
ITASCA, IL 60143

| PRINCIPAL | Name and Address KAIRALI DEZAN INC. DBA COCONUT HILL ( A CALIFORNIA CORPORATION ) 46121 WARM SPRINGS BLVD. FREMONT, CA 94539 | Importer No. 48-1261593 SIGNATURE | SEAL |
| PRINCIPAL | Name and Address | Importer No. SIGNATURE | SEAL |
| SURETY | Name and Address WASHINGTON INTERNATIONAL INSURANCE COMPANY ( AN ARIZONA CORPORATION ) 1200 ARLINGTON HEIGHTS ROAD SUITE 400 ITASCA, IL 60143 | Surety No. 891 SIGNATURE Attorney-in-Fact POWER OF ATTORNEY LIMITED TO $600,000 | SEAL |
| SURETY | Name and Address | Surety No. SIGNATURE | SEAL |

| SURETY AGENTS | Name STEVEN P. ANDERSON | Identification No. 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 | Name | Identification No. |

**PART I - CBP**

CBP Form 301 (05/98)



# BURTON ASSOCIATES

Office : No.19, 13th Lane, Colombo 3, Sri Lanka.  Factory : No. 18, Temple Road, Kahawatta, Sri Lanka.
Telephone : 550960, 556913, Factory : 045-70221 Fax : 556918 , Email: sfiiic64@yahoo.com

**PROFORMA INVOICE**

| NO: | ITEM | PK/SIZE | U6 $ | QTY | TOTAL |
|---|---|---|---|---|---|
| 1 | Woodapple Fruit Jam | 390g x 24 | $ 9.00 | 15 | $ 185.00 |
| 2 | Bread Fruit in Brine | 560g x 24 | 5.00 | 100 | $ 500.00 |
| 3 | Woodapple Fruit Cream | 560g x 24 | 5.00 | 10 | $ 50.00 |
| 4 | Beli Fruit Cream | 560g x 24 | 5.00 | 10 | $ 50.00 |
| 5 | Mango Fruit Chutney | 900g x 12 | $ 9.00 | 20 | $ 180.00 |
| 6 | Samba White Rice / Large Pkts | 5kg x 04 | $ 5.00 | 150 | $ 750.00 |
| 7 | Coconut Fruit Toddy Drink | 700ml x 12 | $ 3.60 | 150 | $ 450.00 |
| 8 | Melon Candy ( Sweets ) | 200g x 50 | $ 15.00 | 10 | $ 150.00 |
| 9 | Sesame Rolls ( Sweets ) | 200g x 50 | $ 7.00 | 10 | $ 70.00 |
| 10 | Kitul Teracle ( Dessert Mix ) | 560g x 24 | $ 6.00 | 15 | $ 90.00 |
| 11 | Juggery/ Pkts/ Dessert Mix ) | 560g x 24 | $ 11.00 | 15 | $ 165.00 |
| 12 | Cashew Spicy Curry | 300g x 24 | $ 9.00 | 35 | $ 315.00 |
| 13 | Polos ( Young Jackfruit ) Curry | 300g x 24 | $ 9.00 | 20 | $ 180.00 |
| 14 | Koss Maju ( Jackfruit Curry ) | 300g x 24 | $ 9.00 | 10 | $ 50.00 |
| 15 | Brinjal Moju ( Eggplant Curry ) | 390g x 24 | $ 9.00 | 20 | $ 180.00 |
| 16 | Katurumurunga Badun Curry | 300g x 24 | $ 9.00 | 10 | $ 90.00 |
| 17 | Dambala Vegetable Curry | 390g x 24 | $ 9.00 | 10 | $ 90.00 |
| 18 | Pineapple Curry | 300g x 24 | $ 9.00 | 15 | $ 135.00 |
| 19 | Cashew Badun ( Cashew Curry ) | 300g x 24 | $ 12.00 | 5 | $ 60.00 |
| 20 | Chicken Curry Mix | 300g x 24 | $ 12.00 | 15 | $ 180.00 |
| 21 | Bariyani Rice Mix | 300g x 24 | $ 16.00 | 10 | $ 160.00 |
| 22 | Mutton Mix | 300g x 24 | $ 12.00 | 5 | $ 60.00 |
| 23 | Yellow Rice Mix | 300g x 24 | $ 12.00 | 10 | $ 120.00 |
| 24 | Fish Curry Mix | 300g x 24 | $ 12.00 | 5 | $ 60.00 |
| 25 | Abulthiyal Fish Mix | 300g x 24 | $ 12.00 | 10 | $ 120.00 |
| 26 | Dry Baby Shrimp Packs | 200g x 40 | $ 14.00 | 16 | $ 224.00 |
| 27 | King Scer Dry Fish (Thalapath) Pkts | 200g x 40 | $ 14.00 | 16 | $ 224.00 |
| 28 | Prawn Panchadi ( Shrimp Fry ) Delight | 300g x 24 | $ 13.00 | 5 | $ 65.00 |
| 29 | Fried Katta Fish Delight | 300g x 24 | $ 14.00 | 50 | $ 700.00 |
| 30 | Fried King (Seer) Fish Delight | 300g x 24 | $ 14.00 | 40 | $ 560.00 |
| 31 | Sprats ( Anchovy Fry ) Delight | 300g x 24 | $ 12.00 | 10 | $ 120.00 |
| 32 | Dry Tuna Fish ( Maldive Fish ) /Oxxs | 300g x 24 | $ 14.00 | 20 | $ 280.00 |
| 33 | Shrimp (Koonissam) Curry Paste | 300g x 24 | $ 7.00 | 17 | $ 119.00 |
| 34 | Katta Sambal Curry Paste | 300g x 24 | $ 10.00 | 25 | $ 250.00 |
| 35 | Coconut Sambol Curry Paste | 300g x 24 | $ 11.00 | 35 | $ 385.00 |
| 36 | Fried Onion Seeni Sambol Paste | 300g x 24 | $ 11.00 | 20 | $ 220.00 |
| 37 | Seeni Sambol Curry Paste | 300g x 24 | $ 13.00 | 25 | $ 325.00 |
| 38 | Polos ( Young Jackfruit ) Pickle | 310g x 24 | $ 6.00 | 5 | $ 30.00 |
| 39 | Sinhala ( Mixed Veg ) Pickle | 310g x 24 | $ 6.00 | 5 | $ 30.00 |
| 40 | Mixed Fruit Cordial | 750g x 12 | $ 8.00 | 10 | $ 80.00 |
| 41 | Sherbet Syrup | 750g x 12 | $ 8.00 | 10 | $ 80.00 |
| 42 | Ginger Fruit Cordial | 750g x 12 | $ 8.00 | 10 | $ 80.00 |
| | **TOTAL VALUE** | | | | $ 8,202.00 |

**ITEM 2**

 **Kairali Decan Inc., dba** **COCONUT HILL**    46121 Warm Springs Blvd    Phone: 510-656-9671
Fremont, CA 94539    Fax: 510-656-9684

July 16, 2007

Commissioner of Customs and Boarder Protection
555 Battery Street
San Francisco, CA 94111

Case No. 2007280920052201

Entry No. C2802640410

Dear Sir ·

Sub: <u>Identity theft</u>

I wish to bring the following facts to your kind consideration. I was unable to respond to the above case in time because I did not import the above entry. I was investigating and found that Mr. Abdul Salman-Fariz of SAN FRANCISCO FOODS imported this shipment from Sri Lanka.. Mr. Abdul Salman-Fariz is a supplier to my retail stores. I used his help to clear some of my shipments from India and he used this opportunity for importing goods for him under my ID from Sri Lanka using non-existing address without my knowledge. He also obtained custom bonds in my name pretending as Manager to Kairali Decan Inc. None of the payments for this shipment paid from my account. When I talked to him about this first he refaced and then admitted and agreed to settle with customs and pay the penalty. Now I realized that this was only his tactics to delay me for responding to Customs. I request you please extend me some more time and investigate to end this kind of unauthorized activity.

<u>His physical location of operation is:</u>
No. 30998, Hunt wood Ave. # 106
Hayward, CA 94544.
Cell phone no. 510-682-7315

Thank you,
Sincerely


Joseph Thomas
KAIRALI DECAN INC.

Copy to: 1. Michelle Howerton
             Claim Examiner, Washington International Insurance Company
         2. Juliane K. Jung-Lau,Compliance Officer
             San Francisco District
             U.S. Food & Drug Administration

**ITEM 3**

# SAN FRANCISCO FOODS

NO: 30998, HUNTWOOD AVE, # 106,
HAYWARD, CA. 94544.
Tel: 510 682 7315, 510 475 0112.
Fax: 510 475 0147
Internet: sfinc64@yahoo.com
Voicemail: 510 888 4145

WHO MAY IT CONCERN !!!!!!!!!!!

B/L: HJSCCMBA01409206
ENTRY NO: C28-0264041-0
CTN: 1004 CTN

DEAR SIR,

WE WISH TO BRING TO YOUR ATTENTION, THE ABOVE SHIPMENT, WAS IMPORTED FOR OUR
PERSONNEL USE, UNDER KERALI DECAN INC, DURING THE SRI-LANKAN NEW YEARS &
FESTIVAL PERIOD,, LAST YEAR.
THESE ARE PERISHABLE FOOD ITEMS, MAINLY PRODUCTS OF "MD" LANKA CANNERIES,
CONSIST OF: FRUIT JUICES, JAMS, FRUITS IN CANS, ETC.
WE WERE NOT CONTACTED BY FDA FOR COUPLE OF WEEKS, AND DUE TO THE NATURE OF
THE PRODUCTS, WE DID SELL IT OFF TO THE CUSTOMERS.
THIS IS THE FIRST TIME WE DID COME ACROSS THIS PROBLEM, AND WE WILL  TAKE FULL
RESPONSIBILITY OF THE ABOVE SHIPMENT, WE WILL DO EVERYTHING POSSIBLE TO
RESOLVE THIS MATTER.

MR. JOSEPH THOMAS OF COCONUT HILL/KERALI INC,, OF FREMONT CA,   IS A  VERY CLOSE
FRIEND OF OUR COMPANY,  WE HAVE BEEN HELPING HIM TO CLEAR HIS IMPORT
CONTAINERS FROM INDIA FOR FEW YEARS. HE HAS GIVEN US FULL AUTHORITY IN
WRITING TO CLEAR HIS SHIPMENTS.

WE ARE WORKING WITH THE CUSTOMS AND FDA TO RESOLVE THE MATTER ON ABOVE
SHIPMENT. OUR COMPANY WILL SETTLE THE FINAL OUT COME ON THE ABOVE SHIPMENT.

SINCERELY,

ABDUL SALMAN-FARIZ
SOLE PROPERITOR- SAN FRANCISCO FOODS

**ITEM 4**

 **韓進滾運**
HANJIN SHIPPING

# ARRIVAL NOTICE

To : 950 WEST ELLIOT ROAD SUITE 201  TEMPE, AZ 85284   480-768-3600 OR 866-4HANJIN
From : SERVICE CENTER, PHOENIX      / Carol KIM TEL : 480-768-3670

** FOR SHIPMENT INQUIRIES AND REQUESTS PLEASE USE: ** PHXIB@US.HANJIN.COM
INCLUDE VESSEL NAME IN SUBJECT LINE FOR PROPER DIRECT
PLEASE NOTE DELIVERY ORDERS GO TO OFFICE OF **DESTINATION**

| Arrival Vessel : **HANJIN YANTIAN 0012 E** | Call Sign : **DDYZ2** | Surrender : **Yes** |
|---|---|---|
| B/L No : HJSCCMBA01409206 | | |

| CONSIGNEE / NOTIFY ADDRESS | SHIPPER ADDRESS |
|---|---|
| KERALI DECAN INC<br>NO.2002,PACIFIC AVE,SUITE :B,<br>STOCKTON,CA UNITED STATES<br>TEL:5104750112 FAX:5104750147 | BURTON ASSOCIATES<br>NO.19, 13TH LANE,COLOMBO -03,<br>SRI LANKA TEL:0777 328045<br>CONTACT:AJITH |

| | | AVAILABLE CONTAINER YARD |
|---|---|---|
| Port of Discharge | OAKLAND,CA | HANJIN SHIPPING, BERTH 55/56<br>2505 Middle Harbor Road, Oakland, CA 94607<br>TEL : 1-510-2673500    FAX : 1<br>FIRMS Code : Z855 |
| ETA | 14 Jan 07 17:00 | |
| Place of Delivery | OAKLAND,CA | |
| ETA | 15 Jan 07 08:00 | |
| Place of Receipt | COLOMBO | |
| Available Date | 15 Jan 07 08:00 | |
| Est. Last Free Date | 16 Jan 07 00:00 | |
| Est. General Order Date | 28 Jan 07 17:00 | |
| I.T Number | | |
| I.T HUB | OAKLAND,CA | FREIGHT AMOUNT COLLECT |

| CONTAINER# | TP/SZ | SEAL# | QTY TP | CHG | RATED AS | RATE PER | COLLECT |
|---|---|---|---|---|---|---|---|
| TRLU3741792 | D2 | H446736 | 1004 CT | | | | |

[COLLECT AMOUNT]▉▉▉▉▉▉
[EXCHANGE RATE]
[TOTAL]USD 2041.00

| Total Piece Count | 1,004 CT | Total Weight : 13,201.415 KGS |
|---|---|---|
| REP. Commodity | COCONUT FRUITE DRINKS(SOFT DRINKS) | |

| IMPORTANT |
|---|

Prior to cargo release following are required :
    ****ALL  ARRIVAL DATES ON THIS NOTICE ARE ESTIMATES ONLY****

***Please send your freight payments to us at: 950 W. Elliot Road, Suite 201, Tempe, AZ 85284 Attn: Freight
  Cashier.***

***Please fax Store Door Delivery (SDD) Delivery Orders (D.O.s) to our Intermodal Dept at 480-838-0201 for
  containers delivering in  **CA, CO, NV, AZ & UT ***ONLY**
  **ALL OTHER DELIVERY ORDERS MUST GO TO  CONTROLLING OFFICE OF DESTINATION***

****Pick up numbers are issued by controlling office of DESTINATION***

*Produced for use in connection
with SF FP&F Case No. 2007-2809-200522-01*

Remark : A/R Supervisor

# HANJIN SHIPPING    BILL OF LADING

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>**BURTON ASSOCIATES**<br>**NO.19, 13TH LANE,COLOMBO -03,**<br>**SRI LANKA TEL:0777 328045**<br>**CONTACT:AJITH** | BOOKING NO.    (DOCUMENT NO)    EXPORT DEC<br>**CMB6C090015**    **N**<br><br>EXPORT REFERENCES |
| CONSIGNEE(COMPLETE NAME AND ADDRESS)<br>**KERALI DECAN INC**<br>**NO.2002,PACIFIC AVE,SUITE :B,**<br>**STOCKTON,CA UNITED STATES**<br>**TEL:5104750112 FAX:5104750147** | FORWARDING AGENT REFERENCES(COMPLETE NAME AND ADDRESS)<br>**SERVICE CONTRACT NO : AEN 19784** |
| NOTIFY PARTY (COMPLETE MAILING ADDRESS)<br>**SAME AS CONSIGNEE** | POINT AND COUNTRY OF ORIGIN<br><br>ALSO NOTIFY (NAME AND ADDRESS/DOMESTIC ROUTING) |

| PIER OR PLACE OF RECEIPT *<br>**COLOMBO** | PRE-CARRIAGE BY *<br>**HANJIN BRUSSELS 0037E** | | |
|---|---|---|---|
| VESSEL VOY (FLAG)<br>**HANJIN YANTIAN 0012E** | PORT OF LOADING<br>**COLOMBO** | TYPE OF MOVE | CONTAINERIZED(Vessel only)<br>**V** YES    NO |
| PORT OF DISCHARGE<br>**OAKLAND,CA** | PLACE OF DELIVERY/BY ON CARRIER) *<br>**OAKLAND,CA** | FINAL DESTINATION (FOR THE MERCHANT'S REFERENCE ONLY) | |

| CONTAINER NO.<br>MARKS & NOS. | SEAL NO; | NO OF PKGS.<br>OR CONTAINERS | H M<br>+ + | KIND OF PACKAGE;DESCRIPTION OF GOODS | TOTAL GROSS WEIGHT<br>KGS (POUNDS) | TOTAL MEASUREMENT<br>CBM (CFT) |
|---|---|---|---|---|---|---|
| | | | | =SHIPPER'S LOAD & COUNT= | **13,201.415** | **20.470** |
| **TRLU3741792**    **CY/D**<br>**S/H446736**    **1004 CT**<br>**13201.415KGS    20.470 CBM**<br><br>**SFO/USA** | | | | **1004 CARTONS IN A TOTAL**<br>**1X20'CONAINER CONTAINING**<br>**1004 CTNS OF PROCESSED FOOD PRODUCTS IN**<br>**BOTTLES & PACKETS.**<br><br>**CARTON BREAKDOWN BY SHIPPER:**<br>**BURTON ASSOCIATES    - 290 CTN**<br>**LANKA CANNERIES    - 200 CTN**<br>**AMK FOOD EXPORT PVT LTD    - 210 CTN**<br>**AGRO SPICES    - 304 CTN**<br>**--------**<br>**1004 CTN**<br><br>**=FREIGHT COLLECT=**<br>**CY/CY** | | |

| TOTAL NO OF PACKAGES<br>OR CONTAINER IN WORDS | **ONE TWENTY FOOT CONTAINER ONLY.** | | | | | |
|---|---|---|---|---|---|---|
| FREIGHT AND CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT | LADEN ON BOARD THE<br>VESSEL |
| ▬▬▬ | ▬▬▬ | ▬▬▬ | | | ▬▬▬ | Date **15Dec2006** |
| ▬▬▬ | ▬▬▬ | ▬▬▬ | | | ▬▬▬ | By |
| ▬▬▬ | | ▬▬▬ | | | ▬▬▬ | PLACE OF B(/s)L ISSUE<br>**COLOMBO,LK** |
| ▬▬▬ | | ▬▬▬ | | | ▬▬▬ | NO. OF ORIGINAL B(/s)L SIGNED<br>**THREE , (3)** |
| | | | | | | DATE OF B/L(s) ISSUE<br>**18Dec2006** |
| **PPD EXCH. RATE : 108.7100LKR/USD** | | | TOTAL | **USD** ▬▬▬ | | BILL OF LADING NO.<br>**HJSCCMBA01409206** |

Produced for use in connection
with SF FP&F Case No. 2007-2809-200522-01

Produced for use in connection with SFPP FERC Case Nos. 1001-2804-200522-01



**citibank**

923733901

16-2556
1220

Citibank, N.A.

FC# OQ193 FA# 007.
010-04 Ck. Ser.#    923733901

$G/00 ONL PLC
* * * * * * 2 , 0 4 1 . 0 0 * * *

DATE 0 1 / 1 6 / 0 7

****TWO THOUSAND FORTY-ONE DOLLARS****

PAY

TO
THE
ORDER
OF    ****Hanjin Shipping****

NAME OF REMITTER    Abdul    CMBA01409206
ADDRESS

DRAWER Citibank, N.A.

BY
AUTHORIZED SIGNATURE

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A., Los Angeles, CA

TO2
10BL    F6445    ⑈00500⑈  ⑆122029587⑆  680092373390⑈8⑈

Produced for use in connection
with SF FPxF Case No. 2007-2809-200522-01

**ITEM 5**

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**Bureau of Customs and Border Protection**

**CUSTOMS BOND**

19 CFR Part 113

OMB No. 1651-0050

| CBP USE ONLY | BOND NUMBER 1 (Assigned by CBP) |
| | FILE REFERENCE |

...er to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date: 01/16/2007

**SECTION I - Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.**

| [X] SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) | Date of transaction 01/16/2007 | Port code 1081 |

| [ ] CONTINUOUS BOND | Effective date | This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the period and manner prescribed in the Customs Regulations. |

**SECTION II -** This bond includes the following agreements.* (Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Use out all other parts of this section that are not used.)

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| [X] 1 | Importer or broker ... 113.62 | $25,000 | [ ] 5 | Public Gauger ... 113.67 | N/A |
| [ ] 1a | Drawback Payment Refunds ... 113.65 | | [ ] 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only) ... 113.68 | N/A |
| [ ] 2 | Custodian of bonded merchandise (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | [ ] 7 | Bill of Lading (Single Entry Only) ... 113.69 | N/A |
| [ ] 3 | International Carrier ... 113.64 | N/A | [ ] 8 | Detention of Copyrighted Material (Single Entry Only) ... 113.70 | N/A |
| [ ] 3a | Instruments of International Traffic ... 113.66 | | [ ] 9 | Neutrality (Single Entry Only) ... 113.71 | N/A |
| [ ] 4 | Foreign Trade Zone Operator ... 113.73 | N/A | [ ] 10 | Court Costs for Condemned Goods (Single Entry Only) ... 113.72 | N/A |

**SECTION III -** List below all tradenames or unincorporated divisions that will be permitted to obligate this bond in the principal's name including their CBP Identification Number(s).* (If more space is needed, Use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

Total number of importer names listed in Section III:

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference into the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court for the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety
WASHINGTON INTERNATIONAL INSURANCE COMPANY
1200 ARLINGTON HEIGHTS ROAD SUITE 400
ITASCA, IL 60143

| PRINCIPAL | Name and Address KAIRALI DECAN INC. DBA COCONUT HILL ( A CALIFORNIA CORPORATION ) 46121 WARM SPRINGS BLVD. FREMONT, CA 94539 | Importer No. 48-1261593 SIGNATURE | SEAL |
| PRINCIPAL | Name and Address | Importer No. SIGNATURE | SEAL |
| SURETY | Name and Address WASHINGTON INTERNATIONAL INSURANCE COMPANY ( AN ARIZONA CORPORATION ) 1200 ARLINGTON HEIGHTS ROAD SUITE 400 ITASCA, IL 60143 | Surety No. 891 SIGNATURE Attorney-in-Fact POWER OF ATTORNEY LIMITED TO $600,000 | (SEAL) |
| SU | Name and Address | Surety No. SIGNATURE | SEAL |

| SURETY AGENTS | Name STEVEN P. ANDERSON | Identification No. 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 | Name | Identification No. |

**PART V - CHB**

CBP Form 301 (05/98)

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**PERSONAL MONEY ORDER**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**citibank**

**909580175**

10-68
220

Citibank, N.A.

01 / 16 / 07

DATE

* * * * * * * * 7 5 . 0 0 * *

PAY   *** SEVENTY-FIVE DOLLARS ***

TO
THE
ORDER
OF

**NOT GOOD FOR MORE THAN $1,000.00**

MEMO

PURCHASER'S SIGNATURE

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A.  Buffalo, NY

ADDRESS

⑆005001⑆ ⑈022000868⑈ 2800909580175⑆

**ITEM 6**

FEB-11-2008 16:16  FROM:                                    TO:6569684              P:1/2

*From : Selin /A 0112.*

*1P*

*ATT: REGENA*

# KERALI DECAN INC.

NO: 46123, WARM SPRING BLVD.
FREMONT. CA. 94539.
Tel: 510 682 7319, 510 475 0112.
Fax: 510 475 0147
Internet: sfinc64@yahoo.com
Voicemail: 510 888 4145

ATT: PAM                              MB: HJSCCMBA01409206
BENZ TRUCKING                         CON: TRLU3741792
                                      TERMINAL: HANJIN TERMINAL ( Z855 )
                                      COMMODITY: BISCUITS
                                      WEIGHT: 12,200 KG

### DELIVERY NOTICE

DEAR SIR,

THIS IS A DELIVERY NOTICE. AUTHORIZING YOUR COMPANY TO PICK UP THE 20" DRY
CONTAINER: TRLU3741792, FROM HANJIN TERMINAL. OAKLAND. CA.  :

MOVE THE CONTAINER TO OUR WAREHOUSE:

NO: 30998, HUNTWOOD AVE, # 106,
HAYWARD. CA. 94544

WE WILL PAY THE CHARGES CONNECTED WITH ABOVE.

IF YOU HAVE ANY QUESTIONS,GIVE ME A CALL. ( DIRECT: 510 682 7319 )

SINCERELY,

SALMAN. F. KAHN
DIRECTOR

DK6252.

FEB-11-2008 16:16  FROM:                          TO:6569684              P:2/2

# Benz Transportation, Inc.

24800 Industrial Blvd., Hayward, CA 94545
Tel: 510.264.9822 • Fax: 510.264.9826

Control #

Date: ___1/24/07___

Shipper ___III___

Consignee ___SF Kuji___

Address _____

Address ___3798 Huntwood Av #106___

City _____

City _____  Hayward

| NO. OF PKGS. | DESCRIPTION OF COMMODITY | WEIGHT | Make the damage by these codes: C–Cuts • H–Hole • D–Dent |
|---|---|---|---|
| 26 | | |  |
| | Container # TRLU 374 1792 | | |
| | Chassis # TCZ 121400 | | |
| | Seal # 141736 | | |

Customer while in possession of the equipment and cargo will be responsible for all damage incurred, as well as any loss due to theft. Customer assumes all liability for said loss and damage. Customer is also responsible for any per diem charges which may accrue against the equipment, from the date of pick up from the original terminal. Benz Transportation, Inc. limits its liability to $0.25 per pound to a maximum of $50.00 per lot.

| BL or BK # | | Property described above receive in good condition, except as noted. |
|---|---|---|
| Port | | |
| Wait Time: Time In ___ Time Out ___ Signature ___ | | Received by ___ Date ___ |

**ITEM 7**

# STANDARD INDUSTRIAL LEASE — MULTI-TENANT

## AMERICAN INDUSTRIAL REAL ESTATE ASSOCIATION

*MC+Co.*
*Copy*

**1. Parties.** This Lease, dated, for reference purposes only, ___September 22, 2004___ ,XK
is made by and between ___Kennith R. Cook___
[herein called "Lessor"]
and ___S.F. Foods___
[herein called "Lessee"].

**2. Premises, Parking and Common Areas.**

**2.1 Premises.** Lessor hereby leases to Lessee and Lessee leases from Lessor for the term, at the rental, and upon all of the conditions set forth herein, real property situated in the County of ___Alameda___ , State of ___California___
commonly known as ___30998 Huntwood Avenue Suite 106 Hayward___
and described as ___Approximately 2,250 square foot portion of a larger___
___multi-tenant office/warehouse building___
herein referred to as the "Premises", as may be outlined on an Exhibit attached hereto, including rights to the Common Areas as hereinafter specified but not including any rights to the roof of the Premises or to any Building in the Industrial Center. The Premises are a portion of a building, herein referred to as the "Building." The Premises, the Building, the Common Areas, the land upon which the same are located, along with all other buildings and improvements thereon, are herein collectively referred to as the "Industrial Center."

**2.2** Vehicle Parking. Lessee shall be entitled to ___four___ vehicle parking spaces, unreserved and unassigned, on those portions of the Common Areas designated by Lessor for parking. Lessee shall not use more parking spaces than said number. Said parking spaces shall be used only for parking by vehicles no larger than full size passenger automobiles or pick-up trucks, herein called "Permitted Size Vehicles." Vehicles other than Permitted Size Vehicles are herein referred to as "Oversized Vehicles."

**2.2.1** Lessee shall not permit or allow any vehicles that belong to or are controlled by Lessee or Lessee's employees, suppliers, shippers, customers, or invitees to be loaded, unloaded, or parked in areas other than those designated by Lessor for such activities.

**2.2.2** If Lessee permits or allows any of the prohibited activities described in paragraph 2.2 of this Lease, then Lessor shall have the right, without notice, in addition to such other rights and remedies that it may have, to remove or tow away the vehicle involved and charge the cost to Lessee, which cost shall be immediately payable upon demand by Lessor.

**2.3** Common Areas — Definition. The term "Common Areas" is defined as all areas and facilities outside the Premises and within the exterior boundary line of the Industrial Center that are provided and designated by the Lessor from time to time for the general non-exclusive use of Lessor, Lessee and other lessees of the Industrial Center and their respective employees, suppliers, shippers, customers and invitees, including parking areas, loading and unloading areas, trash areas, roadways, sidewalks, walkways, parkways, driveways and landscaped areas.

**2.4** Common Areas — Lessee's Rights. Lessor hereby grants to Lessee, for the benefit of Lessee and its employees, suppliers, shippers, customers and invitees, during the term of this Lease, the non-exclusive right to use, in common with others entitled to such use, the Common Areas as they exist from time to time, subject to any rights, powers, and privileges reserved by Lessor under the terms hereof or under the terms of any rules and regulations or restrictions governing the use of the Industrial Center. Under no circumstances shall the right herein granted to use the Common Areas be deemed to include the right to store any property, temporarily or permanently, in the Common Areas. Any such storage shall be permitted only by the prior written consent of Lessor or Lessor's designated agent, which consent may be revoked at any time. In the event that any unauthorized storage shall occur then Lessor shall have the right, without notice, in addition to such other rights and remedies that it may have, to remove the property and charge the cost to Lessee, which cost shall be immediately payable upon demand by Lessor.

**2.5** Common Areas — Rules and Regulations. Lessor or such other person(s) as Lessor may appoint shall have the exclusive control and management of the Common Areas and shall have the right, from time to time, to establish, modify, amend and enforce reasonable rules and regulations with respect thereto. Lessee agrees to abide by and conform to all such rules and regulations, and to cause its employees, suppliers, shippers, customers, and invitees to so abide and conform. Lessor shall not be responsible to Lessee for the non-compliance with said rules and regulations by other lessees of the Industrial Center.

**2.6** Common Areas — Changes. Lessor shall have the right, in Lessor's sole discretion, from time to time:

(a) To make changes to the Common Areas, including, without limitation, changes in the location, size, shape and number of driveways, entrances, parking spaces, parking areas, loading and unloading areas, ingress, egress, direction of traffic, landscaped areas and walkways; (b) To close temporarily any of the Common Areas for maintenance purposes so long as reasonable access to the Premises remains available; (c) To designate other land outside the boundaries of the Industrial Center to be a part of the Common Areas; (d) To add additional buildings and improvements to the Common Areas; (e) To use the Common Areas while engaged in making additional improvements, repairs or alterations to the Industrial Center, or any portion thereof; (f) To do and perform such other acts and make such other changes in, to or with respect to the Common Areas and Industrial Center as Lessor may, in the exercise of sound business judgment, deem to be appropriate.

**2.6.1** Lessor shall at all times provide the parking facilities required by applicable law and in no event shall the number of parking spaces that Lessee is entitled to under paragraph 2.2 be reduced.

**3. Term.**

**3.1** Term. The term of this Lease shall be for ___One year___
commencing on ___October 1, 2004___ and ending on ___September 30, 2005___
unless sooner terminated pursuant to any provision hereof.

**3.2** Delay in Possession. Notwithstanding said commencement date, if for any reason Lessor cannot deliver possession of the Premises to Lessee on said date, Lessor shall not be subject to any liability therefor, nor shall such failure affect the validity of this Lease or the obligations of Lessee hereunder or extend the term hereof, but in such case, Lessee shall not be obligated to pay rent or perform any other obligation of Lessee under the terms of this Lease, except as may be otherwise provided in this Lease, until possession of the Premises is tendered to Lessee; provided, however, that if Lessor shall not have delivered possession of the Premises within sixty (60) days from said commencement date, Lessee may, at Lessee's option, by notice in writing to Lessor within ten (10) days thereafter, cancel this Lease, in which event the parties shall be discharged from all obligations hereunder; provided further, however, that if such written notice of Lessee is not received by Lessor within said ten (10) day period, Lessee's right to cancel this Lease hereunder shall terminate and be of no further force or effect.

**3.3** Early Possession. If Lessee occupies the Premises prior to said commencement date, such occupancy shall be subject to all provisions of this Lease, such occupancy shall not advance the termination date, and Lessee shall pay rent for such period at the initial monthly rates set forth below.

**4. Rent.**

**4.1** Base Rent. Lessee shall pay to Lessor, as Base Rent for the Premises, without any offset or deduction, except as may be otherwise expressly provided in this Lease, on the ___1st___ day of each month of the term hereof, monthly payments in advance of $___1,700.00___ .
___Seventeen Hundred and no/100 Dollars___

Lessee shall pay Lessor upon execution hereof $___1,700___ as Base Rent for ___October 2004___ .
Rent for any period during the term hereof which is for less than one month shall be a pro rata portion of the Base Rent. Rent shall be payable in lawful money of the United States to Lessor at the address stated herein or to such other persons or at such other places as Lessor may designate in writing.

**4.2** Operating Expenses. Lessee shall pay to Lessor during the term hereof, in addition to the Base Rent, Lessee's Share, as hereinafter defined, of all Operating Expenses, as hereinafter defined, during each calendar year of the term of this Lease, in accordance with the following provisions:

(a) "Lessee's Share" is defined, for purposes of this Lease, as ___.047___ percent.

(b) "Operating Expenses" is defined, for purposes of this Lease, as all costs incurred by Lessor, if any, for:
(i) The operation, repair and maintenance, in neat, clean, good order and condition, of the following:
(aa) The Common Areas, including parking areas, loading and unloading areas, trash areas, roadways, sidewalks, walkways, parkways, driveways, landscaped areas, striping, bumpers, irrigation systems, Common Area lighting facilities and fences and gates;
(bb) Trash disposal services;
(cc) Tenant directories;
(dd) Fire detection systems including sprinkler system maintenance and repair;

Initials: ___

**41.** · **Easements.** Lessor reserves to itself the right, from time to time, to grant such easements, rights and dedications that Lessor deems necessary or desirable, and to cause the recordation of Parcel Maps and restrictions, so long as such easements, rights, dedications, Maps and restrictions do not unreasonably interfere with the use of the Premises by Lessee. Lessee shall sign any of the aforementioned documents upon request of Lessor and failure to do so shall constitute a material default of this Lease by Lessee without the need for further notice to Lessee.

**42.** **Performance Under Protest.** If at any time a dispute shall arise as to any amount or sum of money to be paid by one party to the other under the provisions hereof, the party against whom the obligation to pay the money is asserted shall have the right to make payment "under protest" and such payment shall not be regarded as a voluntary payment, and there shall survive the right on the part of said party to institute suit for recovery of such sum. If it shall be adjudged that there was no legal obligation on the part of said party to pay such sum or any part thereof, said party shall be entitled to recover such sum or so much thereof as it was not legally required to pay under the provisions of this Lease

**43.** **Authority.** If Lessee is a corporation, trust, or general or limited partnership, each individual executing this Lease on behalf of such entity represents and warrants that he or she is duly authorized to execute and deliver this Lease on behalf of said entity. If Lessee is a corporation, trust or partnership, Lessee shall, within thirty (30) days after execution of this Lease, deliver to Lessor evidence of such authority satisfactory to Lessor.

**44.** **Conflict.** Any conflict between the printed provisions of this Lease and the typewritten or handwritten provisions, if any, shall be controlled by the typewritten or handwritten provisions.

**45.** **Offer.** Preparation of this Lease by Lessor or Lessor's agent and submission of same to Lessee shall not be deemed an offer to lease. This Lease shall become binding upon Lessor and Lessee only when fully executed by Lessor and Lessee.

**46.** **Addendum.** Attached hereto is an addendum or addenda containing paragraphs ____ 47 ____ through ____ 50 ____ which constitute a part of this Lease.

47. Hazardous Wastes: Lessee shall strictly comply with all Regulations now or hereafter mandated or advised by any federal, state, local or other governmental agency with respect to the use, generation, storage, disposal of hazardous, toxic, or radioactive materials (collectively "Hazardous Materials"). Lessor shall have the right at all reasonable times to (i) inspect the premises, (ii) conduct tests and investigations to determine whether Lessee is in compliance with the foregoing provisions, and (iii) request lists of all Hazardous Materials used, stored or located on the Premises, the costs of all such inspections, tests and investigations to be borne by Lessee. As herein used, Hazardous Materials shall include, but not be limited to, those substances defined as "hazardous substances", "hazardous materials", "hazardous wastes", "toxic substances", or other similar designations in the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. Section 9601, et seq., Hazardous Materials Transportation Act, 49 U.S.C. Section 1801 et seq., and any other governmental statutes, laws, ordinances, rules, regulations and precautions. Lessee's indemnification of Lessor pursuant to this paragraph shall extend to all liability, including all foreseeable and unforeseeable consequent damages, directly or indirectly arising out of the use, generation storage or disposal of Hazardous Materials by Lessee including, without limitation, the cost of any required or necessary repair, cleanup or detoxification and the preparation of any closure or other required plans, whether such action is required or necessary prior to or following the termination of this Lease, to the full extent that such action is attributable, directly or indirectly, to the use, generation, storage, or disposal of Hazardous Materials by Lessee. Neither the written consent by Lessor to the use, generation, storage, or disposal of Hazardous Materials nor the strict compliance by Lessee with all statutes, laws, ordinances, rules, regulations and precautions pertaining to Hazardous Materials shall excuse Lessee from Lessee's obligation of indemnification pursuant to this paragraph. Lessee's obligations pursuant to the foregoing indemnity shall survive the termination of this Lease for a period of five (5) years. As used herein, the term "Lessee" shall include any of Lessee's assignees or subtenants.

LESSOR AND LESSEE HAVE CAREFULLY READ AND REVIEWED THIS LEASE AND EACH TERM AND PROVISION CONTAINED HEREIN, AND, BY EXECUTION OF THIS LEASE, SHOW THEIR INFORMED AND VOLUNTARY CONSENT THERETO. THE PARTIES HEREBY AGREE THAT, AT THE TIME THIS LEASE IS EXECUTED, THE TERMS OF THIS LEASE ARE COMMERCIALLY REASONABLE AND EFFECTUATE THE INTENT AND PURPOSE OF LESSOR AND LESSEE WITH RESPECT TO THE PREMISES.

THIS LEASE HAS BEEN PREPARED FOR SUBMISSION TO YOUR ATTORNEY FOR APPROVAL. NO REPRESENTATION OR RECOMMENDATION IS MADE BY THE AMERICAN INDUSTRIAL REAL ESTATE ASSOCIATION OR BY THE REAL ESTATE BROKER OR ITS AGENTS OR EMPLOYEES AS TO THE LEGAL SUFFICIENCY, LEGAL EFFECT, OR TAX CONSEQUENCES OF THIS LEASE OR THE TRANSACTION RELATING THERETO: THE PARTIES SHALL RELY SOLELY UPON THE ADVICE OF THEIR OWN LEGAL COUNSEL AS TO THE LEGAL AND TAX CONSEQUENCES OF THIS LEASE.

| LESSOR | LESSEE |
|---|---|
| Kennith B. Cook | S.F. Foods |
| By _Kennith B. Cook_ | By _(signature)_ |
| By _____ | By _ABDUL SALMAN FARIZ_ |
| Executed on _October 6, 2004_ (Corporate Seal) | Executed on _____ (Corporate Seal) |
| **ADDRESS FOR NOTICES AND RENT** | **ADDRESS** |
| Post Office Box 2998 | 30998 Huntwood Avenue, Suite 106 |
| Saratoga, CA 95070 | Hayward, California 94544 |
| (408) 255-2579 | (510) 682-7315 |

© 1982 By American Industrial Real Estate Association. All rights reserved. No part of these works may be reproduced in any form without permission in writing

**ITEM 8**

Net Detective :: People Search :: Find out the truth about anyone!                    Page 1 of 1



## Search by Phone #

For a more advanced People Search including Avg. Income & occupation, Avg. Home Price, Marital Status & more! Upgrade to Net Detective Plus! GO>

Search By: Phone #  Information may include Name, Age, Birth Date, Address & Phone #

| Area Code | Phone # | State | |
|---|---|---|---|
| 510 | 4750112 | California | Search |

This image 📶 next to a phone number denotes it is wireless.

**NEW** denotes NEW records added this month.

[RED] denotes required search fields.

## Phone Search Results

Phone: (510) 475-0112
Total Matches: 1
(Returned 1 - 2)
(4.482 seconds)

| # | Name | D.O.B. | Address | City, State | ZIP | Phone | |
|---|---|---|---|---|---|---|---|
| 1 | SALMANFARIZ, ABDUL | N/A | N/A | UNION CITY, CA | 94587 | (510) 475-0112 | |

| First Name | ABDUL | Last Name | SALMANFARIZ |
|---|---|---|---|
| Primary Address | N/A | City | UNION CITY |
| State | CA | ZIP Code | 94587 |
| Phone Number | (510) 475-0112 | Date of Birth | N/A |
| Gender | Find Out More! | Marital Status | Find Out More! |
| Estimated Income | Find Out More! | Homeowner | Find Out More! |

☒ Enter the phone number to find the person or business it belongs to.
☒ UPDATE: You'll soon be able to identify cell phone numbers and other interesting details. Check back often!

People Search: By Name | Neighbor Search: By Address | Search By Phone # | Business Search | S.S. Validation
Unclaimed Money | S.S. Death Index
Net Detective Plus + :: Law Enforcement Version

Net Detective is Endorsed by the National Association of Independent Private Investigators



HD PUBLISHING GROUP, INC.
1392 S. Woodland Blvd.
DeLand, FL 32720

© Copyright HD Publishing Group, Inc.
All Rights Reserved.
Terms & Conditions

### Left sidebar navigation

- PEOPLE SEARCH
- NEIGHBOR SEARCH
- SEARCH BY PHONE #
- BUSINESS SEARCH
- S.S. VALIDATION
- UNCLAIMED MONEY
- HOW TO : ARTICLES
- GET YOUR FBI FILE
- IDENTITY THEFT KIT

**BONUS FEATURES**

Public Information
Unclaimed Money
S.S. Death Index
Search Tips or Articles
How to obtain your FBI files
Worst speed traps in the U.S.
How to find unlisted phone numbers
All Articles
More Information
International Search
Military Search
DMV Search
Public Records
Criminal Records
Property Records
General Records
Credit Report

**FREE TRIALS AND OFFERS**

**NEW FEATURES**

NEW People Search
New records added with access to 3.1 billion records and counting, compiled from hundreds of sources!

ATTN: SAVE TIME!
Upgrading to Net Detective Plus provides access to the powerful, two-click Background Wizard that will compile a detailed report from all our advanced databases.
UPGRADE NOW>

**ITEM 9**

PURCHASE LOG/BANK SATATEMET

FROM JUNE 2006 TO MARCH 2007

| DATE | CK.NO | CODE | DESCRIPTION | AMOUNT |
|------|-------|------|-------------|--------|
| 06/12/06 | 5818 | Custom Clearence | Prime freight Forwarding | 544.55 |
| 06/12/06 | 5819 | Purchase | House of Spices | 6,765.06 |
| 06/12/06 | 5820 | Purchase | Nuts & Spices | 2,050.03 |
| 06/12/06 | 5821 | Purchase | Grab n' Go | 726.00 |
| 06/12/06 | 5822 | freight | KW Transport | 210.00 |
| 06/13/06 | 5823 | Purchase | Chong's Produce | 5,029.98 |
| 06/13/06 | 5823 | void | void | |
| 06/14/06 | 5825 | Purchase | Resturant Depot | 286.89 |
| 06/14/06 | 5826 | Purchase | Pavels Yogurt | 3,412.05 |
| 06/14/06 | 5827 | Purchase | Riceland | 2,524.48 |
| 06/14/06 | 5828 | Purchase | VIK Distributors | 1,500.00 |
| 06/15/06 | 5829 | freight | FFE | 746.40 |
| 06/15/06 | 5830 | freight | FFE | 547.36 |
| 06/15/06 | 5831 | Purchase | PITCO | 677.21 |
| 06/15/06 | 5832 | Purchase | AJ Patel | 1,260.00 |
| 06/15/06 | 5833 | Utility | PG&E | 386.03 |
| 06/15/06 | 5834 | Janitorial | S&W Williams Cleaning | 150.00 |
| 06/16/06 | 5835 | freight | KW Transport | 350.00 |
| 06/16/06 | 5836 | Purchase | Dhanraj | 2,718.00 |
| 06/16/06 | 5837 | Purchase | van sales | 1,072.75 |
| 06/16/06 | 5838 | Purchase | Zee Food | 548.74 |
| 06/19/06 | 5839 | Purchase | Chetak Sanfrncisco | 13,994.54 |
| 06/19/06 | 5840 | void | | |
| 06/19/06 | 5841 | Purchase | Daak's International | 15,578.75 |
| 06/19/06 | 5842 | Purchase | Sathya Sweets | 566.00 |
| 06/19/06 | 5843 | freight | KW Transport | 210.00 |
| 06/19/06 | 5844 | freight | FFE | 306.52 |
| 06/19/06 | 5845 | Purchase | Impex Corporation | 11,532.91 |
| 06/19/06 | 5846 | Purchase | Parel Over Seas | 5,348.79 |
| 06/19/06 | 5847 | Purchase | Wynas Foods | 5,899.37 |
| 06/21/06 | 5848 | Maintenance | Poster Compliance | 56.19 |
| 06/21/06 | 5849 | Telephone | Cingular Wireless | 88.32 |
| 06/21/06 | 5850 | void | | |
| 06/21/06 | 5851 | Utility | PG&E | 3,035.49 |
| 06/21/06 | 5852 | Sale Tax | State Board of Equilization | 800.00 |
| 06/21/06 | 5853 | Sale Tax | State Board of Equilization | 13.23 |
| 06/21/06 | 5854 | Purchase | PITCO | 643.54 |
| 06/21/06 | 5855 | Purchase | Resturant Depot | 404.73 |
| 06/23/06 | 5856 | freight | KW Transport | 280.00 |
| 06/26/06 | 5857 | Purchase | Samvad International | 725.00 |
| 06/26/06 | 5858 | Telephone | AT&T | 147.29 |
| 06/26/06 | 5859 | Telephone | AT&T | 252.32 |
| 06/26/06 | 5860 | freight | KW Transport | 140.00 |
| 06/26/06 | 5861 | Garbage | City of Sunnyvale | 379.58 |
| 06/26/06 | 5862 | void | | |
| 06/26/06 | 5863 | Purchase | Desi Dabba | 402.00 |

| Date | Num | Type | Name | Amount |
|------|-----|------|------|-------:|
| 06/26/06 | 5864 | Purchase | Globtel | 1,478.00 |
| 06/26/06 | 5865 | Purchase | Real Ice Cream | 785.60 |
| 06/26/06 | 5866 | Purchase | Chong's Produce | 6,342.56 |
| 06/26/06 | 5867 | Purchase | Food Asia International | 132.00 |
| 06/28/06 | 5868 | Telephone | AT&T | 166.43 |
| 06/28/06 | 5869 | Purchase | American Express | 953.87 |
| 06/28/06 | 5870 | water | ACWD | 74.62 |
| 06/28/06 | 5871 | Purchase | Hot Bread | 1,790.00 |
| 06/28/06 | 5872 | Purchase | Dhanraj | 13,291.40 |
| 06/29/06 | 5873 | Purchase | PITCO | 636.35 |
| 06/29/06 | 5874 | Purchase | Resturant Depot | 616.20 |
| 06/29/06 | 5875 | Purchase | Your Choice | 330.00 |
| 06/29/06 | 5876 | Purchase | X'Presions | 1,101.80 |
| 06/29/06 | 5877 | Purchase | Desi Taste | 1,914.95 |
| 06/29/06 | 5878 | Purchase | Dev Trading | 511.37 |
| 07/04/06 | 5879 | freight | KW Transport | 210.00 |
| 06/30/06 | 5880 | Purchase | VIK Distributors | 1,434.00 |
| 06/30/06 | 5881 | Purchase | Deedees food | 1,325.84 |
| 06/30/06 | 5882 | Telephone | AT&T | 84.21 |
| 06/30/06 | 5883 | Purchase | Quality Products | 1,295.50 |
| 06/30/06 | 5884 | Purchase | Berkley Farm | 8,730.82 |
| 07/04/06 | 5885 | Garbage | Allied waste service | 682.12 |
| 07/04/06 | 5886 | Purchase | Advanta | 1,903.69 |
| 07/04/06 | 5887 | Garbage | Wastemanagement | 262.34 |
| 07/04/06 | 5888 | Garbage | Wastemanagement | 58.74 |
| 07/04/06 | 5889 | insrance | Sreenivasa rao | 600.00 |
| 07/04/06 | 5890 | supply | unimix Company | 560.00 |
| 07/06/06 | 5891 | prg | PITCO | 660.52 |
| 07/06/06 | 5892 | void | void | |
| 07/06/06 | 5893 | Purchase | Savera | 1,385.00 |
| 07/06/06 | 5894 | Purchase | Bondsforever | 541.17 |
| 07/06/06 | 5895 | Purchase | Dhanraj | 9,014.73 |
| 07/06/06 | 5896 | Purchase | Movie Mahal | 1,900.00 |
| 07/06/06 | 5897 | insrance | Truck insurance exchange | 2,446.00 |
| 07/06/06 | 5898 | rent | Harry P.Sforzini | 3,700.00 |
| 07/06/06 | 5899 | rent | Harry P.Sforzini | 1,050.00 |
| 07/06/06 | 5900 | rent | Harry P.Sforzini | 1,650.00 |
| 07/06/06 | 5901 | rent | Shamco Investment | 6,756.00 |
| 07/06/06 | 5902 | Purchase | Shasta Food | 2,332.75 |
| 07/06/06 | 5903 | Purchase | sf foods | 4,900.00 |
| 07/06/06 | 5904 | freight | KW Transport | 280.00 |
| 07/06/06 | 5905 | Purchase | Williams Vaz | 816.00 |
| 07/07/06 | 5906 | Purchase | Rajjot Sweets | 339.50 |
| 07/07/06 | 5907 | Purchase | Annie John | 153.00 |
| 07/07/06 | 5908 | Purchase | Esteson Co | 1,207.30 |
| 07/07/06 | 5909 | Purchase | Mona foods | 6,919.00 |
| 07/10/06 | | bc | American Express | 4.50 |
| 07/11/06 | 5910 | freight | KW Transport | 140.00 |
| 07/11/06 | 5911 | Purchase | Desi Dabba | 600.00 |
| 07/11/06 | 5912 | Purchase | LK Produce | 10,814.90 |
| 07/11/06 | 5913 | incentive | Sreenivasa rao | 278.00 |
| 07/11/06 | 5914 | Purchase | Chong's Produce | 4,398.98 |

| 07/11/06 | 5915 Purchase | Grab n' Go | 686.00 |
| 07/11/06 | 5916 Purchase | Central Collition | 250.00 |
| 07/11/06 | 5917 Purchase | costco | 363.90 |
| 07/12/06 | 5918 Purchase | Dhanraj | 11,714.90 |
| 07/12/06 | 5919 Purchase | Daak's International | 19,272.00 |
| 07/13/06 | 5920 Purchase | PITCO | 548.50 |
| 07/14/06 | 5921 freight | KW Transport | 280.00 |
| 07/14/06 | 5922 Purchase | VIK Distributors | 2,298.00 |
| 07/14/06 | 5923 freight | Irene's Transport | 1,084.80 |
| 07/14/06 | 5924 void | void | |
| 07/15/06 | 5925 Purchase | Globtel | 1,257.00 |
| 07/15/06 | 5926 Purchase | Mahabazar Import | 3,749.60 |
| 07/15/06 | 5927 eqip | Hossein | 4,000.00 |
| 07/15/06 | 5928 Purchase | House of Spices | 4,899.11 |
| 07/17/06 | 5929 Purchase | Moksha coffee roasting | 41.92 |
| 07/17/06 | 5930 Utility | PG&E | 443.30 |
| 07/17/06 | 5931 Repair | SLV Refrigeration | 2,986.78 |
| 07/17/06 | 5932 freight | KW Transport | 350.00 |
| 07/17/06 | 5933 freight | KW Transport | 140.00 |
| 07/17/06 | 5934 tax prop | Tax collector SC | 503.00 |
| 07/17/06 | 5935 Purchase | AJ Patel | 1,680.00 |
| 07/17/06 | 5936 Purchase | Pavels Yogurt | 3,506.24 |
| 07/17/06 | bc | Bank Of americ | 8.13 |
| 07/18/06 | 5937 prv | surya | 987.50 |
| 07/18/06 | 5938 Purchase | Chong's Produce | 7,060.20 |
| 07/18/06 | 5939 Purchase | Desi Taste | 2,207.20 |
| 07/18/06 | 5940 Purchase | Your Choice | 486.00 |
| 07/18/06 | 5941 Purchase | Desi Dabba | 336.00 |
| 07/19/06 | 5942 freight | FFE | 816.75 |
| 07/19/06 | 5943 Purchase | Dhanraj | 5,225.45 |
| 07/20/06 | 5944 Purchase | PITCO | 760.83 |
| 07/20/06 | 5945 Purchase | Resturant Depot | 512.26 |
| 07/21/06 | 5946 Purchase | Globtel | 1,073.50 |
| 07/21/06 | 5947 Purchase | Sathya Sweets | 875.00 |
| 07/21/06 | 5948 Purchase | Nuts & Spices | 2,815.21 |
| 07/21/06 | 5949 Purchase | Nuts & Spices | 1,362.01 |
| 07/21/06 | 5950 Telephone | Cingular Wireless | 88.23 |
| 07/25/06 | 5951 freight | KW Transport | 210.00 |
| 07/26/06 | 5952 supply | Impex Manufacturing | 2,637.60 |
| 07/26/06 | 5953 Telephone | AT&T | 158.48 |
| 07/26/06 | 5954 supply | Mayuri Products | 225.81 |
| 07/26/06 | 5955 Utility | PG&E | 3,320.43 |
| 07/27/06 | 5956 Purchase | Vikram Produce | 832.00 |
| 07/27/06 | 5957 Purchase | PITCO | 1,359.65 |
| 07/27/06 | 5958 Purchase | Resturant Depot | 507.38 |
| 07/27/06 | 5959 Purchase | Dhanraj | 9,043.70 |
| 07/27/06 | Purchase | Ravi Spice Processors(Wire) | 16,655.00 |
| 07/28/06 | 5960 freight | KW Transport | 350.00 |
| 07/28/06 | 5961 Purchase | costco | 349.04 |
| 07/29/06 | 5962 Sale Tax | State Board of Equilization | 2,225.00 |
| 07/31/06 | 5963 Telephone | AT&T | 166.32 |
| 07/31/06 | 5964 Telephone | AT&T | 212.06 |

| 08/01/06 | 5965 freight | KW Transport | 140.00 |
| 08/01/06 | 5966 Purchase | Zee Food | 1,797.90 |
| 08/01/06 | 5967 Purchase | Pavels Yogurt | 3,506.24 |
| 08/01/06 | 5968 Purchase | Dev Trading | 495.69 |
| 08/01/06 | 5969 Purchase | Deedees food | 945.75 |
| 08/01/06 | 5970 Purchase | Annapurna Snacks | 776.00 |
| 08/02/06 | 5971 Purchase | LK Produce | 8,988.20 |
| 08/02/06 | 5972 incentive | Sreenivasa rao | 600.00 |
| 08/02/06 | 5973 incentive | Sreenivasa rao | 594.00 |
| 08/02/06 | 5974 Purchase | Grab n' Go | 734.00 |
| 08/02/06 | 5975 Purchase | Savera | 889.00 |
| 08/02/06 | 5976 Purchase | Daak's International | 22,948.00 |
| 08/02/06 | 5977 Purchase | American Express | 1,036.06 |
| 08/02/06 | 5978 Purchase | Global Commodities | 1,440.00 |
| 08/02/06 | 5979 Purchase | Advanta | 954.84 |
| 08/02/06 | 5980 Garbage | Wastemanagement | 262.34 |
| 08/02/06 | 5981 Telephone | AT&T | 87.13 |
| 08/02/06 | 5982 Property Tax | Ronald White Alemeda cty | 691.72 |
| 08/02/06 | 5983 Property Tax | Tax collector Almeda | 847.29 |
| 08/02/06 | 5984 Purchase | India's Finest | 5,042.52 |
| 08/02/06 | 5985 Purchase | Samvad International | 1,168.25 |
| 08/03/06 | 5986 Purchase | KJ Virk Produce | 1,072.00 |
| 08/03/06 | 5987 Purchase | Vikram Produce | 1,150.00 |
| 08/03/06 | 5988 Purchase | PITCO | 835.13 |
| 08/03/06 | 5989 rent | Shamco Investment | 6,764.29 |
| 08/03/06 | 5990 rent | Harry P.Sforzini | 3,700.00 |
| 08/03/06 | 5991 rent | Harry P.Sforzini | 1,050.00 |
| 08/03/06 | 5992 rent | Harry P.Sforzini | 1,650.00 |
| 08/04/06 | 5993 freight | KW Transport | 350.00 |
| 08/04/06 | 5994 Purchase | Chong's Produce | 8,308.46 |
| 08/04/06 | 5995 Purchase | Annie John | 872.00 |
| 08/04/06 | 5996 Purchase | Rajjot Sweets | 405.50 |
| 08/04/06 | 5997 Purchase | Williams Vaz | 888.00 |
| 08/04/06 | 5998 Purchase | Esteson Co | 726.60 |
| 08/04/06 | 5999 Garbage | Wastemanagement | 58.90 |
| 08/04/06 | 6000 Garbage | Allied waste service | 682.12 |
| 08/04/06 | 6001 Purchase | Movie Mahal | 1,333.00 |
| 08/05/06 | 6002 Purchase | Wifredo | 85.00 |
| 08/07/06 | 6003 supply | Impex Manufacturing | 120.00 |
| 08/07/06 | 6004 Purchase | Mona foods | 4,714.50 |
| 08/08/06 | 6005 Purchase | Dhanraj | 2,298.31 |
| 08/08/06 | 6006 Purchase | X'Presions | 1,873.60 |
| 08/08/06 | 6007 freight | KW Transport | 210.00 |
| 08/08/06 | 6008 Purchase | Quality Products | 5,786.90 |
| 08/08/06 | 6009 Purchase | Berkley Farm | 9,492.63 |
| 08/08/06 | 6010 Purchase | Daak's International | 11,756.50 |
| 08/08/06 | 6011 legal | United state Trusurey | 369.00 |
| 08/10/06 | 6012 Purchase | PITCO | 826.03 |
| 08/10/06 | 6013 Purchase | costco | 267.74 |
| 08/10/06 | 6014 Purchase | Vikram Produce | 1,232.00 |
| 08/10/06 | 6015 Purchase | Wynas Foods | 8,056.80 |
| 08/10/06 | 6016 freight | KW Transport | 280.00 |

| Date | Ref | Type | Payee | Amount |
|---|---|---|---|---|
| 08/11/06 | 6017 | freight | Irene's Transport | 276.00 |
| 08/11/06 | 6018 | Purchase | Rajesh Parikt | 56.00 |
| 08/11/06 | 6019 | Purchase | Zee Food | 1,587.29 |
| 08/11/06 | 6020 | Purchase | Chetak Sanfrncisco | 18,821.44 |
| 08/11/06 | 6021 | Utility | PG&E | 581.62 |
| 08/11/06 | 6022 | Purchase | Bondsforever | 2,042.75 |
| 08/11/06 | 6023 | void | void | |
| 08/11/06 | 6024 | Purchase | Globtel | 1,350.75 |
| 08/11/06 | 6025 | Purchase | California Food Concept | 211.80 |
| 08/11/06 | 6026 | Purchase | Shasta Food | 2,843.75 |
| 08/11/06 | 6027 | Purchase | KJ Virk Produce | 462.00 |
| 08/12/06 | 6028 | Purchase | Williams Vaz | 284.00 |
| 08/12/06 | 6029 | Purchase | Resturant Depot | 57.85 |
| 08/12/06 | | Purchase | Kairali Decan Merchandisers(Wire) | 19,000.00 |
| 08/15/06 | 6030 | freight | KW Transport | 210.00 |
| 08/15/06 | 6031 | Purchase | Riceland | 1,834.72 |
| 08/15/06 | 6032 | Purchase | House of Spices | 10,404.16 |
| 08/16/06 | 6033 | Purchase | Your Choice | 324.00 |
| 08/16/06 | 6034 | Purchase | VIK Distributors | 2,298.00 |
| 08/16/06 | 6035 | Purchase | Desi Dabba | 315.00 |
| 08/16/06 | 6036 | Purchase | Dev Trading | 378.92 |
| 08/16/06 | 6037 | Purchase | AR Trading | 1,618.00 |
| 08/16/06 | 6038 | Purchase | Sathya Sweets | 607.50 |
| 08/17/06 | 6039 | Purchase | Bombay export | 8,000.00 |
| 08/17/06 | 6040 | Purchase | PITCO | 711.61 |
| 08/17/06 | 6041 | Purchase | Nuts & Spices | 1,625.54 |
| 08/17/06 | 6042 | Purchase | Nuts & Spices | 892.35 |
| 08/17/06 | 6043 | Purchase | Desi Taste | 2,209.00 |
| 08/17/06 | 6044 | Purchase | Chong's Produce | 7,351.45 |
| 08/17/06 | 6045 | Purchase | Williams Vaz | 254.00 |
| 08/18/06 | 6046 | freight | KW Transport | 280.00 |
| 08/18/06 | | pay ins | adp | 849.50 |
| 08/18/06 | | pay tax | adp | 2,445.70 |
| 08/21/06 | 6047 | Sale Tax | State Board of Equilization | 1,700.00 |
| 08/22/06 | 6048 | freight | KW Transport | 210.00 |
| 08/22/06 | 6049 | Purchase | Daak's International | 13,813.00 |
| 08/22/06 | 6050 | Purchase | Pavels Yogurt | 2,982.92 |
| 08/22/06 | 6051 | Telephone | AT&T | 169.31 |
| 08/22/06 | 6052 | Purchase | KC | 2,058.25 |
| 08/22/06 | 6053 | Purchase | Dhanraj | 6,390.99 |
| 08/22/06 | 6054 | Purchase | Resturant Depot | 680.19 |
| 08/22/06 | 6055 | Purchase | N shah | 480.00 |
| 08/23/06 | 6056 | Purchase | Desi Dabba | 336.00 |
| 08/24/06 | 6057 | Purchase | House of Spices | 65.00 |
| 08/24/06 | 6058 | Purchase | Mahabazar Import | 1,841.68 |
| 08/24/06 | 6059 | Purchase | Vikram Produce | 1,681.50 |
| 08/24/06 | 6060 | Purchase | AT&T | 235.10 |
| 08/24/06 | 6061 | Purchase | PITCO | 589.81 |
| 08/24/06 | 6062 | Purchase | KT Virk | 402.00 |
| 08/25/06 | 6063 | freight | KW Transport | 280.00 |
| 08/25/06 | 6064 | Purchase | Vikram Produce | 1,692.00 |
| 08/25/06 | 6065 | freight | FFE | 552.86 |

| 08/29/06 | 6066 freight | KW Transport | 210.00 |
|----------|--------------|--------------|--------|
| 08/30/06 | 6067 freight | FFE | 522.86 |
| 08/30/06 | 6068 freight | DW Millenium Frieght | 1,970.00 |
| 08/30/06 | 6069 Purchase | American Express | 1,509.15 |
| 08/30/06 | 6070 Purchase | AJ Patel | 1,680.00 |
| 08/30/06 | 6071 Purchase | Gharna Food | 310.00 |
| 08/30/06 | 6072 Utility | PG&E | 4,010.59 |
| 08/30/06 | 6073 Advertisemant | Thendral | 800.00 |
| 08/30/06 | 6074 Telephone | City of Fremont | 65.00 |
| 08/30/06 | 6075 Utility | ACWD | 45.60 |
| 08/30/06 | 6076 Garbage | City of Sunnyvale | 401.09 |
| 08/30/06 | 6077 Telephone | AT&T | 204.12 |
| 08/30/06 | 6078 Telephone | Cingular Wireless | 92.87 |
| 08/30/06 | 6079 Purchase | Quality Products | 1,270.00 |
| 08/30/06 | 6080 Purchase | Verka | 822.88 |
| 08/31/06 | 6081 Purchase | Globetel | 1,183.00 |
| 08/31/06 | 6082 Purchase | W&Z Produce | 1,239.00 |
| 08/31/06 | 6083 Purchase | PITCO | 973.70 |
| 09/01/06 | 6084 freight | KW Transport | 350.00 |
| 09/01/06 | 6085 Purchase | Vikram Produce | 2,035.50 |
| 09/01/06 | 6086 Purchase | Aswini Thaper | 1,207.00 |
| 09/01/06 | 6087 freight | FFE | 744.00 |
| 09/01/06 | 6088 freight | KW Transport | 140.00 |
| 09/06/06 | 6089 Purchase | Resturant Depot | 717.09 |
| 09/06/06 | 6090 incentive | Sreenivasa rao | 972.00 |
| 09/06/06 | 6091 Purchase | PITCO | 1,832.00 |
| 09/06/06 | 6092 Telephone | AT&T | 96.20 |
| 09/07/06 | 6093 tax | City of Sunnyvale | 1.10 |
| 09/07/06 | 6094 Garbage | Allied waste service | 682.12 |
| 09/07/06 | 6095 Garbage | Wastemanagement | 262.34 |
| 09/07/06 | 6096 Purchase | Advanta | 1,365.31 |
| 09/07/06 | 6097 Garbage | Wastemanagement | 59.16 |
| 09/07/06 | 6098 Purchase | Desi Dabba | 336.00 |
| 09/07/06 | 6099 Purchase | Mayuri Products | 199.96 |
| 09/07/06 | 6100 Purchase | Movie Mahal | 1,409.00 |
| 09/07/06 | 6101 Purchase | LK Produce | 6,347.40 |
| 09/07/06 | 6102 Purchase | Pabla Produce | 554.00 |
| 09/07/06 | 6103 Purchase | Easteson Com | 1,132.44 |
| 09/08/06 | 6104 freight | KW Transport | 210.00 |
| 09/08/06 | 6105 Purchase | VIK Distributors | 1,060.00 |
| 09/08/06 | 6106 Purchase | Narasimha Rao | 168.00 |
| 09/08/06 | 6107 Purchase | Annie John | 842.50 |
| 09/08/06 | 6108 Purchase | Williams Vaz | 1,056.00 |
| 09/08/06 | 6109 void | void | |
| 09/08/06 | 6110 Purchase | Rajjot Sweets | 330.00 |
| 09/08/06 | 6111 Purchase | KJ Virk Produce | 1,044.00 |
| 09/08/06 | 6112 Purchase | Deedees food | 1,051.04 |
| 09/08/06 | 6113 Purchase | Your Choice | 166.00 |
| 09/08/06 | 6114 rent | Shamco Investment | 6,764.29 |
| 09/08/06 | 6115 rent | Harry P.Sforzini | 6,400.00 |
| 09/08/06 | 6116 soft | ECR | 1,807.00 |
| 09/08/06 | 6117 Purchase | Chong's Produce | 10,262.10 |

| 09/08/06 | 6118 Purchase | Daak's International | 15,395.90 |
| 09/08/06 | 6119 freight | Bank Of americ | 60.00 |
| 09/08/06 | 6120 freight | KW Transport | 140.00 |
| 09/08/06 | 6121 Purchase | Grab n' Go | 592.00 |
| 09/08/06 | 6122 Purchase | Dev Trading | 494.41 |
| 09/08/06 | 6123 supply | Mayuri Products | 199.96 |
| 09/08/06 | 6124 freight | Irene's Transport | 829.80 |
| 09/08/06 | 6125 Purchase | Dhanraj | 2,862.76 |
| 09/08/06 | 6126 Purchase | Bondsforever | 363.34 |
| 09/08/06 | 6127 Purchase | costco | 108.74 |
| 09/12/06 | 6128 Purchase | Shasta Food | 2,499.00 |
| 09/13/06 | 6129 Purchase | House of Spices | 4,848.00 |
| 09/13/06 | 6130 Purchase | House of Spices | 5,541.00 |
| 09/13/06 | 6131 Purchase | X'Presions | 1,657.25 |
| 09/13/06 | 6132 Purchase | Samvad International | 2,370.50 |
| 09/13/06 | 6133 Purchase | Pavels Yogurt | 3,139.92 |
| 09/13/06 | 6134 Utility | PG&E | 431.90 |
| 09/13/06 | 6135 freight | FFE | 496.00 |
| 09/13/06 | 6136 Repair | Smog check | 88.20 |
| 09/13/06 | 6137 Repair | DMV Renewal | 414.00 |
| 09/13/06 | 6138 Purchase | Wynas Foods | 6,162.34 |
| 09/13/06 | 6139 custom | Baobac | 1,015.00 |
| 09/14/06 | 6140 Purchase | PITCO | 937.41 |
| 09/14/06 | 6141 Purchase | KJ Virk Produce | 784.00 |
| 09/14/06 | 6142 Purchase | Vikram Produce | 3,206.50 |
| 09/14/06 | 6143 Purchase | Daak's International | 5,814.00 |
| 09/14/06 | 6144 freight | Benz Transport | 421.20 |
| 09/14/06 | 6145 freight | KW Transport | 210.00 |
| 09/14/06 | 6146 Permit | City of Fremont(building) | 1,424.89 |
| 09/14/06 | 6147 Purchase | wilferdo | 1,106.00 |
| 09/14/06 | 6148 freight | KW Transport | 140.00 |
| 09/19/06 | 6149 Purchase | Resturant Depot | 522.44 |
| 09/21/06 | 6150 Purchase | PITCO | 709.84 |
| 09/21/06 | 6151 prg | Vikram Produce | 1,646.00 |
| 09/22/06 | 6152 freight | KW Transport | 140.00 |
| 09/22/06 | 6153 freight | FFE | 544.50 |
| 09/22/06 | 6154 freight | KW Transport | 140.00 |
| 09/22/06 | 6155 Purchase | Bombay export | 12,000.00 |
| 09/25/06 | 6156 Purchase | KJ Virk Produce | 1,258.00 |
| 09/25/06 | 6157 Telephone | AT&T | 208.98 |
| 09/25/06 | 6158 Telephone | AT&T | 164.10 |
| 09/25/06 | 6159 Purchase | Chetak Sanfrncisco | 20,088.65 |
| 09/25/06 | 6160 Purchase | Food Asia International | 230.00 |
| 09/25/06 | 6161 Purchase | Desi Taste | 5,271.00 |
| 09/25/06 | 6162 Purchase | PG&E | 4,230.44 |
| 09/25/06 | 6163 supply | Impex Manufacturing | 937.80 |
| 09/25/06 | 6164 Telephone | Cingular Wireless | 88.18 |
| 09/25/06 | 6165 Purchase | Globetel | 2,590.00 |
| 09/25/06 | 6166 Purchase | Sathya Sweets | 737.50 |
| 09/25/06 | 6167 Purchase | Berkley Farm | 11,054.85 |
| 09/25/06 | 6168 Purchase | Nuts & Spices | 4,985.57 |
| 09/25/06 | 6169 Purchase | Salma Parveen | 216.00 |

| Date | Number | Type | Payee | Amount |
|------|--------|------|-------|--------|
| 09/27/06 | 6170 | Sale Tax | State Board of Equilization | 1,590.00 |
| 09/27/06 | 6171 | Purchase | Vikram Produce | 1,525.00 |
| 09/27/06 | 6172 | Repair | Grand & Benedicts | 131.81 |
| 09/28/06 | 6173 | Purchase | PITCO | 1,028.06 |
| 09/28/06 | 6174 | Purchase | Verka | 1,004.08 |
| 09/28/06 | 6175 | void | void | |
| 09/28/06 | 6176 | Purchase | Quality Products | 3,017.76 |
| 09/28/06 | 6177 | Purchase | Desi Dabba | 336.00 |
| 09/28/06 | 6178 | Purchase | American Express | 3,542.50 |
| 09/28/06 | 6179 | Purchase | Zee Food | 2,552.13 |
| 09/28/06 | 6180 | Purchase | KJ Virk Produce | 464.00 |
| 09/28/06 | 6181 | Purchase | Pabla Produce | 276.00 |
| 09/29/06 | 6182 | freight | KW Transport | 210.00 |
| 09/29/06 | 6183 | void | void | |
| 09/29/06 | 6184 | Purchase | Dhanraj | 5,413.86 |
| 10/03/06 | 6185 | freight | KW Transport | 140.00 |
| 10/03/06 | 6186 | Purchase | Aswini Thaper | 1,154.00 |
| 10/03/06 | 6187 | prg | Resturant Depot | 634.44 |
| 10/03/06 | 6188 | rent | Shamco Investment | 6,764.29 |
| 10/03/06 | 6189 | rent | Harry P.Sforzini | 6,400.00 |
| 10/03/06 | 6190 | Purchase | Sreenivasa rao | 1,199.00 |
| 10/04/06 | 6191 | Software | ECR | 2,136.63 |
| 10/05/06 | 6192 | Purchase | PITCO | 919.04 |
| 10/05/06 | 6193 | freight | FFE | 482.60 |
| 10/06/06 | 6194 | freight | KW Transport | 210.00 |
| 10/06/06 | 6195 | Purchase | Annie John | 1,177.50 |
| 10/06/06 | 6196 | Purchase | Daak's International | 14,398.00 |
| 10/06/06 | 6197 | Purchase | Deedees food | 1,049.96 |
| 10/06/06 | 6198 | Purchase | Movie Mahal | 1,641.00 |
| 10/06/06 | 6199 | Purchase | Pabla Produce | 140.00 |
| 10/06/06 | 6200 | Purchase | Vikram Produce | 1,899.00 |
| 10/06/06 | 6201 | Purchase | India's Finest | 3,071.22 |
| 10/06/06 | 6202 | Purchase | Easteson Com | 412.25 |
| 10/06/06 | 6203 | Purchase | Rasesh Parikh | 42.00 |
| 10/06/06 | 6204 | Garbage | Wastemanagement | 58.03 |
| 10/06/06 | 6205 | Purchase | Mona foods | 3,115.50 |
| 10/06/06 | 6206 | Purchase | Samvad International | 1,287.50 |
| 10/06/06 | 6207 | Garbage | Allied waste service | 682.12 |
| 10/06/06 | 6208 | Purchase | Real Ice Cream | 1,147.57 |
| 10/06/06 | 6209 | Garbage | Wastemanagement | 262.34 |
| 10/06/06 | 6210 | Purchase | Advanta | 538.45 |
| 10/06/06 | 6211 | Telephone | AT&T | 91.58 |
| 10/06/06 | 6212 | Telephone | AT&T | 213.31 |
| 10/06/06 | 6213 | Purchase | KJ Virk Produce | 800.00 |
| 10/09/06 | 6214 | Purchase | Resturant Depot | 1,231.91 |
| 10/09/06 | 6215 | Purchase | Rajjot Sweets | 423.00 |
| 10/09/06 | 6216 | Purchase | Williams Vaz | 1,155.00 |
| 10/09/06 | 6217 | freight | KW Transport | 210.00 |
| 10/10/06 | 6218 | Purchase | costco | 665.81 |
| 10/10/06 | 6219 | void | void | |
| 10/10/06 | 6220 | Purchase | Grab n' Go | 824.00 |
| 10/11/06 | 6221 | Purchase | W&Z Produce | 3,366.00 |

| | | | |
|---|---|---|---:|
| 10/11/06 | 6222 Purchase | VIK Distributors | 1,548.00 |
| 10/11/06 | 6223 Purchase | Your Choice | 150.00 |
| 10/11/06 | 6224 freight | FFE | 788.44 |
| 10/11/06 | 6225 Purchase | Pabla Produce | 195.00 |
| 10/11/06 | 6226 Purchase | KJ Virk Produce | 720.00 |
| 10/11/06 | 6227 Utility | PG&E | 312.06 |
| 10/12/06 | 6228 Purchase | Annapurna Snacks | 472.50 |
| 10/12/06 | 6229 Purchase | House of Spices | 6,520.35 |
| 10/12/06 | 6230 Purchase | California Food Concept | 355.40 |
| 10/12/06 | 6231 Purchase | PITCO | 260.95 |
| 10/13/06 | 6232 Purchase | Chong's Produce | 15,314.50 |
| 10/13/06 | 6233 freight | KW Transport | 210.00 |
| 10/16/06 | 6234 Purchase | Shasta Food | 2,918.00 |
| 10/16/06 | 6235 Purchase | Bondsforever | 676.54 |
| 10/16/06 | 6236 Purchase | Desi Dabba | 336.00 |
| 10/17/06 | 6237 freight | KW Transport | 210.00 |
| 10/17/06 | 6238 Purchase | LK Produce | 8,802.81 |
| 10/17/06 | 6239 Purchase | Pavels Yogurt | 2,564.27 |
| 10/17/06 | 6240 Purchase | Dev Trading | 893.70 |
| 10/17/06 | 6241 Purchase | Dhanraj | 4,883.87 |
| 10/18/06 | 6242 Purchase | Globetel | 1,996.00 |
| 10/18/06 | 6243 Purchase | sf foods | 8,795.00 |
| 10/18/06 | 6244 Purchase | Vikram Produce | 3,892.00 |
| 10/19/06 | 6245 Purchase | PITCO | 2,795.31 |
| 10/19/06 | 6246 Purchase | Riceland | 1,507.32 |
| 10/20/06 | 6247 freight | KW Transport | 280.00 |
| 10/20/06 | 6248 Purchase | Resturant Depot | 351.21 |
| 10/20/06 | 6249 Purchase | Parel Over Seas | 14,344.57 |
| 10/20/06 | 6250 Purchase | Impex Corporation | 17,893.16 |
| 10/20/06 | 6251 Purchase | Wynas Foods | 4,773.28 |
| 10/20/06 | 6252 freight | American Cargo Express | 1,955.00 |
| 10/24/06 | 6253 freight | KW Transport | 210.00 |
| 10/24/06 | 6254 void | void | |
| 10/24/06 | 6255 Purchase | Sathya Sweets | 999.50 |
| 10/24/06 | 6256 Advertisemant | Thendral | 125.00 |
| 10/24/06 | 6257 Software | ECR | 71.75 |
| 10/24/06 | 6258 Telephone | AT&T | 168.17 |
| 10/24/06 | 6259 Telephone | Cingular Wireless | 87.84 |
| 10/25/06 | 6260 Purchase | VIK Distributors | 1,490.24 |
| 10/25/06 | 6261 supply | Mayuri Products | 465.40 |
| 10/25/06 | 6262 supply | Daak's International | 15,827.00 |
| 10/25/06 | 6263 Purchase | Vikram Produce | 1,479.00 |
| 10/25/06 | 6264 custom | Benz Transport | 207.20 |
| 10/26/06 | 6265 Purchase | Quality Products | 2,626.54 |
| 10/26/06 | 6266 Purchase | Verka | 746.40 |
| 10/26/06 | 6267 Purchase | PITCO | 770.71 |
| 10/26/06 | 6268 Sale Tax | State Board of Equilization | 1,951.00 |
| 10/26/06 | 6269 Purchase | KJ Virk Produce | 320.00 |
| 10/26/06 | 6270 Garbage | City of Sunnyvale | 404.43 |
| 10/26/06 | 6271 Purchase | Gharna Food | 96.00 |
| 10/26/06 | 6272 Purchase | Pavels Yogurt | 3,087.59 |
| 10/26/06 | 6273 Purchase | Desi Dabba | 354.00 |

| Date | | | | |
|---|---|---|---|---|
| 10/26/06 | 6274 | Purchase | X'Presions | 3,076.85 |
| 10/27/06 | 6275 | freight | KW Transport | 280.00 |
| 10/27/06 | 6276 | Purchase | Aswini Thaper | 1,170.00 |
| 10/27/06 | 6277 | Purchase | Ramji Almond farm | 97.50 |
| 10/30/06 | 6278 | Purchase | Nuts & Spices | 2,956.97 |
| 10/30/06 | 6279 | Purchase | Nuts & Spices | 2,638.35 |
| 10/30/06 | 6280 | custom | Prime freight Forwarding | 450.00 |
| 10/30/06 | 6281 | supply | Golden Bay Fire Protection | 132.00 |
| 10/30/06 | 6282 | Purchase | Desi Taste | 4,022.00 |
| 10/30/06 | | Purchase | Ravi Spice Processors(Wire) | 16,538.90 |
| 10/31/06 | 6283 | freight | KW Transport | 140.00 |
| 11/01/06 | 6284 | freight | FFE | 709.26 |
| 11/01/06 | 6285 | freight | FFE | 1,063.89 |
| 11/01/06 | 6286 | Purchase | Sreenivasa rao | 1,130.00 |
| 11/01/06 | 6287 | Utility | PG&E | 3,691.66 |
| 11/01/06 | 6288 | Purchase | Advanta | 1,304.94 |
| 11/01/06 | 6289 | Telephone | AT&T | 217.55 |
| 11/01/06 | 6290 | Telephone | AT&T | 187.91 |
| 11/01/06 | 6291 | Utility | ACWD | 47.84 |
| 11/01/06 | 6292 | Purchase | American Express | 324.97 |
| 11/01/06 | 6293 | Purchase | AJ Patel | 1,680.00 |
| 11/01/06 | 6294 | Telephone | AT&T | 89.33 |
| 11/01/06 | 6295 | garbage | Wastemanagement | 262.34 |
| 11/01/06 | 6296 | Purchase | Mary George | 303.00 |
| 11/01/06 | 6297 | custom | Prime freight Forwarding | 477.93 |
| 11/01/06 | 6298 | Purchase | Pavels Yogurt | 3,820.24 |
| 11/01/06 | 6299 | Telephone | Net One International | 2.50 |
| 11/01/06 | 6300 | Telephone | Net One International | 0.42 |
| 11/02/06 | 6301 | Purchase | PITCO | 532.09 |
| 11/03/06 | 6302 | freight | KW Transport | 350.00 |
| 11/03/06 | 6303 | Purchase | Movie Mahal | 1,836.00 |
| 11/03/06 | 6304 | Garbage | Wastemanagement | 57.85 |
| 11/03/06 | 6305 | Purchase | Deedees food | 749.11 |
| 11/03/06 | 6306 | Purchase | Resturant Depot | 86.28 |
| 11/03/06 | 6307 | rent | Shamco Investment | 6,764.29 |
| 11/03/06 | 6308 | rent | Harry P.Sforzini | 6,400.00 |
| 11/03/06 | 6309 | Property Tax | Ronald R.White | 16,686.70 |
| 11/03/06 | 6310 | eqip | Hossein | 5,000.00 |
| 11/06/06 | 6311 | Purchase | Chong's Produce | 12,543.21 |
| 11/06/06 | 6312 | Purchase | Shasta Food | 2,557.00 |
| 11/06/06 | 6313 | Purchase | Bondsforever | 675.77 |
| 11/06/06 | 6314 | Purchase | Dhanraj | 1,994.60 |
| 11/06/06 | 6315 | Purchase | Desi Dabba | 336.00 |
| 11/06/06 | 6316 | Purchase | Berkley Farm | 21,811.54 |
| 11/06/06 | 6317 | Purchase | Samvad International | 2,309.50 |
| 11/06/06 | 6318 | Purchase | Globetel | 1,964.50 |
| 11/06/06 | 6319 | Purchase | Camtrade Enterprices | 2,125.76 |
| 11/06/06 | 6320 | Advertisemant | Thendral | 265.00 |
| 11/06/06 | 6321 | Purchase | Mahabazar Import | 2,055.60 |
| 11/06/06 | 6322 | Purchase | Wynas Foods | 4,898.40 |
| 11/06/06 | 6323 | Purchase | Impex Corporation | 8,513.33 |
| 11/06/06 | 6324 | Purchase | Parel Over Seas | 3,016.73 |

| Date | Check # | Type | Payee | Amount |
|---|---|---|---|---|
| 11/07/06 | 6325 | freight | KW Transport | 210.00 |
| 11/07/06 | 6326 | Purchase | Grab n' Go | 570.00 |
| 11/07/06 | 6327 | Purchase | costco | 330.97 |
| 11/07/06 | 6328 | Purchase | Daak's International | 13,152.50 |
| 11/07/06 | 6329 | Purchase | Dev Trading | 277.30 |
| 11/07/06 | 6330 | garbage | Allied waste service | 682.12 |
| 11/07/06 | 6331 | Janitorial | Femado Cleaner | 200.00 |
| 11/09/06 | 6332 | Purchase | PITCO | 779.47 |
| 11/09/06 | 6333 | Purchase | Annie John | 1,011.00 |
| 11/09/06 | 6334 | Purchase | Williams Vaz | 1,143.00 |
| 11/09/06 | 6335 | Purchase | Rajjot Sweets | 315.00 |
| 11/09/06 | 6336 | Purchase | costco | 734.97 |
| 11/09/06 | 6337 | freight | KW Transport | 350.00 |
| 11/09/06 | 6338 | supply | Impex Manufacturing | 1,548.00 |
| 11/10/06 | 6339 | Purchase | Chetak Sanfrncisco | 18,170.37 |
| 11/10/06 | 6340 | Purchase | Resturant Depot | 391.77 |
| 11/14/06 | 6341 | freight | KW Transport | 210.00 |
| 11/14/06 | 6342 | void | void | |
| 11/14/06 | 6343 | freight | FFE | 291.27 |
| 11/14/06 | 6344 | Purchase | Resturant Depot | 440.70 |
| 11/14/06 | 6345 | js | Fernado Cleaner | 130.00 |
| 11/14/06 | 6346 | Purchase | LK Produce | 8,654.45 |
| 11/15/06 | 6347 | Purchase | VIK Distributors | 2,268.80 |
| 11/16/06 | 6348 | Purchase | PITCO | 928.52 |
| 11/16/06 | 6349 | Purchase | Sathya Sweets | 862.50 |
| 11/16/06 | 6350 | freight | Irene's Transport | 268.80 |
| 11/16/06 | 6351 | Purchase | India's Finest | 4,059.93 |
| 11/16/06 | 6352 | Advertisemant | Thendral | 530.00 |
| 11/16/06 | 6353 | Utility | PG&E | 303.80 |
| 11/16/06 | 6354 | Telephone | Net One International | 2.80 |
| 11/16/06 | 6355 | Telephone | Net One International | 0.42 |
| 11/16/06 | 6356 | Telephone | Net One International | 0.12 |
| 11/17/06 | 6357 | freight | KW Transport | 350.00 |
| 11/17/06 | 6358 | Purchase | Sreenivasa rao | 1,666.93 |
| 11/17/06 | 6359 | Sale Tax | State Board of Equilization | 1,600.00 |
| 11/17/06 | 6360 | Purchase | Quality Products | 774.70 |
| 11/17/06 | 6361 | Purchase | Verka | 594.88 |
| 11/17/06 | 6362 | Purchase | Nuts & Spices | 1,591.30 |
| 11/17/06 | 6363 | Purchase | Nuts & Spices | 2,497.26 |
| 11/17/06 | 6364 | supply | Impex Manufacturing | 1,260.00 |
| 11/20/06 | 6365 | Utility | PG&E | 3,805.05 |
| 11/20/06 | 6366 | Purchase | Resturant Depot | 1,547.25 |
| 11/21/06 | 6367 | freight | KW Transport | 210.00 |
| 11/21/06 | 6368 | Purchase | Thai Kee Trading | 90.00 |
| 11/22/06 | 6369 | Purchase | YU Company | 592.49 |
| 11/22/06 | 6370 | Purchase | Pabla Produce | 238.00 |
| 11/22/06 | 6371 | tel | AT&T | 130.22 |
| 11/22/06 | 6372 | tel | AT&T | 158.22 |
| 11/22/06 | 6373 | tel | Cingular Wireless | 87.70 |
| 11/22/06 | 6374 | Contractor | Raymundo Reys | 3,845.00 |
| 11/22/06 | 6375 | Purchase | House of Spices | 7,846.51 |
| 11/22/06 | 6376 | Purchase | Daak's International | 15,628.00 |

| Date | No. | Type | Payee | Amount |
|---|---|---|---|---|
| 11/22/06 | 6377 | Telephone | AT&T | 219.62 |
| 11/24/06 | 6378 | freight | KW Transport | 420.00 |
| 11/27/05 | 6379 | freight | FFE | 266.25 |
| 11/28/06 | 6380 | freight | KW Transport | 140.00 |
| 11/28/06 | 6381 | freight | Esteson Co | 808.75 |
| 11/28/06 | 6382 | Purchase | Thai Kee Trading | 1,621.00 |
| 11/30/06 | 6383 | Purchase | Kohinoor Foods | 640.00 |
| 11/30/06 | 6384 | Purchase | PITCO | 935.31 |
| 11/30/06 | 6385 | Purchase | Resturant Depot | 280.78 |
| 11/30/06 | 6386 | Telephone | AT&T | 92.30 |
| 11/30/06 | 6387 | Purchase | AJ Patel | 1,680.00 |
| 11/30/06 | 6388 | Tax Health | County of Santa Clara | 701.00 |
| 11/30/06 | 6389 | custom | Millinium freight forwarding | 1,970.00 |
| 11/30/06 | 6390 | freight | KW Transport | 280.00 |
| 11/30/06 | 6391 | Purchase | American Express | 2,806.96 |
| 11/30/06 | 6392 | Purchase | Pvels Yogurt Co | 2,302.61 |
| 12/04/06 | 6393 | Purchase | World Wide Telecard | 298.80 |
| 12/05/06 | 6394 | Purchase | Movie Mahal | 1,411.00 |
| 12/05/06 | 6395 | freight | KW Transport | 210.00 |
| 12/05/06 | 6396 | Purchase | Achamma | 500.00 |
| 12/05/06 | 6397 | test | Intertek Agro Service | 72.00 |
| 12/05/06 | 6398 | Purchase | PITCO | 1,431.44 |
| 12/07/06 | 6399 | Purchase | Dev Trading | 729.32 |
| 12/07/06 | 6400 | freight | FFE | 788.44 |
| 12/07/06 | 6401 | freight | Benz Transport | 291.20 |
| 12/07/06 | 6402 | rent | Shamco Investment | 6,764.29 |
| 12/07/06 | 6403 | rent | Harry P.Sforzini | 6,400.00 |
| 12/07/06 | 6404 | Purchase | Wynas Foods | 4,334.71 |
| 12/07/06 | 6405 | Purchase | Parel Over Seas | 5,604.91 |
| 12/07/06 | 6406 | Purchase | Impex Corporation | 6,376.59 |
| 12/08/06 | 6407 | freight | KW Transport | 490.00 |
| 12/08/06 | 6408 | supply | National Chemical Company | 169.00 |
| 12/11/06 | 6409 | Purchase | Deedees food | 772.08 |
| 12/11/06 | 6410 | Purchase | Desi Dhaba | 672.00 |
| 12/11/06 | 6411 | Purchase | Williams Vaz | 1,077.00 |
| 12/11/06 | 6412 | Purchase | Rajjot Sweets | 376.50 |
| 12/11/06 | 6413 | Purchase | Annie John | 1,009.50 |
| 12/12/06 | 6414 | Purchase | Chong's Produce | 19,554.74 |
| 12/12/06 | 6415 | Purchase | Daak's International | 22,611.50 |
| 12/12/06 | 6416 | Purchase | Dhanraj | 5,952.09 |
| 12/12/06 | 6417 | Purchase | Mona foods | 4,017.60 |
| 12/12/06 | 6418 | void | void | |
| 12/12/06 | 6419 | Purchase | Shasta Food | 2,176.53 |
| 12/13/06 | 6420 | Purchase | Globetel | 1,777.00 |
| 12/13/06 | 6421 | Purchase | Bondsforever | 942.65 |
| 12/13/06 | 6422 | Purchase | Annapurna Snacks | 569.25 |
| 12/13/06 | 6423 | Purchase | LK Produce | 9,393.53 |
| 12/14/06 | 6424 | Purchase | House of Spices | 10,728.05 |
| 12/14/06 | 6425 | Purchase | Pabla Produce | 64.00 |
| 12/14/06 | 6426 | Purchase | PITCO | 962.98 |
| 12/14/06 | 6427 | Purchase | Resturant Depot | 206.83 |
| 12/14/06 | 6428 | Purchase | Desi Taste | 4,180.00 |

| Date | Check # | Type | Payee | Amount |
|------|---------|------|-------|--------|
| 12/15/06 | 6429 | freight | KW Transport | 280.00 |
| 12/15/06 | 6430 | Purchase | Grab n' Go | 604.00 |
| 12/15/06 | 6431 | garbage | Allied waste service | 682.12 |
| 12/15/06 | 6432 | Repair | Hydrolic Electric Service | 1,189.73 |
| 12/15/06 | 6433 | Utility | PG&E | 207.09 |
| 12/15/06 | 6434 | Telephone | Cingular Wireless | 94.37 |
| 12/15/06 | 6435 | Purchase | Advanta | 568.59 |
| 12/15/06 | 6436 | garbage | Wastemanagement | 57.93 |
| 12/15/06 | 6437 | garbage | Wastemanagement | 262.34 |
| 12/15/06 | 6438 | Utility | PG&E | 4,609.11 |
| 12/15/06 | 6439 | Repair | Monark Trucik | 1,259.35 |
| 12/15/06 | 6440 | void | void | |
| 12/15/06 | 6441 | Purchase | Yakub Sheikh | 3,203.00 |
| 12/17/06 | 6442 | Repair | Hossein | 3,000.00 |
| 12/17/06 | 6443 | custom | Prime freight Forwarding | 1,466.44 |
| 12/18/06 | 6444 | Purchase | AJ Patel | 1,680.00 |
| 12/18/06 | 6445 | Purchase | Pavels Yogurt | 4,186.56 |
| 12/18/06 | 6446 | Sale Tax | State Board of Equilization | 1,700.00 |
| 12/18/06 | 6447 | Purchase | Resturant Depot | 586.92 |
| 12/18/06 | 6448 | Repair | Monark Trucik | 2,555.56 |
| 12/20/06 | 6449 | prg | Ravi Spice Processors | 16,033.80 |
| 12/20/06 | 6450 | freight | FFE | 727.50 |
| 12/20/06 | 6451 | freight | FFE | 533.50 |
| 12/20/06 | 6452 | Purchase | W&Z Produce | 2,168.50 |
| 12/20/06 | 6453 | Purchase | Chetak Sanfrncisco | 20,127.43 |
| 12/20/06 | 6454 | Purchase | Desi Dabba | 336.00 |
| 12/20/06 | 6455 | Purchase | X'Presions | 3,308.35 |
| 12/20/06 | 6456 | Purchase | Berkley Farm | 20,075.35 |
| 12/20/06 | 6457 | Purchase | PITCO | 1,211.33 |
| 12/20/06 | 6458 | Purchase | Quality Products | 1,627.97 |
| 12/20/06 | 6459 | void | void | |
| 12/20/06 | 6460 | Purchase | Verka | 889.36 |
| 12/20/06 | 6461 | freight | KW Transport | 350.00 |
| 12/20/06 | 6462 | freight | KW Transport | 210.00 |
| 12/20/06 | 6463 | Advertisemant | Thendral | 265.00 |
| 12/26/06 | | Purchase | Wynas Foods India (Wire) | 18,595.50 |
| 12/27/06 | 6465 | Purchase | American Express | 1,176.33 |
| 12/27/06 | 6466 | Telephone | Net One International | 1.03 |
| 12/27/06 | 6467 | Utility | ACWD | 70.16 |
| 12/27/06 | 6468 | garbage | City of Sunnyvale | 401.09 |
| 12/27/06 | 6469 | Telephone | AT&T | 154.69 |
| 12/27/06 | 6470 | Sale Tax | State Board of Equilization | 243.59 |
| 12/27/06 | 6471 | Purchase | PITCO | 898.38 |
| 12/27/06 | 6472 | Purchase | Resturant Depot | 1,145.66 |
| 12/29/06 | 6473 | freight | KW Transport | 280.00 |
| 12/29/06 | 6474 | Purchase | VIK Distributors | 3,268.80 |
| 12/29/06 | 6475 | Purchase | Impex Corporation | 4,180.38 |
| 12/29/06 | 6476 | Purchase | Parel Over Seas | 2,536.31 |
| 12/29/06 | 6477 | Purchase | Wynas Foods | 4,466.90 |
| 12/29/06 | 6478 | Purchase | Kohinoor Foods | 2,500.50 |
| 12/29/06 | 6479 | Purchase | Esteson Co | 977.45 |
| 12/29/06 | 6480 | void | void | |

| Date | Check | Type | Payee | Amount |
|---|---|---|---|---|
| 12/29/06 | 6481 | Purchase | Nuts & Spices | 3,695.44 |
| 12/29/06 | 6482 | Purchase | Nuts & Spices | 3,501.17 |
| 12/29/06 | 6483 | Purchase | Aswini Thaper | 1,047.00 |
| 12/29/06 | 6484 | Purchase | Chong's Produce | 10,848.58 |
| 12/29/06 | 6485 | Purchase | Sathya Sweets | 850.00 |
| 12/29/06 | 6486 | Purchase | Daak's International | 11,927.50 |
| 12/29/06 | 6487 | Telephone | AT&T | 222.05 |
| 12/29/06 | 6488 | Telephone | AT&T | 86.71 |
| 01/03/07 | 6489 | rent | Shamco Investment | 6,764.29 |
| 01/03/07 | 6490 | rent | Harry P.Sforzini | 6,400.00 |
| 01/04/07 | 6491 | Purchase | PITCO | 494.14 |
| 01/04/07 | 6492 | Purchase | Restaurant Depot | 128.62 |
| 01/04/07 | 6493 | Tax | City of Newark | 1,016.00 |
| 01/04/07 | 6494 | Purchase | Movie Mahal | 1,593.00 |
| 01/04/07 | 6495 | Purchase | Daak's International | 23,590.00 |
| 01/04/07 | 6496 | Purchase | Dev Trading Co | 262.89 |
| 01/04/07 | 6497 | freight | KW Transport | 490.00 |
| 01/04/07 | 6498 | Purchase | Shasta Foods | 2,627.25 |
| 01/05/07 | 6499 | Purchase | William Vaz | 1,197.00 |
| 01/05/07 | 6500 | Purchase | Rajjot Sweets | 472.50 |
| 01/05/07 | 6501 | Purchase | Annie John | 1,236.25 |
| 01/05/07 | 6502 | Purchase | Maragatha Neelakantan | 82.50 |
| 01/05/07 | 6503 | Purchase | PITCO | 183.70 |
| 01/05/07 | 6504 | supply | Impex Manufacturing | 2,386.80 |
| 01/05/07 | 6505 | garbage | Waste Management | 307.48 |
| 01/05/07 | 6506 | garbage | Allied Waste Service | 682.12 |
| 01/05/07 | 6507 | Purchase | Advanta | 1,252.31 |
| 01/05/07 | 6508 | Purchase | Bondsforever | 1,546.56 |
| 01/05/07 | 6509 | Purchase | LK Produce | 10,125.80 |
| 01/08/07 | 6510 | garbage | Waste Management | 58.08 |
| 01/08/07 | 6511 | tax health | Almeda County Health | 485.00 |
| 01/08/07 | 6512 | tax health | Almeda County Health | 239.00 |
| 01/08/07 | 6513 | Purchase | Zee Foods | 3,128.54 |
| 01/09/07 | 6514 | freight | KW Transport | 210.00 |
| 01/09/07 | 6515 | Purchase | Costco | 507.84 |
| 01/09/07 | 6516 | Purchase | Dhanraj | 6,907.84 |
| 01/09/07 | 6517 | freight | FFE | 530.86 |
| 01/09/07 | 6518 | Purchase | Desi Taste | 3,856.00 |
| 01/09/07 | 6519 | Purchase | Pavel's Yogrut | 3,767.90 |
| 01/09/07 | 6520 | Purchase | Globe-tel | 2,630.00 |
| 01/09/07 | 6521 | Purchase | Deedec's Foods | 881.69 |
| 01/10/07 | 6522 | Purchase | Daak's International | 11,942.00 |
| 01/10/07 | 6523 | Utility | PG&E | 207.98 |

| Date | No. | Type | Payee | Amount |
|---|---|---|---|---|
| 01/10/07 | 6524 | Utility | PG&E | 6,617.07 |
| 01/10/07 | 6525 | Purchase | Surya | 3,151.00 |
| 01/10/07 | 6526 | Purchase | SF Foods | 4,787.00 |
| 01/11/07 | 6527 | freight | Irene's Transport | 268.80 |
| 01/11/07 | 6528 | Purchase | PITCO | 896.70 |
| 01/11/07 | 6529 | Purchase | Restaurant Depot | 399.63 |
| 01/11/07 | 6530 | Purchase | Grab-n-Go | 664.00 |
| 01/11/07 | 6531 | frigh | D&W Millenium freight | 1,970.00 |
| 01/11/07 | 6532 | Purchase | LK Produce | 18,673.00 |
| 01/11/07 | 6533 | Purchase | Hot Bread | 7,319.00 |
| 01/11/07 | 6534 | Purchase | Desi Dabba | 318.00 |
| 01/11/07 | 6535 | freight | KW Transport | 420.00 |
| 01/15/07 | 6536 | Purchase | Nuts & Spices | 525.50 |
| 01/15/07 | 6537 | Purchase | Nuts & Spices | 1,343.60 |
| 01/15/07 | 6538 | Purchase | Chong's Produce | 8,292.50 |
| 01/15/07 | 6539 | Purchase | House of Spices | 7,941.47 |
| 01/15/07 | 6540 | freight | KW Transport | 210.00 |
| 01/15/07 | 6541 | Purchase | Dhanraj | 2,087.37 |
| 01/18/07 | 6542 | construction | Jody T. Tai | 375.00 |
| 01/18/07 | 6543 | Purchase | PITCO | 1,064.98 |
| 01/18/07 | 6544 | Purchase | Restaurant Depot | 322.82 |
| 01/18/07 | 6545 | freight | FFE | 294.35 |
| 01/18/07 | 6546 | Telephone | Cingular Wireless | 74.59 |
| 01/18/07 | 6547 | Purchase | Annapurna Snacks | 351.00 |
| 01/19/07 | 6548 | freight | KW Transport | 420.00 |
| 01/19/07 | 6549 | Purchase | Ravi Spice Processors | 15,042.50 |
| 01/19/07 | 6550 | freight | Benze Transport | 291.20 |
| 01/19/07 | 6551 | Sale Tax | Stale Board of Equalization | 1,969.00 |
| 01/19/07 | 6552 | tax lic | Secretary of State | 25.00 |
| 01/19/07 | 6553 | insurance | Mid Centuary Insurance Co | 6,416.00 |
| 01/19/07 | 6554 | Telephone | Net One International | 5.21 |
| 01/19/07 | | Purchase | Ravi Spice Processors(wire) | 15,042.50 |
| 01/23/07 | 6555 | freight | KW Transport | 210.00 |
| 01/23/07 | 6556 | Purchase | Dev Trading Co | 666.31 |
| 01/23/07 | 6557 | Purchase | D & K Food Whole sale | 3,640.00 |
| 01/25/07 | 6558 | Purchase | Restaurant Depot | 313.23 |
| 01/25/07 | 6559 | Purchase | PITCO | 1,378.39 |
| 01/25/07 | 6560 | freight | Irene's Transport | 537.60 |
| 01/25/07 | 6561 | freight | KW Transport | 350.00 |
| 01/25/07 | 6562 | freight | FFE | 292.87 |
| 01/25/07 | 6563 | Purchase | Thai Kee Trading | 1,042.92 |
| 01/25/07 | 6564 | Purchase | Garna Foods | 310.00 |

| 01/25/07 | 6565 Telephone | AT&T | 154.76 |
| 01/25/07 | 6566 Purchase | Real Ice Cream | 1,625.40 |
| 01/25/07 | 6567 Purchase | India's Finest | 2,785.06 |
| 01/29/07 | 6568 Purchase | Esteson Company | 339.60 |
| 01/29/07 | 6569 Purchase | Ashwini Thaper | 1,612.50 |
| 01/30/07 | 6570 freight | K.W. Transport | 210.00 |
| 01/31/07 | 6571 Purchase | X'Pressions | 2,310.00 |
| 01/31/07 | 6572 Advertisemant | Thendral | 365.00 |
| 01/31/07 | 6573 Purchase | American Express | 1,087.86 |
| 01/31/07 | 6574 Telephone | AT&T | 189.49 |
| 01/31/07 | 6575 Telephone | AT&T | 447.84 |
| 01/31/07 | 6576 Telephone | AT&T | 87.26 |
| 01/31/07 | 6577 Purchase | Pavel's Yogrut | 4,437.75 |
| 01/31/07 | 6578 Purchase | Movie Mahal | 2,277.00 |
| 01/31/07 | 6579 Purchase | Sathya Sweets | 1,246.00 |
| 02/01/07 | 6580 Purchase | PITCO | 809.60 |
| 02/01/07 | 6581 Purchase | Restaurant Depot | 1,688.76 |
| 02/01/07 | 6582 Purchase | Daak's International | 29,364.80 |
| 02/01/07 | 6583 Purchase | Desi Taste | 3,968.00 |
| 02/01/07 | 6584 Purchase | Chong's Produce | 20,028.87 |
| 02/01/07 | 6585 Purchase | Samvad International | 783.00 |
| 02/01/07 | 6586 Purchase | Samrat | 621.00 |
| 02/01/07 | 6587 Tax lic | City of Alemeda | 262.00 |
| 02/01/07 | 6588 tax lic | City of Fremont | 95.00 |
| 02/01/07 | 6589 Purchase | Chetak Sanfrancisco | 9,901.60 |
| 02/02/07 | 6590 freight | K W Transport | 420.00 |
| 02/02/07 | 6591 Purchase | Desi Dabba | 672.00 |
| 02/02/07 | 6592 Purchase | W&Z produce | 3,084.00 |
| 02/02/07 | 6593 Purchase | Chong's Produce | 24,632.56 |
| 02/02/07 | Purchase | Wynad Foods(Wire) | 3,895.20 |
| 02/06/07 | 6594 freight ocian | Maerk Logistic | 50.00 |
| 02/06/07 | 6595 Janitorial | fernando | 275.00 |
| 02/06/07 | 6596 rent | Shamco Investment | 6,764.24 |
| 02/06/07 | 6597 rent | Harry P.Sforzini | 6,400.00 |
| 02/06/07 | 6598 Sale Tax | State Board of Equalization | 1,500.00 |
| 02/06/07 | 6599 freight | K W Transport | 210.00 |
| 02/06/07 | 6600 Purchase | PA Thomas | 268.00 |
| 02/07/07 | 6601 Purchase | Mona Foods | 5,266.00 |
| 02/07/07 | 6602 Purchase | PITCO | 1,106.48 |
| 02/07/07 | 6603 Purchase | Maragatha Neelakantan | 211.50 |
| 02/07/07 | 6604 Purchase | Rajjot Sweets | 380.00 |
| 02/07/07 | 6605 garbage | Allied Waste Service | 682.12 |

| Date | Check | Type | Payee | Amount |
|---|---|---|---|---|
| 02/07/07 | 6606 | garbage | Waste Management | 268.77 |
| 02/07/07 | 6607 | Purchase | Advanta | 394.21 |
| 02/08/07 | 6608 | Purchase | Restaurant Depot | 471.76 |
| 02/08/07 | 6609 | freight | Irene's Transport | 806.40 |
| 02/08/07 | 6610 | Purchase | William Vaz | 1,609.00 |
| 02/08/07 | 6611 | Purchase | Annie John | 1,013.50 |
| 02/08/07 | 6612 | Purchase | Globe-tel | 1,840.00 |
| 02/09/07 | 6613 | freight | K W Transport | 350.00 |
| 02/09/07 | 6614 | Purchase | X'Pressions | 1,841.20 |
| 02/09/07 | 6615 | Purchase | Srenivasa Rao | 2,000.00 |
| 02/09/07 | 6616 | Purchase | Dhanraj | 4,501.21 |
| 02/09/07 | 6617 | Purchase | Nuts & Spices | 2,174.34 |
| 02/09/07 | 6618 | Purchase | Nuts & Spices | 1,608.19 |
| 02/09/07 | 6619 | Purchase | Gharna Foods | 465.00 |
| 02/09/07 | 6620 | Purchase | Grab-n-Go | 740.00 |
| 02/09/07 | 6621 | Purchase | Shasta Foods | 2,171.25 |
| 02/09/07 | 6622 | Purchase | Bondsforever | 1,025.40 |
| 02/09/07 | 6623 | Purchase | Quality Products | 842.00 |
| 02/09/07 | 6624 | Purchase | Parel Overseas | 15,632.79 |
| 02/09/07 | 6625 | Purchase | Verka | 1,743.26 |
| 02/12/07 | 6626 | Purchase | Desi Dabba | 336.00 |
| 02/12/07 | 6627 | Purchase | Zee Foods | 1,161.53 |
| 02/12/07 | 6628 | Purchase | L.K.Produce | 11,438.45 |
| 12/13/07 | 6629 | freight | K W Transport | 210.00 |
| 12/13/07 | 6630 | Purchase | Real Ice Cream | 1,330.66 |
| 12/13/07 | 6631 | Purchase | KC DVD | 1,417.00 |
| 12/14/07 | 6632 | Purchase | Chong's Produce | 10,848.58 |
| 12/14/07 | 6633 | supply | Varient Micro Systems | 1,299.00 |
| 02/16/07 | 6634 | freight | K W Transport | 420.00 |
| 02/16/07 | 6635 | Purchase | PITCO | 859.17 |
| 02/16/07 | 6636 | Purchase | Restaurant Depot | 533.70 |
| 02/16/07 | 6637 | Purchase | Rice Land | 1,968.00 |
| 02/19/07 | 6638 | Purchase | Srenivasa Rao | 550.00 |
| 02/20/07 | 6639 | freight | K W Transport | 140.00 |
| 02/20/07 | 6640 | Purchase | Dhanraj | 7,099.70 |
| 02/20/07 | 6641 | freight ocian | D&W Millenium freight | 1,970.00 |
| 02/22/07 | 6642 | Purchase | PITCO | 710.83 |
| 02/22/07 | 6643 | Purchase | Restaurant Depot | 461.59 |
| 02/22/07 | 6644 | Purchase | Ashwini Thaper | 1,348.00 |
| 02/22/07 | 6645 | Membership | Costco | 140.00 |
| 02/22/07 | 6646 | garbage | City of Sunnyvale | 404.43 |
| | | Purchase | Winad foods India(Wire) | 21,648.00 |

**EXHIBIT Q**

 **U.S. Customs and Border Protection**

*U. S. Customs and Border Protection*
**U.S. Department of Homeland Security**
**Port Director**
**555 Battery Street, Attn: FP&F**
**San Francisco, CA  94111-2316**

June 9, 2008

Kairali Decan Inc.
c/o: John M. Daley, Esq.
95 South Market Street, Suite 300
San Jose, California  95113

Reference:  Port of San Francisco Case No. **2007-2809-200522-01**

Dear Kairali Decan Inc.:

We are refusing your offer in compromise dated November 20, 2007 and a refund of the $8,202.00 will be issued through our National Finance Center.  Please note that the refund process may take up to six weeks.  Also, your supplemental petition is denied.  A demand on the surety has been made.

If you have any questions, please contact Yolanda Pulido of the Fines, Penalties, and Forfeitures Office at (415) 782-9232.

Sincerely,

Katie Woodson
Fines, Penalties, and Forfeitures Officer