John M. Daley, Esq. (SBN 065574)
**LAW OFFICES OF JOHN M. DALEY**
95 South Market Street, Suite 300
San Jose, CA  95113
Telephone: (408) 286-0200
Facsimile:  (408) 995-3202
E-Mail:  jdaley@johnmdaley.com

Attorneys for Plaintiff Kairali Decan, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIRALI DECAN, INC., a California corporation,<br><br>　　　　　　Petitioner/Plaintiff,<br><br>vs.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, an agency of the United States of America, DAVID J. FERGUSON, Port Director, U.S. Customs, Port of San Francisco, and WASHINGTON INTERNATIONAL INSURANCE COMPANY, an Arizona corporation,<br><br>　　　　　　Respondents/Defendants. | Case No. CV08-3065 MMC<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br>　　　　　　**[Proposed]** |

　　　　　The Application for Temporary Restraining Order and Order to Show Cause wh6y a Preliminary Injunction should not be issued came before this Court for consideration on _____, 2008.  Upon consideration of the Application, and for good cause shown,

　　　　　IT IS HEREBY ORDERED as follows:

**TEMPORARY RESTRAINING ORDER**

　　　　　The Court finds that plaintiff has demonstrated that there is a strong likelihood of success on their claim that the denial by defendant U.S. Customs and Border Proection ("U.S. Customs") of its administrative petitions for relief from the assessment of liquidated damages on plaintiff in connection with Customs Entry No.  C28-0260441-0.  The Court also finds that plaintiff

1  has shown that the balance of hardships tips strongly in favor of a temporary restraining order and
2  preliminary injunction which prevents defendant U.S. Customs from asserting, demanding from, or
3  taking any action to collect the liquidated damages it has assessed from plaintiff and defendant
4  Washington International Insurance Company under Customs Entry No. C28-0260441-0, since
5  any such action by U.S. Customs could have the effect of preventing plaintiff from obtaining the
6  relief it seeks in this action.

7  Accordingly, IT IS HEREBY ORDERED that, pending a hearing on whether a
8  preliminary injunction should issue, Defendants U.S. Customs and David J. Ferguson, Port Director,
9  U.S. Customs, Port of San Francisco, and their officers, agents, servants, employees and attorneys
10 or any other person acting for or in concert with them, are HEREBY ENJOINED AND
11 RESTRAINED from asserting, claiming, demanding from, or taking any other action against either
12 plaintiff Kairali Decan or defendant Washington International arising out of or in connection with
13 Customs Entry No. C28-02640441-0.

14 **ORDER TO SHOW CAUSE**

15 Defendants U.S. Customs and David J. Ferguson are hereby ordered to show cause
16 why a preliminary injunction should not issue enjoining them from asserting, claiming, demanding
17 from, or taking any other action against either plaintiff Kairali Decan or defendant Washington
18 International arising out of or in connection with Customs Entry No. C28-02640441-0 until such
19 time as a final judgment may be issued in this action.

20 The hearing on this Order to Show Cause shall be held on _____, 2008
21 at _____ in Department 7 of this Court. Plaintiff's Application for TRO shall constitute its
22 moving papers. Defendants' opposition shall be filed with the Court and served on counsel for
23 plaintiff by no later than 5:00 p.m. on _____, 2008. Plaintiff's Reply shall be shall be filed
24 with the Court and served on counsel for plaintiff by no later than 5:00 p.m. on _____, 2008.

25 IT IS SO ORDERED.

26

27 Dated: _____, 2008.                      _____
                                                 Judge of the United States District Court
28