IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIRALI DECAN, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, et al.,<br><br>        Defendants. | No. C-08-3065 MMC<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

      Before the Court is plaintiff's application, filed June 26, 2008, for a temporary restraining order, by which plaintiff seeks to restrain defendants United States Customs and Border Protection ("U.S. Customs") and David J. Ferguson, Port Director for U.S. Customs at the Port of San Francisco, from taking any action to collect, from plaintiff or defendant Washington International Insurance Company, liquidated damages in the amount of $24,606.00, which damages U.S. Customs has assessed in connection with Customs Entry No. C28-02640441-0.  As set forth below, the application will be denied.

      First, plaintiff's counsel has failed to "certif[y] in writing any efforts made to give notice [to the adverse party] and the reasons why it should not be required."  See Fed. R. Civ. P. 65(b)(1)(B) (providing temporary restraining order may be issued without notice to

1  adverse party only if movant's attorney makes such certification).  Second, plaintiff fails to
2  articulate any "irreparable injury" it will suffer if the matter is heard on the Court's regular
3  calendar.  See Cotter v. Desert Palace, Inc., 880 F.2d 1142, 1144 (9th Cir.1989) (holding
4  party moving for preliminary injunctive relief "must [ ] demonstrate at least a significant
5  threat of irreparable injury") (internal quotation and citation omitted).  Here, the activity
6  plaintiff seeks to restrain is the collection of a sum of money.  Any alleged injury stemming
7  therefrom is characteristic of the type of injury that can be fully redressed by an award of
8  damages.  See, e.g., Los Angeles Memorial Coliseum Comm'n v. Nat'l Football League,
9  634 F.2d 1197, 1202-03 (9th Cir. 1980) (holding "monetary injuries which could be
10 remedied by a damage award" do not constitute irreparable harm).
11      Accordingly, plaintiff's application for a temporary restraining order is hereby
12 DENIED.
13      **IT IS SO ORDERED.**
14 Dated: June 27, 2008                       MAXINE M. CHESNEY
15                                            United States District Judge

2