| Attorney or Party without Attorney: | | | | For Court Use Only: |
|---|---|---|---|---|
| LAW OFFICES OF JOHN M. DALEY<br>95 SOUTH MARKET STREET, SUITE 300<br>SAN JOSE, CA 95113<br>Telephone No: 408-286-0200   FAX No: 408-995-3202 | | | | ORIGINAL FILED<br>08 JUN 27 PM 2:36<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: KAIRALI DECAN, INC. | | | | |
| Defendant: U.S. CUSTOMS ND BORDER PROTECTION, ET AL | | | | |
| PROOF OF SERVICE<br>OF SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV083065 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Certificate Of Interested Parties; Information Handout; Waiver Of Service Of Summons; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Order Setting Initial Case Management Conference And Adr Deadlines; Petition For Writ Of Mandate And Complaint For Declaratory And Injunctive Relief; Standing Orders; Memorandum Of Points And Authorities In Support Of Plaintiff's Application For For Temporary Restraining Order, Order To Show Cause Re: Preliminary Injunctive Relief, And Preliminary Injunctive Relief; Application And Motion For Temporary Restraining Order, Order To Show Cause Re: Preliminary Injunctive Relief; And Preliminary Injunctive Relief

3. a. Party served: UNITED STATES CUSTOMS AND BORDER PROTECTION, AN AGENCY OF THE UNITED STATES OF AMERICA
   b. Person served: E. TUTTLE
   AUTHORIZED TO ACCEPT

4. Address where the party was served: 555 BATTERY STREET, ROOM 319
   SAN FRANCISCO, CA 94111

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 27, 2008 (2) at: 1:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNITED STATES CUSTOMS AND BORDER PROTECTION, AN AGENCY OF THE UNITED STATES OF AMERICA
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. SIERRA FREDIANELLI
   b. STERLING MADISON COMPANY
      120 RACE STREET
      SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   d. The Fee for Service was: $104.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1016
      (iii) County: San Francisco

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jun. 27, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
OF SUMMONS

(SIERRA FREDIANELLI)