| Attorney or Party without Attorney: LAW OFFICES OF JOHN M. DALEY 95 SOUTH MARKET STREET, SUITE 300 SAN JOSE, CA 95113 Telephone No: 408-286-0200    FAX No: 408-995-3202 Attorney for: Plaintiff | | | | For Court Use Only FILED 08 JUN 27 PM [illegible] DISTRICT COURT |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: KAIRALI DECAN, INC. | | | | |
| Defendant: U.S. CUSTOMS ND BORDER PROTECTION, ET AL | | | | |
| **PROOF OF SERVICE OF SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: CV083065 MMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Certificate Of Interested Parties; Information Handout; Waiver Of Service Of Summons; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Order Setting Initial Case Management Conference And Adr Deadlines; Petition For Writ Of Mandate And Complaint For Declaratory And Injunctive Relief; Standing Orders; Memorandum Of Points And Authorities In Support Of Plaintiff's Application For For Temporary Restraining Order, Order To Show Cause Re: Preliminary Injunctive Relief, And Preliminary Injunctive Relief; Application And Motion For Temporary Restraining Order, Order To Show Cause Re: Preliminary Injunctive Relief; And Preliminary Injunctive Relief

3. a. Party served:    U.S. ATTORNEY
   b. Person served:   DIANE LACKEY/PARALEGAL
                       AUTHORIZED TO ACCEPT

4. Address where the party was served:   450 GOLDEN GATE AVENUE, 11FLOOR
                                         SAN FRANCISCO, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Jun. 27, 2008 at: 2:00PM, to the person(s) indicated below in the manner as provided in CCP 1011:
      DIANE LACKEY/PARALEGAL
      AUTHORIZED TO ACCEPT
   (1) **(Business)** I informed him or her of the general nature of the papers.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: U.S. ATTORNEY
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. KYLE A. WEITZEL
   b. STERLING MADISON COMPANY
      120 RACE STREET
      SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $103.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   2004-0000896
      (iii) County:            San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jun. 27, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE OF SUMMONS

(KYLE A. WEITZEL)    2860200.30933