| Attorney or Party without Attorney:<br>LAW OFFICES OF JOHN M. DALEY<br>95 SOUTH MARKET STREET, SUITE 300<br>SAN JOSE, CA 95113<br>Telephone No: 408-286-0200    FAX No: 408-995-3202 | | | | For Court Use Only<br><br>FILED<br>08 JUN 27 PM 12: 86<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>N.D. DIST. CA. |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: KAIRALI DECAN, INC. | | | | |
| Defendant: U.S. CUSTOMS ND BORDER PROTECTION, ET AL | | | | |
| **PROOF OF SERVICE OF SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV083065  MMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Certificate Of Interested Parties; Information Handout; Waiver Of Service Of Summons; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Order Setting Initial Case Management Conference And Adr Deadlines; Petition For Writ Of Mandate And Complaint For Declaratory And Injunctive Relief; Standing Orders; Memorandum Of Points And Authorities In Support Of Plaintiff's Application For For Temporary Restraining Order, Order To Show Cause Re: Preliminary Injunctive Relief, And Preliminary Injunctive Relief; Application And Motion For Temporary Restraining Order, Order To Show Cause Re: Preliminary Injunctive Relief; And Preliminary Injunctive Relief

3. a. Party served:      UNITED STATES CUSTOMS AND BORDER PROTECTION, AN AGENCY OF
                          THE UNITED STATES OF AMERICA
   b. Person served:    E. TUTTLE
                        AUTHORIZED TO ACCEPT

4. Address where the party was served:    555 BATTERY STREET, ROOM 319
                                          SAN FRANCISCO, CA 94111

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 27, 2008 (2) at: 1:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNITED STATES CUSTOMS AND BORDER PROTECTION, AN AGENCY OF THE UNITED STATES OF AMERICA
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SIERRA FREDIANELLI                  d. The Fee for Service was:   $104.50
   b. STERLING MADISON COMPANY            e. I am: (3) registered California process server
      120 RACE STREET                          (i)   Independent Contractor
      SAN JOSE, CA 95126                       (ii)  Registration No.:   1016
   c. 408-295-3300, FAX 408-491-9772          (iii) County:              San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jun. 27, 2008

Judicial Council Form POS-010            PROOF OF SERVICE           (SIERRA FREDIANELLI)    2860200.30934
Rule 2.150.(a)&(b) Rev January 1, 2007      OF SUMMONS