John M. Daley, Esq. (SBN 065574)
**LAW OFFICES OF JOHN M. DALEY**
95 South Market Street, Suite 300
San Jose, CA 95113
Telephone: (408) 286-0200
Facsimile: (408) 995-3202
E-Mail: jdaley@johnmdaley.com

Attorneys for Plaintiff Kairali Decan, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIRALI DECAN, INC., a California corporation,<br><br>      Petitioner/Plaintiff,<br><br>vs.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, an agency of the United States of America, DAVID J. FERGUSON, Port Director, U.S. Customs, Port of San Francisco, and WASHINGTON INTERNATIONAL INSURANCE COMPANY, an Arizona corporation,<br><br>      Respondents/Defendants. | Case No. CV08-3065 MMC<br><br>**NOTICE OF NON-AVAILABILITY;**<br>**PROOF OF SERVICE BY MAIL** |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for plaintiff Kairali Decan, Inc. will be both unavailable for any purpose and completely out of communication with his office during the period from 12:00 noon on July 25, 2008 through 9:00 a.m. on Thursday, August 7, 2008.

Dated: June 23, 2008.

**LAW OFFICES OF JOHN M. DALEY**

By _____
JOHN M. DALEY
Attorneys for Plaintiff Kairali Decan, Inc.

**PROOF OF SERVICE BY MAIL**

I, John M. Daley, declare under penalty of perjury that the following facts are true and correct:

I am a citizen of the United States, over the age of 18 years, and not a party to this action, and my business address is 95 South Market Street, Suite 300, San Jose, CA 95113.

On July 22, 2008, I served the following document(s):

**NOTICE OF NON-AVAILABILITY; PROOF OF SERVICE BY MAIL**

The document(s) were placed in an envelope and served via regular U.S. mail to the person(s) and at the address(es) which follow:

Ms. Diane Lackey, Paralegal  (for Michael T. Pyle, Esq.)
Office of the U.S. Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

E. Tuttle (for the District Director)
U.S. Customs and Border Protection
555 Battery Street, Room 319
San Francisco, CA 94111

Ms. Laura Maurer, Assistant Vice President
Washington International Insurance Company
1200 Arlington Heights Road, Suite 400
Itasca, IL 60143

Also Courtesy Copy To:

T. Randolph Ferguson, Esq.
Sandler, Travis & Rosenberg and Glad & Ferguson, P.C.
505 Sansome Street, Suite 1475
San Francisco, CA 94111

I am readily familiar with the business practice of the Law Offices of John M. Daley for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, the correspondence would be placed in a sealed envelope, with postage fully prepaid, and deposited with the United States Postal Service that same day in the ordinary course of business.

//

//

1          I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct and that this proof of service was executed on July 22, 2008 at San Jose,

3    California.

JOHN M. DALEY