John M. Daley, Esq. (SBN 065574)
**LAW OFFICES OF JOHN M. DALEY**
95 South Market Street, Suite 300
San Jose, CA  95113
Telephone: (408) 286-0200
Facsimile:  (408) 2995-3202
E-Mail:  jdaley@johnmdaley.com

Attorneys for Plaintiff Kairali Decan, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIRALI DECAN, INC., a California corporation,<br><br>　　　　　Petitioner/Plaintiff,<br><br>vs.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>　　　　　Respondent/Defendant. | Case No. C 08-3065  MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DAVID J. FERGUSON AND WASHINGTON INTERNATIONAL INSURANCE COMPANY**<br><br>**[Rule 41(a)(1)(A), Fed. Rules Civ. Proc.]** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Kairali Decan, Inc. hereby dismisses defendants David J. Ferguson and Washington International Insurance Company, without prejudice.

Dated: August 13, 2008.

**LAW OFFICES OF JOHN M. DALEY**

By_____
　　　　　JOHN M. DALEY
Attorneys for Plaintiff Kairali Decan, Inc.