1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954 )
   michael.t.pyle@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-7322
   FAX: (415) 436-6748
7
   Attorneys for Defendant United States Customs and Border Protection
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | KAIRALI DECAN, INC,              ) No. 08-3065 MMC
                                      )
14 |     Plaintiff,                   )
                                      ) **STIPULATION AND [PROPOSED]**
15 | v.                               ) **ORDER TO TRANSFER ACTION TO**
                                      ) **FEDERAL COURT OF CLAIMS AND**
16 | UNITED STATES CUSTOMS AND        ) **TO VACATE ALL PENDING DATES**
   | BORDER PROTECTION,               ) **IN THIS ACTION IN THIS COURT**
17 |                                  )
   |     Defendant.                   )
18 |                                  )

19     **IT IS HEREBY STIPULATED** by and between the undersigned, subject to the approval of

20  the Court, that the above-entitled action should be transferred to the United States Federal Court

21  of Claims and that all pending dates in the above-entitled action should be vacated pending the

22  transfer of this action to the United States Federal Court of Claims.

23     The parties make this stipulation in light of the fact that Plaintiff seeks to recover more than

24  $10,000 from Defendant and under 28 U.S.C. Section 1346 (commonly called the "Little Tucker

25  Act) a district court has concurrent jurisdiction with the Federal Court of Claims for certain

26  monetary claims against the United States not exceeding $10,000. The Court of Federal Claims

27  possesses exclusive jurisdiction over certain monetary claims against the United States in excess

28  of $10,000. Section 1631 of Title 28 authorizes this Court to transfer the above-entitled action to

STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION AND VACATE DATES
C 08-3065 MMC

1 | the Court of Federal Claims and the parties stipulate that it would be "in the interest of justice"
2 | for the case to be transferred to the Court of Federal Claims rather than dismissed.  The parties
3 | further request that the Court vacate all pending dates in the above-entitled action in light of the
4 | stipulation to transfer the action to the Court of Federal Claims.  This request is made to avoid
5 | unnecessary expenses and is consistent with the spirit of 28 U.S.C. Section 1292(d)(4)(B), a
6 | statute which provides that further proceedings shall not be taken in a district court until 60 days
7 | after the court has ruled on a motion to transfer an action to the Court of Federal Claims..

DATED: December 10, 2008        By:        /s/_____
                                            JOHN M. DALEY
                                            Attorney for Plaintiff

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED: December 10, 2008        By:        /s/_____
                                            MICHAEL T. PYLE
                                            Assistant United States Attorney
                                            Attorneys for Federal Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:
                                              60 days from the date of this order.
   The Court will transfer this action to the Court of Federal Claims.  All dates scheduled for further action in this case (including the further Case Management Conference on December 19, 2008) are hereby vacated.

DATED: December 11, 2008                    _____
                                            HON. MAXINE M. CHESNEY
                                            United States District Judge