IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIRALI DECAN, INC., | No. C-08-3065 MMC |
| Plaintiff, | **ORDER TRANSFERRING ACTION TO COURT OF FEDERAL CLAIMS** |
| v. | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

On December 11, 2008, the Court, pursuant to the parties' stipulation, entered an order stating that the instant action would be transferred to the Court of Federal Claims 60 days from the date of said order. (See Stipulation & Order, filed Dec. 11, 2008, at 2.) Said period of time having passed, the instant action is hereby TRANSFERRED to the Court of Federal Claims.

**IT IS SO ORDERED.**

Dated: February 11, 2009

MAXINE M. CHESNEY
United States District Judge